**IN THE UNITED STATES DISTRICT COURT OF CONNECTICUT**

BARBARA STONE

CASE NO.: 3:20 cv537(AVC)

DR. ROBERT SARHAN

LESA M. MARTINO PHARMD

PLAINTIFFS

vs

DONALD TRUMP, INDIVIDUALLY AND IN HIS CAPACITY AS PRESIDENT OF THE
UNITED STATES
1600 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20500

RICHARD BLUMENTHAL, INDIVIDUALLY AND IN HIS CAPACITY AS SENATOR OF THE
STATE OF CONNECTICUT
90 STATE HOUSE SQUARE 10TH FLOOR
HARTFORD, CT, 06103

**WE THE PEOPLE**
**OF THE UNITED STATES OF AMERICA**

**HEREBY SUE THE UNITED STATES OF AMERICA**
**THROUGH ITS CHIEF OPPERATING OFFICER**
**AND PUBLIC SERVANT DONALD J. TRUMP AND**
**ITS LEGLISLATIVE OFFICER AND PUBLIC SERVANT**
**SENATOR RICHARD BLUMENTHAL**

**THIS LAWSUIT CONSTITUTES THE SINGLE-MOST IMPORTANT ISSUE IN THE**
**UNITED STATES:**
**ITS' CORRUPT AND LAWLESS PUBLIC SERVANTS,**
**JUDGES, LEGISLATORS, EXECUTIVE AND LAW ENFORCEMENT OFFICERS**
**WHO COMMIT GENOCIDE AND MASSIVE HUMAN RIGHTS CRIMES AGAINST**
**AMERICAN FAMILIES BY FORCING COMPETENT AFFLUENT AMERICAN**
**SENIORS AND VULNERABLE ADULTS INTO A FRAUDULENT "GUARDIANSHIP"**
**TO EMBEZZLE THEIR ASSETS**[1]

---

[1] **Americans view U.S. government as increasingly corrupt ...**
sunlightfoundation.com/2017/12/12/americans-view...

**A.     DEMAND FOR JURY TRIAL**
**B.     DEMAND FOR EN BANC PANEL OF ARTICLE III JUDGES**
**C.     NO CONSENT AND OBJECTION TO ANY MAGISTRATE JUDGE**
**D.     PLAINTIFFS DEMAND THIS PANEL ORDER THE INTERVENTION**
**IN THIS ACTION BY A SPECIALLY APPOINTED "FEDERAL TERROR FORCE SQUAD"**
**PRESIDED OVER BY THE VICTIMS WHO REPORT DIRECTLY TO THE PRESIDENT**

It shocks the conscience that Plaintiffs are forced to file this action to plead to save the lives, liberty and property of their loved ones and themselves, the most fundamental of guarantees under the Constitution from unthinkable crimes herein taking place in American courts.

Plaintiffs seek zero tolerance for any delay by corrupt legal tactics. Plaintiffs seek the immediate return of our loved ones held as hostages and injunctions ordering the return of their assets. Plaintiffs seek cease and desist orders and immediate criminal investigation of all color of law judges, attorneys and guardians exposed herein.

## COMPLAINT

Plaintiffs, Barbara Stone, Dr. Robert Sarhan and Lesa M. Martino hereby sue Donald Trump and Richard Blumenthal and allege:

### I.     SUMMARY OF MATTER

1. **In addition to the reek of disease in the atmosphere of the United States due to the pandemic corona virus, there is a far more pandemic stench that permeates the U. S..**

2. **That is the stench of corruption so malodorous and foul that it has seeped into every agency in the entire United States government including Federal and state law enforcement,Congressmen, Senators, State Attorney, Attorney Generals and Governors.**

3. This unprecedented case is an urgent wake-up call alerting the Country to unquestionably the most deadly, dangerous, diabolical and important issue of the century in this country and the

---

sunlightfoundation.com/2017/12/12/americans-view...
Dec 12, 2017 · 44% of Americans believe that corruption is pervasive in the White House, up from 36 per cent in 2016. Almost 7 out of 10 people believe the government is failing to fight corruption, up from half in 2016. Close to third of African-Americans surveyed see the police as highly corrupt, compared to a fifth across the survey overall.

**Bharara Sees 'Pervasive' Corruption - WSJ**
www.wsj.com/articles/SB...
Mr. Bharara, the top federal prosecutor in Manhattan, said a series of corruption cases has convinced him that wrongdoing is "downright pervasive" in New York politics. He compared a parade of ...

**The Tragic Reality of the World's Biggest Corrupt Legal ...**
**A question of public corruption and pervasive racketeering ...**
judicialcouncilwatcher.com/2011/01/25/a-question...
Jan 25, 2011 · Members of groups or organizations acting in concert to violate the law present a grave threat to society, especially when members of such an organization stand in judgment over the rest of the populace.

**www.jail4judges.org/J.A.I.L._News_Journals/2008/2008-05...**
The tragic reality of the world's biggest corrupt legal system America's rigged courts, bribed judges, fake and phony trials, extortion by lawyers, and over 2.2 million prisoners in the USA gulag. Right now, about 1 out of every 45 working age males in the US are BEHIND BARS inside the US empire - Many of those millions of US prisoners are

world: the massive human rights violations taking place in the "guardian racket", an organized crime racket run through American courts by corrupt judges, attorneys and guardians known as the "Probate Mafia" [2] where America's seniors and vulnerable adults are MURDERED AND THEIR LIFE SAVINGS EMBEZZLED.

4. **THIS UNPRECEDENTED CASE IS THE SINGLEMOST URGENT AND IMPORTANT MATTER IN AMERICA - AN URGENT WAKE-UP CALL TO AN ORGANIZED RACKETEERING ENTERPRISE WHERE PROBATE COURT JUDGES, ATTORNEYS AND GUARDIANS:**
   a. **ARE RULING COMPETENT SENIOR CITIZENS INCAPACITATED TO STRIP THEM OF THEIR CIVIL AND HUMAN RIGHTS SO THEY CAN'T FIGHT BACK;**
   b. **STEALING THEIR ENTIRE ESTATES: LIFE SAVINGS; GENERATION OF ASSETS; 401KS; SOCIAL SECURITY; PENSIONS; ANNUITIES; JEWELRY; ART; CARS; HOMES; HEIRLOOMS; POSSESSIONS; INVESTMENTS;**
   c. **ONCE THEIR ASSETS ARE EMBEZZLED AND STOLEN, THESE VULNERABLE ADULTS ARE PUT ON HIGH DOSES OF TOXIC PSYCHOTROPIC MEDICATION THAT HAVE BLACK BOX WARNINGS AGAINST THEIR USE BY SENIORS AS THEY CAUSE STROKE AND SUDDEN CARDIAC DEATH TO CAUSE THEIR DEATH.**

5. <u>**THE DEATH OF OUR LOVED ONES IN THIS GUARDIAN HUMAN TRAFFICKING RACKET IS AN ACT OF EXTRAJUDICIAL KILLING.**</u>[3]

6. This terrifying crime is a threat to every American citizen.

7. All across Florida, its vulnerable citizens who have the highest protection under American law [4] are instead targeted, kidnapped, illegally stripped of their rights and forcibly

---

[2] <u>The Probate Mafia – A Color of Law Organized Crime Industry</u> /www.probatemafia.com
The legal system in the United States of America, and in the several states that comprise that union, have become a national disgrace and a global embarrassment.
<u>Blog – The Probate Mafia</u> / www.probatemafia.com/blog
On February 23, 2017 Sixteen people in Dallas were indicted for health care fraud related to hospice services. The indictment alleges that from July 2012 to September 2016, Novus billed Medicare and Medicaid more than sixty million dollars for fraudulent hospice services, of which more than thirty-five million dollars was paid to Novus.
<u>CITIZEN4 JUSTICE</u> / www.citizen4justice.com
The Las Vegas Probate Mafia How the Elderly Lose Their Rights Guardians can sell the assets and control the lives of senior citizens without their consent—and reap a profit from it.

[3] <u>**What does EXTRAJUDICIAL KILLING mean?**</u>
www.definitions.net/definition/EXTRAJUDICIAL KILLING
An extrajudicial killing is the killing of a person by governmental authorities without the sanction of any judicial proceeding or legal process. Extrajudicial punishments are by their nature unlawful, since they bypass the due process of the legal jurisdiction in which they occur.

disappeared [5] by simulated Florida actors in an organized crime racket operated by dirty bribe-infested courts they coin "guardianship."

8. Their sole agenda is to extort and embezzle the assets of these vulnerable adults under the pretense of "fees" by inciting and staging litigation in a sham court proceeding to transfer their life savings to racketeering judges, attorneys, guardians and their cohorts.

9. Once the assets of these vulnerable adults are depleted, these predators cause their death to hide their crimes.

10. This deadly racket is enabled, colluded and covered up in all branches of the top to bottom lawless, corrupt American government – judicial, legislative and executive. [6]

11. Protection of human rights and adherence to the law is all that distinguishes America from barbaric third world governments.

12. However, America does not protect human rights, in fact it likely the worst offender and violator of human rights as documented by its failure to sign/ratify even one significant human rights treaty. [7]

13. The Probate Mafia (referred to herein as the "Guardian Human Trafficking/Corruption Racket and/or the "Florida Sponsored Guardian Racket") targets America's seniors and

---

[4] Florida Statutes 825, 744, 415 and others, the Olmstead Doctrine (which requires older adults be **integrated** into the community, Americans with Disabilities Act, The Elder Justice Act, the U.S. Constitution itself which guarantees due process and the right to life, liberty. property and pursuit of happiness.

[5] In international human rights law, a **forced disappearance** (or **enforced disappearance**) occurs when a person is secretly abducted or imprisoned by a state or political organization or third party with the authorization, support, or acquiescence of a state or political organization, followed by a refusal to acknowledge the person's fate and whereabouts, with the intent of placing the victim outside the protection of the law. According to the Rome Statute of the International Criminal Court, when committed as part of a widespread or systematic attack directed at any civilian population, a "forced disappearance" qualifies as a crime against humanity. Often, forced disappearance implies murder. The victim in such a case is abducted, illegally detained and often tortured during interrogation, and killed, with the body hidden.

[6] **Bharara Sees 'Pervasive' Corruption - WSJ**
www.wsj.com/articles/SB...
Mr. Bharara, the top federal prosecutor in Manhattan, said a series of corruption cases has convinced him that wrongdoing is "downright pervasive" in New York politics. He compared a parade of ...

**The Tragic Reality of the World's Biggest Corrupt Legal ...**
**A question of public corruption and pervasive racketeering ...**
judicialcouncilwatcher.com/2011/01/25/a-question...
Jan 25, 2011 · Members of groups or organizations acting in concert to violate the law present a grave threat to society, especially when members of such an organization stand in judgment over the rest of the populace.

**www.jail4judges.org/J.A.I.L._News_Journals/2008/2008-05...**
The tragic reality of the world's biggest corrupt legal system America's rigged courts, bribed judges, fake and phony trials, extortion by lawyers, and over 2.2 million prisoners in the USA gulag. Right now, about 1 out of every 45 working age males in the US are BEHIND BARS inside the US empire - Many of those millions of US prisoners are

**Americans view U.S. government as increasingly corrupt ...**
sunlightfoundation.com/2017/12/12/americans-view...
Dec 12, 2017 · 44% of Americans believe that corruption is pervasive in the White House, up from 36 per cent in 2016. Almost 7 out of 10 people believe the government is failing to fight corruption, up from half in 2016. Close to a third of African-Americans surveyed see the police as highly corrupt, compared to a fifth across the survey overall.

[7] **https://www.jstor.org/stable/29766443?read-now=1&seq=1**

vulnerable adults with financial assets and seizes them into a criminal racket so depraved even the most prolific horror authors could hardly conceptualize it even as fiction.

14. The sole objective of the Guardian Human Trafficking Racket is to steal, rob, loot, embezzle and launder money of vulnerable affluent adults by operating a sham maniacal proceeding through American courts that they term "guardianship" in a ruse of legitimacy.

15. America's biggest business and dirtiest secret is its state and federal sponsored human trafficking / genocide enterprise wherein vulnerable affluent retired and older adults are seized by corrupt [8] de facto[9] courts acting in color of law [10] operating under the guise of "guardianship" in order to perpetrate a racket wherein the assets of these vulnerable adults are looted and embezzled and thereinafter their death is orchestrated and implemented.

16. The Federal and state courts in Florida have criminally deprived and denied Plaintiffs and their vulnerable adult family members of their inalienable Constitutional rights [11] to life, liberty, property and pursuit of happiness by engaging or conspiring in a state sanctioned, sponsored and orchestrated human trafficking, genocide, embezzlement and racketeering enterprise under the CHARADE of "guardianship".

---

[8] **Corrupt - https://dictionary.cambridge.org/us/dictionary/english/corrupt:**
dishonest and willing to use your position or power to your own advantage, especially for money

[9] **De jure** is according to law or by rightful inheritance.
**De facto** refers to a practice or a state of affairs in existence that is not sanctioned by law.

[10] **Color of law dictionary definition | color of law defined** /www.yourdictionary.com/color-of-law
The conduct of a police officer, judge, or another person clothed with governmental authority that, although it superficially appears to be within the individual's lawful power, is actually in contravention of the law.

[11] **TITLE 18, U.S.C. § 242**
Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ... shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

**18 U.S. Code 241.Conspiracy against rights**
  If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or
  If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—
  They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

17. This racket takes place throughout the country by corrupt state actors, including dirty judges, attorneys and guardians [12] who use American courts to orchestrate staged, sham color of law proceedings wherein atrocities on the order of "crimes against humanity"[13] and war crimes[14] are perpetrated against vulnerable adults to incite litigation by their horrified family members in order to concoct fabricated, fraudulent legal and other fees which are extorted from the assets of the vulnerable adult who they are abusing, torturing and tormenting.

---

[12] **Judges, lawyers use guardianships to prey on elderly** / *https://www.*washingtonexaminer.*com*/judges-lawyers...
Little has changed since the D.C. Court of Appeals ruled almost a decade ago **that** Probate Judge Kaye Christian abused her power by ordering retired economist Mollie Orshansky...

**GUARDIANSHIP: How Judges and Lawyers Steal Your Money**
**www.activistpost.com/2016/03/guardianship-how...**Within 48 hours, a woman armed with a court order and accompanied by law enforcement, announced she was the "emergency temporary guardian" while she and her crew forcibly removed Kevin's parents from their home and placed them in separate nursing facilities.

**PREDATORS AT LAW, FRAUDULENT GUARDIANSHIP SCAMS**
guardianabuse.blogspot.com/2008/04/predators-at...
Apr 25, 2008 · The fact is My mother, Yvonne Sarhan case is so corrupt that it is not possible for the Judge's to be innocent or was just rubber stamping, no way. These Judge's, Judge Maria Korvick, Celeste Muir and Arthur Rothenberg have involved themselves, with the Attorneys and Guardians in a devious scheme to rob the elderly out of their life savings their homes and their lives. Quite ...

Judge Martin Colin had a hand in his wife's guardianship cases, state ...
https://www.palmbeachpost.com/...guardianship.../sWv6eYgvcDeubugXhCoQ4H/
Sep 1, 2018 - Now nearly a decade later, the state of *Florida* spells out in an .... wanting out of an assisted care facility full of *elderly people* that her current ..

VICTIMS OF GUARDIANSHIP AND, CONSERVATORSHIP
**www.victimsofguardianshipandconservatorship.info**
Most Americans were unaware of guardianship or its problems until the Terri Schiavo case, which was all about an unlawful "guardianship," with continuing coverup all through the courts. It is one of the very worst examples of what corrupt judges and unethical lawyers can do with the power of life and death in their hands.
HOW A FRAUDULENT GUARDIANSHIP COMMENCES AND CONTINUES | The ...
**ppjg.me/2011/01/24/how-a-fraudulent-guardianship-...**
Jan 24, 2011 · guardianship is a $1 billion a year business the system is corrupt the judges and attorneys are criminals the victim becomes a ward of the state because of the injustice of the justice system they don't care group homes are like psychiatric hospitals and nursing homes the family can't have contact with their loved ones the court appointed attorney has a panel of experts one being psychiatrist and a nurse they declare the victim incapacitated a danger to themselves and others the court ...
Court Appointed Guardianship Abuses Run Rampant in American ...
**rebelpundit.com/court-appointed-guardianship-abuses-run...**
The judge and all the court appointed attorneys should have to live in a guardianship for 12 months and smile while the guardian steals everything you worked for while isolating you from your family before they can be a guardian.

[13] According to the International Criminal Court, **crimes against humanity** are defined as any of the following acts committed as part of a widespread or systematic attack knowingly directed against any civilian population: murder; extermination; enslavement; deportation or forcible transfer of population; imprisonment; torture; rape, sexual slavery, enforced prostitution, forced pregnancy, enforced sterilization, or any other form of sexual violence of comparable gravity; persecution against an identifiable group on political, racial, national, ethnic, cultural, religious or gender grounds; enforced disappearance of persons; the crime of apartheid; or other inhumane acts of a similar character intentionally causing great suffering or serious bodily or mental injury.

[14] 18 U.S. Code § 2441

18. This enterprise is masterminded to make it appear that the heinous abuse and exploitation taking place falls within the purview of a court and oversight provided by a judge when crimes are being committed that mandate indictments and arrests by law enforcement.

19. The very parties responsible for "oversight" are the persons committing crimes. The entire concept is predicated on the fraternity among attorneys and judges who act in collusion to steal the assets of vulnerable adults by guardian courts throughout the country.

20. Crimes against anyone, particularly a vulnerable adult are the responsibility of law enforcement not a civil court.

21. However the crimes being perpetrated in the 'guardian' court would not and could not take place but for the fact that they are being perpetrated by the judges themselves.

22. As the judges, attorneys and guardians in the Guardian Human Trafficking/Corruption Racket are using the courts for illegal purposes for which they are not intended, they thereby advocate the overthrow of the government. [15]

23. **PLAINTIFF STONE'S MOTHER AND PLAINTIFF SARHAN'S MOTHER <u>WERE MURDERED BY A JUDGE</u> IN COLLUSION WITH HIS CRONY RACKETEERS IN THE GUARDIAN HUMAN TRAFFICKING/CORRUPTION RACKET AND HER LIFE SAVINGS EMBEZZLED AFTER THEY FUTILELY PLEADED FOR COURTS AND LAW ENFORCEMENT THROUGHOUT THE STATE OF FLORIDA TO PROTECT AND SAVE THE LIFE OF THEIR PRECIOUS PARENTS.**

24. **PLAINTIFF MARTINO'S FATHER HAS BEEN KIDNAPPED BY THE GUARDIAN HUMAN TRAFFICKING/CORRUPTION RACKET AND HIS LIFE SAVINGS HAS BEEN LOOTED. PLAINTIFF MARTINO DOES NOT EVEN KNOW IF HER FATHER IS ALIVE AS SHE IS BEING TAUNTED WITH DOCUMENTS FILED BY THE GUARDIAN HUMAN TRAFFICKING/CORRUPTION RACKET REFERENCING HER FATHER AS BEING "DECEASED".**

25. **PLAINTIFF STONE, PLAINTIFF SARHAN AND PLAINTIFF MARTINO ARE WHISTLEBLOWERS.**

---

[15] 18 U.S. Code § 2385. Advocating overthrow of Government

Whoever knowingly or willfully advocates, abets, advises, or teaches the duty, necessity, desirability, or propriety of overthrowing or destroying the government of the United States or the government of any State, Territory, District or Possession thereof, or the government of any political subdivision therein, by force or violence, or by the assassination of any officer of any such government; or

Whoever, with intent to cause the overthrow or destruction of any such government, prints, publishes, edits, issues, circulates, sells, distributes, or publicly displays any written or printed matter advocating, advising, or teaching the duty, necessity, desirability, or propriety of overthrowing or destroying any government in the United States by force or violence, or attempts to do so; or

Whoever organizes or helps or attempts to organize any society, group, or assembly of persons who teach, advocate, or encourage the overthrow or destruction of any such government by force or violence; or becomes or is a member of, or affiliates with, any such society, group, or assembly of persons, knowing the purposes thereof—

Shall be fined under this title or imprisoned not more than twenty years, or both, and shall be ineligible for employment by the United States or any department or agency thereof, for the five years next following his conviction.

26. **OUR INDIVIDUAL ATTEMPTS FOR REMEDY ARE COMPLETELY FUTILE AND ONLY PUT US IN GREATER DANGER FOR EXPOSING THE RACKET.**

27. **PLAINTIFF STONE, PLAINTIFF SARHAN AND PLAINTIFF MARTINO ARE BEING SUBJECTED TO RETALIATION SO VICIOUS THAT IT CONSTITUTES HATE CRIMES[16] FOR EXPOSING AND REPORTING THE GUARDIAN HUMAN TRAFFICKING/CORRUPTION RACKET.**

28. **PLAINTIFFS STONE, SARHAN AND MARTINO SEEK IMMEDIATE WHISTLEBLOWER PROTECTION.**

29. **THIS COURT HAS A DUTY UNDER 42 USC 1986 TO PROTECT PLAINTIFFS FROM EXISTING, CLEAR AND PRESENT, AND IMMINENT DANGER AND IRREPARABLE HARM BY PROVIDING IMMEDIATE WHISTLEBLOWER PROTECTION, JUST AS PROVIDED TO THE "TRUMP IMPEACHMENT" WHISTLEBLOWER AND TO REPORT THESE CRIMES PURSUANT TO 18 U.S.C. § 4, 18 U.S.C. § 2382 AND JUDICIAL CANONS.**

30. **PLAINTIFF MARTINO SEEKS THE IMMEDIATE RETURN OF HER FATHER.**

31. **PLAINTIFFS SEEK IMMEDIATE RESCUE AND RETURN OF ALL LOVED ONES SEIZED IN THE GUARDIAN HUMAN TRAFFICKING/CORRUPTION RACKET.**

32. **PLAINTIFFS SEEK INJUNCTIONS ORDERING RETURN OF THEIR ASSETS ALREADY IN THE POSSESSION OF THEIR CAPTORS AND RESTITUTION.**

33. **PLAINTIFFS SEEK CEASE AND DESIST ORDERS AND IMMEDIATE CRIMINAL INVESTIGATION OF ALL COLOR OF LAW JUDGES, ATTORNEYS AND GUARDIANS DISCLOSED AND EXPOSED HEREIN.**

34. **THE IMMEDIATE ABOLISHMENT OF GUARDIANSHIP LAWS THROUGHOUT THE COUNTRY BY EXECUTIVE ORDER.**

35. The diabolical tactics employed in this ungodly racket are graphically described herein.

36. These tactics are only used as a diversion to this simple, crude racket.

37. There is no mystery to this organized crime racket:

    a. It is the open sight use of a courtroom to commit capital crimes.  PERIOD.

    b. Therefore the criminals, judges, attorneys and guardians, must be criminally investigated under American law using prosecutorial tools that are employed in **ANY CRIMINAL INVESTIGATION, INCLUDING WIRETAPS, UNDERCOVER, SUBPOENAS, INDICTMENTS, ARRESTS, TRIALS AND CRIMINAL SENTENCING.**

II.     **THE BARBARIC GUARDIAN HUMAN TRAFFICKING/CORRUPTION RACKET IS ENTRENCHED IN THE HISTORY OF THE UNITED STATES AND WELL KNOWN TO AND ACCOMPLICED BY THE HIGHEST LEVEL OF U.S. GOVERNMENT OFFICIALS DEFENDANT DONALD TRUMP AND HIS APPOINTEES**

---

[16] **18 U.S.C. § 245.Federally protected activities; 18 U.S.C. § 249 Hate Crimes Act**

**INCLUDING KELLY CONWAY;**
**DEFENDANT RICHARD BLUMENTHAL**
**AND UNITED STATES ATTORNEY WILLIAM BARR**
**AND HIS CORRUPT PREDECESSORS**
**WHO ARE ACCOMPLICES TO THIS ORGANIZED CRIME RACKET;**
**CRIMINALLY VIOLATING THE CONSTITUTION;**
**OBSTRUCTING JUSTICE; ABUSING THEIR POWER AND POSITION**
**AND VIOLATING THE PUBLIC TRUST**

38. The provisions of paragraphs 1-37 are incorporated herein.

39. Defendant Donald Trump and Defendant Richard Blumenthal are well aware of, an integral part of and protect the deadly Guardian Human Trafficking/Corruption Racket.

40. Their government agencies have published repeated reports describing this barbaric racket:

    a. As far back as 1987, Claude Pepper, a congressman from Florida, said of guardianships: **'The typical [person subject to guardianship] has fewer rights than the typical convicted felon... It is, in one short sentence, the most punitive civil penalty that can be levied <u>against an American citizen, with the exception, of course, of the death penalty.</u>"**

    b. Claude Pepper's statement was made at a JOINT HEARING BEFORE THE SPECIAL COMMITTEE ON AGING UNITED STATES SENATE AND THE SELECT COMMITTEE ON AGING U.S. HOUSE OF REPRESENTATIVES NINETY-SIXTH CONGRESS SECOND SESSION WASHINGTON, D.C. JUNE 11, 1980 following an extensive report by the United States Senate Special Committee on Aging.[17]

    c. The National Council on Disability (NCD) – an independent federal advisory body – issued a report in March, 2018 that calls **guardianship a "civil death".[18]**

---

[17] **<u>elder abuse - United States Senate Special Committee on Aging</u>**
https://www.aging.senate.gov › imo › media › doc › publications
Jun 11, 1980 - Opening statement by Representative **Claude Pepper**, copresiding -__-. 5 ... **report** what their experience was with respect to **abuse** of elderly people by ... To verify this, she had filed copies of **conservatorship** petitions in both ...

**<u>WOMAN ESCAPES GUARDIANSHIP TRAP - Orlando Sentinel</u>**
https://www.orlandosentinel.com › os-xpm-1988-03-31-0030080075-story
Mar 31, 1988 - **Claude Pepper**, D-Miami, the American legal system may treat people like ... to a pattern of "grievous **abuses**," said Pepper, who is drafting corrective legislation ... Require **guardians** to file regular financial **reports** about the ...

**<u>'I'm Petitioning ... for the Return of My Life' - The New York Times</u>**
https://www.nytimes.com › court-appointed-guardianship-like-prison
Dec 7, 2018 - When Phyllis Funke hit bottom, the court appointed a **guardian** to prop her up. ... She said she'd **reported** from more than 150 countries. ... to isolate that person, you're setting them up for **abuse** and neglect and exploitation. ... **Claude Pepper**, a congressman from Florida, once called **guardianship** "the most ...

[18] Mar 22, 2018 - Federal **Report** Examines "Civil Death" of the Rights of People with ... **Claude Pepper** famously said of **guardianships**, 'The typical [person subject to ... people subject to **guardianships** or subject them to **abuse** or neglect.

d. In August, 1997, attorney Mark D. Andrews wrote "The Elderly in Guardianship: A Crisis of Constitutional Proportions" [19] where he critiques the state of the current guardianship establishment and concludes both constitutional and policy reasons compel the need for change in this system. He states: "Guardianship threatens to remove from the elderly the ability to make basic life decisions and to live unfettered by the control …"

e. On September 30, 2010 the Government Accountability Office (GAO), a federal government agency, issued a report documenting horrific abuse of the elderly and financial exploitation.

f. ALL OF THESE REPORTS HAVE BEEN DISTRIBUTED THROUGHOUT THE FEDERAL GOVERNMENT, WHO DID NOTHING.

41. Plaintiffs themselves and countless other Americans have flooded Defendant Donald Trump, his family members who hold official titles, his cabinet members, his personal and other attorneys, his executive team and his representatives with letters pleading for the lives of our beloved family members who are being slaughtered in this abomination, documents, court pleadings, voluminous binders, and other descriptions of this racket.

42. All of our pleadings and communication has been ignored by Defendant Donald Trump and his government officials.

43. There is vast exposure of this blasphemous racket in the media.

44. Furthermore, this racket is viral on the internet as shown in the sampling of media articles.

45. Therefore, Defendant Donald Trump, as a public servant and President of the largest nation in the purported free world, has a duty and a public trust to be informed of this monstrous matter of grave public concern wherein countless Americans are being murdered in a judicial scheme that is infested with judges that he has appointed who act in collusion.

46. Moreover, by his issuing a corrupt, illegal, void, deceptive executive order that enables a sham, devious, deceptive bill (the "Trump/Blumenthal Corrupt Bill and Order") sponsored by Defendant Richard Blumenthal (Public Law No: 115-70 (10/18/2017) (Exhibit A) that covers up the Guardian Human Trafficking/Corruption Racket while pretending to safeguard the fundamental rights to life, liberty and property of America's seniors, Defendant Donald Trump has evidenced his collusion in the Guardian Human Trafficking Racket.

47. Defendant Donald Trump's overriding campaign promise was to "**DRAIN THE SWAMP**".

48. At an October, 2016 rally, Defendant Donald Trump announced his proposal for Ethics Reform and to "Drain the Swamp".[20]

49. But Defendant Donald Trump has violated his promise and duty of public trust to the American public who supported his campaign and elected him into office.

---

Sep 25, 1987 - **Claude Pepper** on the **abuses** in **guardianship** of the elderly and infirm, and … Only half the States require that **guardians** file an annual **report**.

[19] https://www.case-abuse.org/mark-d-andrews/

[20] Trump's Efforts To 'Drain The Swamp' Lagging Behind His Campaign Rhetoric

50. As reported by the LA Times, [21]"more than a year into his presidency, Trump mouths the words a little less often. But rather than completely kill off a slogan that once rivaled "Build the Wall" in the Trump repertoire, he has done something more subversive: He has drained it of its meaning. The motto no longer refers to Trump's promises of ethics and lobbying reforms — many of which have dropped by the wayside or been watered down — or to vows about stopping members of his administration from profiting from their service".

51. DEFENDANT DONALD TRUMP IS SWIMMING IN THE SWAMP AND SURROUNDING HIMSELF WITH CORRUPT POLITICIANS WHO ARE DESTROYING AMERICAN FAMILIES AND FEASTING ON THEIR ASSETS.

52. Defendant Richard Blumenthal is well aware of the deadly Guardian Human Trafficking/Corruption Racket as he has so acknowledged in various interviews [22] where he pretends to be concerned about the atrocities in the racket but is actually sabotaging the victims by sponsoring the "Trump/Blumenthal Corrupt Bill and Order" hereafter defined **that sponsors and provides federal money and grants to the Guardian Human Trafficking/Corruption Racket** and by virtue of his being an attorney and thus a member of the legal fraternity that runs the racket and self-polices and protects the racket.

53. See Paragraph 329 wherein the legal fraternity is exposed by the Whistleblower actions of a judge who is a member of the legal fraternity.

54. Moreover, not only does the Trump/Blumenthal Corrupt Bill and Order cover up the Guardian Human Trafficking/Corruption Racket and fail to protect Seniors, but instead it gives them a false, deceptive sense of security thereby making them even more vulnerable to the Guardian Human Trafficking/Corruption Racket, that is the biggest, most monstrous life-threatening danger they face.

55. The bold-faced illegal, void, corrupt Trump/Blumenthal Corrupt Bill WORKS IN REVERSE. Instead of ordering the arrest of the racketeers, the bill throws them money by way of federal grants to the corrupt courts perpetrating this racket, **thereby colluding with and perpetuating the guardian murder, embezzlement and extortion racket.**

56. It also "outsources" the criminal investigation of these crimes to some unspecified sham agency that is the recipient of "grant" money to cover up and perpetrate the racket.

57. **INSTEAD OF ISSUING THE TRUMP/BLUMENTHAL CORRUPT BILL AND ORDER, THE MANDATED REMEDY UNDER THE CONSTITUTION WHEREBY HIS FIRST DUTY IS TO TAKE CARE THAT THE LAWS ARE ENFORCED WAS AND IS FOR DEFENDANT DONALD TRUMP TO ISSUE AN URGENT**

---

[21] https://www.latimes.com/politics/la-na-pol-swamp-20180209-story.html
[22] **The Face of the Elder Guardian Trap | RealClearInvestigations**
www.realclearinvestigations.com/articles/2019/02/...
Feb 22, 2019 · But more than a year later, high-level frustration with the guardianship problem is clearly evident. At a November 2018 congressional hearing on the guardianship system, Sen. Richard Blumenthal (D-Conn), a co-sponsor of the 2017 law, seethed.

**EXECUTIVE ORDER SPECIALLY DESIGNING AND EMPOWERING FEDERAL LAW ENFORCEMENT OFFICIALS TO WIRETAP, SUBPOENA RECORDS INDICT AND ARREST THE JUDGES, ATTORNEYS AND GUARDIANS WHO ARE MURDERING OUR PARENTS AND LOVED ONE IN AN ORGANIZED CRIME RACKET RUN THROUGH THE COURT AND RETURN THE KIDNAPPED SENIOR AMERICANS TO THEIR FAMILIES.**

58. **DEFENDANT DONALD TRUMP AND DEFENDANT RICHARD BLUMENTHAL – YOU HAVE PERPETRATED THE BIGGEST FARCE OF ALL TIME ON THE AMERICAN PUBLIC AND ITS TREASURED SENIORS.**

59. The Trump/Blumenthal Corrupt Bill and Order falls squarely in line with the same corrupt, divertive schemes used by the Guardian Human Trafficking Racket to redirect attention from the fundamental illegality of the scheme.

60. This despicable abuse of power, extortion and misuse of public funds by Defendant Richard Blumenthal warrants his impeachment and a criminal investigation.

61. Just as in the Nixon Watergate scandal which resulted in Nixon's impeachment and disgrace, Defendant Donald Trump cannot hide behind a shield of his closest and top advisors, including his family advisors and his own collusive acts in signing the Trump/Blumenthal Corrupt Bill and Order to deny his knowledge of and participation in the Guardian Human Trafficking/Corruption Racket.

62. As in the Nixon Watergate scandal, Defendant Donald Trump has no "plausible deniability"[23] of the Guardian Human Trafficking/Corruption Racket.

63. Article II, Sec. 3 of the U.S. Constitution provides for the duties of the President and states:
   **Section 3:  …. he shall take Care that the Laws be faithfully executed.**

64. Defendant Donald Trump is NOT taking care that the laws are faithfully executed.

65. Article I, Section 8 of the U.S. Constitution provides for the duties of Senators and states:
   Section 8: To make all Laws which shall be "necessary and proper" for carrying into Execution the foregoing Powers, and all other Powers "vested by this Constitution" in the Government of the United States, or in any Department or Officer thereof.

66. Defendant Richard Blumenthal is not making laws which are necessary and proper for executing his powers vested by the Constitution.

67. Rather Defendant Richard Blumenthal is making illegal laws that purport to protect America's seniors and vulnerable adults but instead provides money of the U.S. Government to fund the operation of the Guardian Human Trafficking /Corruption Racket.

68. The Fourth Amendment to the U.S. Constitution states:
   The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but

---

[23] https://en.wikipedia.org/wiki/Plausible_deniability

upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

69. The Fifth Amendment to the U.S. Constitution states:

No person shall be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

70. The Seventh Amendment to the U.S. Constitution states:

In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law

71. America's vulnerable adults are not safe and secure in their own homes.

72. America's vulnerable adults are being deprived of life, liberty and property and trial by jury.

73. To the contrary, they are preyed on and seized from their home by government actors.

74. Former Governor Charlie Christ has described the seizure of these vulnerable adults by the Guardian Human Trafficking/Corruption Racket as kidnapping .[24]

75. Defendant Donald Trump and Defendant Richard Blumenthal are violating the Constitution; violating their oath of office; obstructing justice; violating the public trust; aiding the enemies who are violating the Constitution and committing treason, rebellion and insurgence against the Constitution[25].

76. Defendant Donald Trump's public servant law enforcement executive official, United States Attorney William Barr is a kingpin in the Guardian Human Trafficking/Corruption Racket.

77. William Barr insures the cover up and protection of the Guardian Human Trafficking/Corruption Racket and that the justice of all American families and seniors who are embroiled in the racket will be obstructed.

78. William Barr and his minions and processors have been flooded with communication by Plaintiffs and countless American families embroiled in this racket are ignored or returned.

79. Incredibly, in response to a communication by Plaintiff Stone to William Barr, she received an insulting, dysfunctional form "DEAR FRIEND" letter from the mailroom with a non-working telephone number letting her know that if needed, there would be a response in

---

[24] https://floridapolitics.com/archives/302773-darren-soto-gus-bilirakis-charlie-crist-file-bill-to-tighten-guardianships

[25] 18 U.S. Code § 2381. Treason

Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death, or shall be imprisoned not less than five years and fined under this title but not less than $10,000; and shall be incapable of holding any office under the United States.

18 U.S. Code § 2383. Rebellion or insurrection

Whoever incites, sets on foot, assists, or engages in any rebellion or insurrection against the authority of the United States or the laws thereof, or gives aid or comfort thereto, shall be fined under this title or imprisoned not more than ten years, or both; and shall be incapable of holding any office under the United States.

several months, (See Exhibit B) treating this report of urgent, dire life endangerment as if Plaintiff Stone was a "friend" of William Barr and reporting her newspaper was stolen.

80. When Plaintiff Stone filed a complaint with Michael E. Horowitz, the INSPECTOR GENERAL OF THE UNITED STATES, who is responsible to oversee corrupt Federal officials, the response by an unidentified person in the office of Michael E. Horowitz was to return Stone's priority mail envelope and materials that were sent directly to him with a note that the Inspector General does not handle these matters and to find some agency that does, thus documenting their acts as the "Central Agency for Racketeering/Corruption Cover Up".

81. Most recently, on March 3, 2020 William Barr appeared at a conference in Florida entitled "Keeping Seniors Safe."

82. Defendant Donald Trump's right hand lieutenant Kelly Conway was in attendance.

83. Kelly Conway made numerous statements regarding her many ties to William Barr including her being part of the attorney bar union and attendance at the same law school that churns out attorneys with the mission to protect the union racketeers at all costs.

84. Plaintiffs and a large contingency of victims of the Guardian Human Trafficking/Corruption Racket at great expense and inconvenience attended the conference.

85. Plaintiffs brought a binder setting forth graphical details of this racket to provide William Barr and discuss urgent remedy.

86. Other victims brought signs to bring the Guardian Human Trafficking/Corruption Racket to the attention of Defendant Donald Trump's lieutenants.

87. Plaintiffs and other victims sought to address the issue with William Barr and Kelly Conway.

88. Each time they simply raised their hand to ask a question, they were THREATENED BY BARR AND CONWAY'S OWN VAST PROTECTION AGENCY.

89. Those who brought signs were ordered to remove the signs.

90. No one would meet with Plaintiffs or any victim who instead were attacked by William Barr's and Kelly Conway's protection agency, mocked and treated with derision and ridicule.

91. The "Keeping Seniors Safe" was scrubbed of any vestige of being a two party "conference" whereby under America's laws, the citizens of the United States could address grievances and matters of grave public concern.

92. **THE "CONFERENCE" WAS ACTUALLY A PROPAGANDA RALLY EXACTLY LIKE THOSE ASSEMBLED BY NAZI ADOLF HITLER.**

93. The junior staff member who arranged the "conference" **refused to take our binder dealing with murder, embezzlement, extortion and capital crimes, which is the number one mission of the F.B.I. and the D.O.J in obstruction of justice.**

94. **Not one other government public servant attendee would discuss this matter or return our telephone calls.**

95. **THE UNITED STATES ATTORNEY WILLIAM BARR AND THE GOVERNMENT OF THE UNITED STATES IS ACTING AS AN ACCOMPLICE, ACCESSORY,**

**COLLUDED, CONSPIRATOR AND ACCOMPLICE TO THIS NAZI PATTERNED EXTERMINATION OPERATION.**

96. The United States of America is no longer a country of "Law and Order". The United States of America is a country of "No Law and No Order". The legal system of the United States of America has become an illegal system.

97. America's judicial system now works in reverse, eroding our rights instead of protecting our rights by using illegal penal procedural and "local" rules that violate the constitution and defy logic to thwart substantive due process, substantive remedy and obstruct justice.

98. So too, the protection of the human rights of America's own citizens as enumerated by the Constitution, America's own declaration of rights and due process guarantee, has become also meaningless as illegal void laws are enacted; illegal, inane, and irrational case law is propounded and illegal void orders [26] are issued that violate all law, all operating as a sword against the very people the law is intended to protect.

99. Moreover, the government and judiciary have created an illusory, illegal, self created and self serving "immunity" to protect itself from accountability while not affording the same and equal protection to "We the People" who are not government actors.

100. Thus they illegally authorize themselves to propound venal and illegal case law that strips the public of fundamental due process and civil rights and sanctions the imposition of retaliatory, punitive and illegal "orders" by corrupt color of law imposter judges acting in the complete absence of authority or jurisdiction.[27]

101. We have no remedy as all law enforcement agencies have become dysfunctional political operatives who themselves fail to follow the law.

102. The American government has become the mortal enemy of "We the People".

103. The United States of America is deliberately and intentionally perpetrating the atrocities of Third World, barbaric countries.

104. **Because William Barr is a kingpin in this racket, we seek his removal from office and criminal indictment.**

105. **Because Kelly Conway is a kingpin in this racket, we seek her removal from office and criminal indictment.**

106. **Plaintiffs and other law-abiding citizens of the United States of America are terrorized by our own government officials who are criminally violating the constitution, wherein**

---

[26] These "orders" are referred to as "junk orders" by the Department of Homeland Security.
[27] **Reference should be made to an enlightening article on this issue:**
**John E. Wolfgram: How the Judiciary Stole the Right to Petition**
constitution.org/abus/wolfgram/ptnright.htm
INTRODUCTION. Therefore, in so abridging the right of the people to obtain just redress through the compulsory process of law, the judiciary is setting the people up for violence against government by refusing to hear their cries for justice. That is our government wagging a war of oppression against its own people.

**we have no remedy to protect ourselves from the actions of our own government, the very public servants paid by "We The People".**

BECAUSE DEFENDANT DONALD TRUMP IS KNOWN TO PETULENTLY ATTACK THOSE WHO QUESTION OR CRITICIZE HIM, THIS IS A STATEMENT DIRECTED TO DEFENDANT DONALD TRUMP:

107. We are merely the messengers exposing a morass of corruption so despicable and evil that VULNERABLE AMERICAN CITIZENS ARE BEING MURDERED IN OPEN SIGHT BY THE GUARDIAN HUMAN TRAFFICKING/CORRUPTION RACKET IN COLLUSION WITH THE AMERICAN GOVERNMENT.

108. Do not attack us for being forced by the corrupt American government to be Whistleblowers.

109. We have pleaded with you to contact us, meet with us and protect our families from extrajudicial killings in this organized crime racket and you have ignored us and failed to act.

110. Instead of being vilified and ignored, we should be lauded, commended and awarded the Nobel Peace Prize.

111. Your duty and responsibility is to "**take Care that the Laws be faithfully executed**" and issue Executive Orders:

   a. to criminally indict and try the kingpins of the rackets commencing with those in which Plaintiffs are embroiled who are named in a confidential filing.

   b. the kingpins of the cover up racket, your lieutenants, Kelly Conway and William Barr;

   c. all judges, attorneys and guardians in the Guardian Human Trafficking/Corruption Racket;

   d. to IMMEDIATELY ABOLISH GUARDIANSHIP AND RETURN THE AMERICAN CITIZENS WHO ARE HELD HOSTAGES BY THE GUARDIAN HUMAN TRAFFICKING/CORRUPTION RACKET;

   e. order restitution and compensation to the victims and their family members.

### III. PHOTO GALLERY ON THE ORDER OF HOLOCAUST VICTIMS AND SURVIVORS POSTED IN HOLOCAUST MUSEUMS

112. The provisions of paragraphs 1-111 are incorporated herein.

113. **The attached <u>Photo Gallery</u> reflects unspeakable brutality against innocent seniors.**

114. **These citizens are the faces of and epitomize American values and success stories who because they have grown older and/or vulnerable, this country has criminalized them and unleashed acts of barbarians against them, capturing, kidnapping, terrorizing, human trafficking and brutalizing them beyond recognition and comprehension in a savage "guardian" racket.**

115. **How do these photos differ from those in the Holocaust Museums documenting the Nazi atrocities [28] taking place in NAZI GERMANY IN THE THIRD REICH where a class of**

---

[28] https://encyclopedia.ushmm.org/content/en/article/the-press-in-the-third-reich

**citizens … there Jews – here vulnerable adults…were targeted, rounded up, put into forced labor, their life savings, home, jewelry, art and heirlooms are looted and they are put to death - there by chemical restraints/gas [29] …here by forcibly being administered toxic illegal psychotropic drugs?**

116. These acts fall within the definition of war crimes under 18 U.S. Code § 2441[30]; domestic terrorism under 18 U.S.C. § 2331[31]; and Crimes against Humanity under the Hague Convention [32] and fall under the jurisdiction of the International Crimes Court in the Hague.

117. These atrocities violate the U.N. Declaration of Human rights;[33] the U.N. Committee on the Rights of Persons with Disabilities; [34] Olmstead Act[35] and Americans with Disabilities Act.[36]

118. Plaintiffs are doing exactly what was done by the brave victims of the Nazi Regime who escaped and entered the United States and reported and exposed the atrocities taking place.

---

[29]       https://training.ehri-project.eu/auschwitz-similar-and-unique-characteristic-aspects-largest-german-nazi-concentration-and

[30] The relevant provisions of 18 U.S. Code § 2441-War crimes /  (d)COMMON ARTICLE 3 VIOLATIONS.—
**(1)PROHIBITED CONDUCT.—**
**(A)**Torture.—
**(B)**Cruel or inhuman treatment.—
**(C)**Performing biological experiments.—
**(D)**Murder.—
**(E)**Mutilation or maiming.—
**(F)**Intentionally causing serious bodily injury.—
**(G)**Rape.—
**(H)**Sexual assault or abuse.—
**(I)**Taking hostages.—
[31] **The term "domestic terrorism" is defined in 18 U.S. Code § 2331 means:**
Activities that  (A)involve acts dangerous to human life that are a violation of the criminal laws of the United States or of any State; (B)appear to be intended— (i)to intimidate or coerce a civilian population; (ii)to influence the policy of a government by intimidation or coercion; or (iii)to affect the conduct of a government by mass destruction, assassination, or kidnapping; and (C) occur primarily within the territorial jurisdiction of the United **States**
[32] **https://www.icc-cpi.int/resourcelibrary/official-journal/rome-statute.aspx**
[33] **https://www.ohchr.org/EN/ProfessionalInterest/Pages/WarCrimes.aspx**
[34] **https://www.ohchr.org/EN/HRBodies/CRPD/Pages/ConventionRightsPersonsWithDisabilities.aspx**
[35] Supreme Court Olmstead decision - Accessible Society
www.accessiblesociety.org/topics/ada/olmsteadoverview.htm
One June 22, 1999, the U. S. Supreme Court ruled in the case Olmstead v. L.C. and E.W. that the "integration mandate" of the Americans with Disabilities Act requires public agencies to provide services "in the most integrated setting appropriate to the needs of qualified individuals with disabilities." Disabled people segregated in institutions
[36] **The Americans With Disabilities Act of 1990**
*https://*www.eeoc.gov/*eeoc/history/35th/1990s/ada.html*
Passed by Congress in 1990, the Americans with Disabilities Act (ADA) is the nation's first comprehensive civil rights law addressing the needs of people with disabilities, prohibiting discrimination in employment, public services, public accommodations, and telecommunications.

IV.    **PLAINTIFFS ARE REPORTING TO THIS UNITED STATES GOVERNMENT ATROCITES ON THE ORDER OF NAZI WAR CRIMES**

A.  <u>THERE MUST BE AN IMMEDIATE RESCUE OF THE VULNERABLE ADULT VICTIMS AND THEIR FAMILIES BY AN ORDER BY THIS COURT TO SHUT DOWN THE "GUARDIAN COURTS" BY MARSHAL LAW IF NEEDED</u>

B.  **WHEN THESE ATROCITIES WERE REPORTED TO PRESIDENT FRANKLIN ROOSEVELT, THE UNITED STATES DECLARED WAR AGAINST NAZI GERMANY [37] A FOREIGN GOVERNMENT. THE VERY SAME ATROCITIES ARE BEING COMMITTED BY THE UNITED STATES ITSELF WHEREBY THIS COUNTRY IS IN AN UNDECLARED CIVIL WAR AND MUST TAKE URGENT MILITARY ACTION**

C.  **ORDERS WERE ISSUED TO SHUT DOWN THE COUNTY DUE TO THE PANDEMIC VIRUS <u>THIS  IS AN IMMINENTLY GREATER PANDEMIC VIRUS OF GENOCIDE</u> THAT POSES THE GREATEST DANGER TO OUR COUNTRY AND THE GUARDIAN HUMAN TRAFFICKING /CORRUPTION COURTS MUST BE ORDERED CLOSED**

D.  **THIS UNSPEAKABLE NATIONAL DISGRACE AND DISASTER MANDATES THIS COURT ORDER SPECIALLY DESIGNATED TROOPS ON THE ORDER OF NAVY SEALS AND A SPECIALLY DESIGNATED TERROR FORCE SQUAD TO CRIMINALLY INVESTIGATE, INDICT, ARREST AND SENTENCE THESE NAZI-PATTERNED [38] JUDGES AND ATTORNEYS IN A TRIAL ON THE ORDER OF A NUREMBERG TRIAL**

119. The provisions of paragraphs 1-118 are incorporated herein.

---

[37] <u>**Declaration of war - Wikipedia**</u> /en.wikipedia.org/wiki/Declare_war
U.S. President Franklin D. Roosevelt signs a declaration of war against Nazi Germany on December 11, 1941. A declaration of war is a formal act by which one state goes to war against another. The declaration is a performative speech act (or the signing of a document) by an authorized party of a national government, in order to create a state of war between two or more states .

[38] <u>Nazi Germany - Dictatorship - History Learning Site</u> /www.historylearningsite.co.uk/nazi-germany/nazi...
Mar 09, 2015 · Nazi Germany – Dictatorship. Nazi Germany under the leadership of Hitler soon became a dictatorship.A dictatorship requires one person and one party to be in control of a nation and a climate of fear – this was provided by Himmler'sSS. Personal freedom disappeared in Nazi Germany.

120. In the Nuremberg Trial of Nazi Judge Oswald Rothhaug the Court found in its sentencing judgment that:

> *"By his manner and methods <u>he made his court an instrumentality of terror and won the fear and hatred of the population</u>. From the evidence of his closest associates as well as his victims, we find that Oswald Rothaug represented in Germany the personification of the secret Nazi intrigue and cruelty. He was and is a sadistic and evil man. Under any civilized judicial system he could have been impeached and removed from office or convicted of malfeasance in office on account of the scheming malevolence with which he administered injustice."[39]*

121. These are the actions of the sadistic and evil "guardian" judges who are ringleaders of the Guardian Human Trafficking/Corruption Racket… by their manner and methods, <u>they have made their court an instrumentality of terror.</u>

122. **We are terrified of these judges as they are deliberately and criminally violating the law to ruthlessly engage in a calculated, pre-plotted agenda to murder, loot, embezzle and extort our assets, while making it appear they are conducting a court proceeding.**

123. **THEY MUST BE IMPEACHED AND REMOVED FROM OFFICE AND CONVICTED OF THEIR CRIMES.**

124. The U.S. has precluded the ability of Plaintiffs to seek remedy warranted by the International Criminal Court by its unconscionable failure to ratify membership therein[40].

125. Notice is being provided to the International Criminal Court and U.N. Security Council.

## V.      JURISDICTION

126. The provisions of paragraphs 1-125 are incorporated herein.

127. This matter arises from violations of 18 U.S.C. § 1961 et seq. ("Racketeer Influenced and Corrupt Organizations Act" or "RICO"). RICO addresses the corrupt abuse and misuse – usually covertly – of organizations, entities, businesses, institutions or even governments or government agencies, such that superficially legitimate entities actually operate for criminal purposes irrelevant to the entity's purpose.  Jurisdiction is also pursuant to 18 U.S.C. § 1965, which allows for nationwide jurisdiction pursuant to the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. §§ 1961-1968. [41]

---

[39] https://phdn.org/archives/www.mazal.org/NMT-HOME.htm

[40] https://delawarestatenews.net/opinion/commentary-america-must-become-member-of-international-criminal-court/

[41] See *Rolls-Royce Corp. v. Heros, Inc.,* 576 F.Supp.2d 765, 778-79 (N.D. Tex. 2008) (citing cases); *Oblio Telecom, Inc. v. Patel,* No. 3-08-CV-0279-L, 2008 WL 4936488 at *4 (N.D. Tex. Nov. 18, 2008) (citing cases). Stated differently, if a RICO plaintiff can show that at least one defendant "resides, is found, has an agent, or transacts his affairs" in the forum, then jurisdiction is proper as to all other defendants if "the ends of justice require." *Rolls-Royce,* 576 F.Supp.2d at 779; *Paolino v. Argyll Equities, L.L.C.,* 401 F.Supp.2d 712, 718 (W.D. Tex. 2005).

In a RICO action, the "ends of justice" require nationwide service of process to further the Congressional intent of allowing "plaintiffs to bring all members of a nationwide [ ] conspiracy before a court in a single trial." *Butcher's Union Local No. 498 v. SDC Investments, Inc.,* 788 F.2d 535, 539 (9th Cir. 1986), *citing Sanders v. United*

128. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331.

129. This Court also has subject matter jurisdiction over this action based on diversity of citizenship pursuant to 28 U.S.C. § 1332(a)(2).

130. Jurisdiction is also proper under *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971), as the actions violate the First and Fifth Amendments to the U.S. Constitution.

131. This Court has jurisdiction under the First Amendment ***"Congress shall make no law … abridging … the right of the people …to petition the government for a redress of grievances."*** This clause thus affirms the right to petition for redress for violation of First, Fifth, Eighth, Ninth, and Fourteenth Amendments (No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person within its jurisdiction the equal protection of the laws).

132. This Court has supplemental jurisdiction over this action pursuant to 28 U.S.C. § 1367.

### VI. SUMMARY AND EXPOSURE OF THE GOVERNMENT SPONSORED GENOCIDE/HUMAN TRAFFICKING/RACKETEERING ENTERPRISE; AND MASSIVE HUMAN RIGHTS VIOLATIONS PERPETRATED THEREIN; AND NOTICE OF GRAVE URGENCY TO PREVENT DEATHS [42]

133. The provisions of paragraphs 1-132 are incorporated herein.

134. This matter and organized crime racket originates out of the "guardian" courts.

135. **All across the country, particularly in Florida, vulnerable citizens who have the highest protection under American law** [43] are instead targeted, kidnapped, illegally stripped of their rights and forcibly disappeared by simulated state of Florida actors in an organized crime racket they coin "guardianship" that is populated and operated by an incestuous cabal of dirty, bribe-infested judges, attorneys and guardians.

---

*States,* 373 U.S. 1, 17, 83 S.Ct. 1068, 1078, 10 L.Ed.2d 148 (1963); *accord Johnson v. Investacorp, Inc.,* No. 3-89-CV-2607-H, 1990 WL 25034 at *1 (N.D. Tex. Jan. 31, 1990). Nationwide service of process also promotes the "ends of justice" where, as here, numerous defendants reside in different states, and there likely is no alternative forum in which jurisdiction would be proper as to all defendants.

[42] Plaintiffs recognize that some of the word phrasing used herein may be extraordinary. However, Plaintiffs' stories are **far from ordinary. Plaintiffs and their families have been subjected to atrocities as if they are war criminals for expressing horror and exposing vicious crimes by judges, legislators and executive officials, public servant of the United States of America on the order of war crimes. Plaintiffs, brave American citizens have a right to relate the horrors to which they have been subjected in their words and a duty to the American public to warn and protect them from the crimes to which Plaintiffs have been subjected just as the atrocities and stories of the Holocaust were related by witnesses and victims were brought to the attention of the American government and President. Moreover, this court has the highest duty to protect Plaintiffs and to provide them with the highest level of safety, security and accommodation.**

Further, in the interest of justice, there should be no page restriction on this Complaint as it has been painstakingly and reasonably compiled and prepared to set forth the enormity of this organized crime racket. Moreover, there are multiple defendants which Plaintiffs are forced to sue in this civil matter to protect themselves from dangerous organized crime rackets against whom this Court has a duty to protect.

[43] The Olmstead Doctrine (which requires older adults be **integrated** into the community, Americans with Disabilities Act, The Elder Justice Act, the U.S. Constitution itself which guarantees due process and the right to life, liberty. property and pursuit of happiness.

136. The members of the Guardian Human Trafficking/Corruption Racket deviously and diabolically identify themselves by some variation of "guardian" related terms that they coin i.e.: "Guardian Judge", "Guardian Court" and "Guardian" to pretend legitimacy by implying "protection" and "care" to mask the deadly human trafficking racket that has become Florida's biggest underground enterprise.

137. "Guardian" courts are petty, lowly, corrupt, dishonorable, administrative courts that have orchestrated the perfect crime:  AN EMBEZZLEMENT, EXTORTION, MURDER-FOR-HIRE, HUMAN TRAFFICKING RACKET that operates out of the courthouse.

138. Because this racket is protected and covered up by corrupt judges in all other state and federal courts throughout the country, the guardian racket has morphed into a massive organized crime racket spanning the country and crossing state lines that is controlled and protected by the attorney members of the bar association union and infiltrates every state and federal court in America.

139. The Guardian Human Trafficking Racket violates the Hobbs Act.

140. **THE GUARDIAN HUMAN TRAFFICKING RACKET CRIMINALLY AFFECTS EVERY CONCEIVABLE ASPECT OF INTERSTATE COMMERCE IN GLARING VIOLATION OF THE HOBBS ACT, 18 U.S.C. § 1951, OF WHICH THE F.B.I. AND D.O.J. ARE THOROUGHLY AND INTIMATELY AWARE AND CRIMINALLY AND DELIBERATELY FAIL TO ENFORCE, THUS ACTING AS ACCESSORIES AND ACCOMPLICES TO THE RACKET:**

   a. 18 U.S.C. § 1951(a) Whoever in any way or degree obstructs, delays, or affects commerce or the movement of any article or commodity in commerce, by robbery or extortion or attempts or conspires to do so, commits, or threatens physical violence to any person or property in furtherance of a plan or purpose to do anything in violation of this section shall be fined under this title or imprisoned not more than twenty years, or both.

   b. The Hobbs Act is **SPECIFICALLY INTENDED** to combat public corruption and acts under color of law, crimes in which the F.B.I. and D.O.J. are complicit.

141. A summary of how the racket works is set forth herein.

142. Although the list of depraved tactics employed by this racket is bottomless, there is no mystery to the Guardian Human Trafficking/ Corruption Racket.

143. The Machiavellian tactics are only diversions to hide the fact that dirty, corrupt judges, lawyers and guardians **are using U.S. Federal and State courts to run an embezzlement racket and a protection racket to steal the assets of America's vulnerable adults.**

144. The Guardian Human Trafficking/Corruption Racket is nothing more than a deadly, organized crime and protection racket run exactly the same way as that of Mafia thugs – by threats, extortion and a self-policed protection racket.

145. The ONLY difference is that it is run by dirty, corrupt judges and attorneys using the courts of the United States to make it appear that it has legitimacy and its protection racket is

provided by other dirty judges in other Federal and state courts who cover up the crimes when the matter is appealed or a complaint taken to a committee of the self-policing dirty judges who purport to provide "oversight".

## VII.   PLAYBOOK AND COMMON TACTICS EMPLOYED BY THE GOVERNMENT SPONSORED GUARDIAN HUMAN TRAFFICKING/CORRUPTION RACKET

146. The provisions of paragraphs 1-145 are incorporated herein.

147. These are the common tactics employed by the Guardian Human Trafficking/Corruption Rackets throughout Florida and the entire country (the "Guardian Playbook").

## A.  MASSIVE HUMAN RIGHTS VIOLATIONS; HUMAN TRAFFICKING; PHYSICAL ATROCITIES; SENSORY DEPRIVATION; FINANCIAL EXTORTION AND EMBEZZLEMENT; AND MURDER/GENOCIDE

148. Affluent Florida retired adults, senior citizens and vulnerable adults are targeted by corrupt attorneys, guardians and judges, members of the Guardian Human Trafficking/Corruption Racket and their cronies and cohorts.

149. This is often done by trolling retirement communities, hospitals, banks and by their own self created "seminars" designed to pull in their victim.

150. Often this is done by their own attorneys to steal their assets.

151. Once their prey is identified, these vulnerable affluent adults are forced into guardianship by the simple filing of a fraudulent, fabricated petition whereby they are seized by the corrupt judge and stripped of their human and civil rights in order to steal their assets.

152. Their assets are immediately seized.[44]

153. These vulnerable adults are illegally secluded from their family, forced from their homes and isolated in a secret location so that all of the resulting abuse, extortion, embezzlement and other crimes can take place in secret, removed from all eyes of the public.

154. This is a sinister form of human trafficking **taking place in color of law courts**[45].

---

[44] **Liberation of Auschwitz: Belongings of victims | The ...**
encyclopedia.ushmm.org/content/en/film/...
Liberation of Auschwitz: Belongings of victims. Upon arrival in the Auschwitz camp, victims were forced to hand over all their belongings. Inmates' belongings were routinely packed and shipped to Germany for distribution to civilians or use by German industry. The Auschwitz camp was liberated in January 1945.

[45] **Is Elder Guardianship A New Form Of Human Trafficking?**
nasga-stopguardianabuse.blogspot.com/2016/09/is...
A 2013 AARP report gave a "best guess" estimate of the number of adults under ... within the FloridaDepartment of Elder ... a form of human trafficking. On the ...
**America's Shame: Trafficking Our Elderly | SENIOR LIVING WATCH**
seniorlivingwatch.wordpress.com/2014/01/21/...

155. The array of demented tactics that are employed to capture these vulnerable adults into the Guardian Human Trafficking/ Corruption Racket are staggering.

156. In one case, hereafter described, a real estate agent, Diana Sames, at Remax Realty petitioned to put an affluent Florida citizen into guardianship for revenge as she wanted to list the woman's property and was refused. When the woman sold the property to a family member, Sames retaliated by filing a fraudulent petition forcing her into guardianship.

157. When this case and a whopping ONE HUNDRED AND THIRTY TWO OPEN CASES OF ABUSE BY GUARDIANS (which is only the tip of the iceberg) including another case in Manatee County, Florida where a court-appointed guardian took the wedding ring off an 85-year-old widow's finger, was reported to the Florida governor Ron DeSantis in a television interview[46], instead of ordering an investigation into the crimes perpetrated by Diana Sames and other predators, incredibly, he dismissively shrugged his shoulders and in his "duh"

---

2 thoughts on " America's Shame: Trafficking Our Elderly " cgd1947 January 25, 2016 at 3:13 PM. There is another form of elder human traffic that can take place in the elder's own home.

**Is Elder Guardianship A New Form Of Human Trafficking? | HuffPost Life**
https://www.huffingtonpost.com/dr-terri.../is-elder-guardianship-a-n_b_11970144.ht...
Sep 13, 2016 - In **Florida**, there are 5 million **people** age 60 and older and that ... Yet, **seniors** who have come to this retirement haven are actively being ...

**Judge Martin Colin had a hand in his wife's guardianship cases, state ...**
https://www.palmbeachpost.com/...guardianship.../sWv6eYgvcDeubugXhCoQ4H/
Sep 1, 2018 - Now nearly a decade later, the state of **Florida** spells out in an .... wanting out of an assisted care facility full of **elderly people** that her current ..

**Elder Guardianship Abuse – www.elderdignity.org**
elderdignity.org/elder-guardianship-abuse/
Doctors – Sign off on the incapacity of the **senior** and often refers a petitioner to a ... In **Florida** and Flagler County, these predators are allowed to liquidate the **senior's** ... Post articles, "Is Elder **Guardianship** a New Form of **Human Trafficking**?

**https://www.abcactionnews.com/.../theyre-court-appointed-to-protect-the-elderly-but-...**
Feb 21, 2019 - Professional **guardians** have become a booming industry in **Florida**, ... They're court-appointed to protect the **elderly**, but who's policing **Florida guardians**? .... **Florida** doesn't limit how many **people guardians** can oversee and ...

**Seniors Stripped Of The Right To Vote; Florida Is A Hotspot | HuffPost ...**
https://www.huffpost.com/entry/seniors-stripped-of-the-r_b_12794608
Nov 7, 2016 - As explained in "Is Elder **Guardianship** A New Form of **Human Trafficking**?," **guardianships** are supposed to protect older citizens. However ...

**Guardians from Hell – Tablet Magazine**
https://www.tabletmag.com/scroll/264932/guardians-from-hell
Jun 21, 2018 - **On** June 6, Lourdes filed a petition for **guardianship on** the grounds .... "To isolate and prohibit an **aging** Mother from seeing her daughter is heartbreaking to this GAL. .... "In 2003 in **Florida**, there were 23 professional **guardians**," he said. ....

[46] **Gov. DeSantis: 'There doesn't seem to be anybody held ...**
*https://www.abcactionnews.com/news/local-news/i...*
Feb 27, 2019 · Florida Gov. **Ron DeSantis** says "There doesn't seem to be anybody held accountable," in reaction to ABC Action News I-Team investigation, which revealed not a single **guardian's** registration has ...

response said:  "What troubled me about some of the issues you guys raised was obviously bad things are happening, but there doesn't seem to be anybody held accountable."

158. Once a fraudulent "guardian" petition is filed, our loved ones, perfectly competent adults, are then ambushed in their homes by a colluding "examining committee," who are court appointees of the Guardian Human Trafficking/ Corruption Racket who are paid by the state of Florida (the "Corrupt Insider State Appointed Examining Racketeers") to provide a phony "medical opinion" of "incapacity."

159. The Corrupt Insider State Appointed Examining Racketeers are incentivized to rule that a person is incapacitated or they don't get other appointments.

160. They make a career of making these fraudulent "rulings."

161. The Corrupt Insider State Appointed Examining Racketeers are not all required to be trained doctors with a medical degree.

162. The Corrupt Insider State Appointed Examining Racketeers can even be "laymen" or social workers.

163. There are no mental, physical, diagnostic or medical tests or brain scan done or any other medically founded examination whereby a determination of "capacity" could be made.

164. The Corrupt Insider State Appointed Examining Racketeers hold secret brief encounters with their unsuspecting prey where they fabricate a fraudulent "incapacity" opinion whereupon these vulnerable adults are seized by complete strangers and placed into a covert guardianship operation; stripped of their human, civil and Constitutional rights, declared dead under the law and become humanly owned and trafficked.

165. These rigged "examinations" are done by the Corrupt Insider State Appointed Examining Racket court appointees who have unspoken agreements to return fabricated "incapacity" rulings in a "pay for play" scheme.

166. Even the corrupt Florida laws require at a minimum a physical examination.

167. However no such examination or any other testing was performed with regard to Plaintiffs' loved ones.

168. THUS THE SCAM GUARDIANSHIPS OF PLAINTIFFS' LOVED ONES ARE VOID AND ILLEGAL AND ALL ORDERS ISSUED WHEREIN THEIR ASSETS ARE STOLEN AND EMBEZZLED ARE VOID AND ILLEGAL AND MUST BE VOIDED.

169. THUS ORDERS IN ALL SUBSEQUENT RACKETS AGAINST PLAINTIFFS WHEREIN THEY ARE BEING EMBEZZLED AND FALSELY ARRESTED OR THREATENED  WITH ARREST ARE ILLEGAL AND MUST BE VOIDED.

170. Once the Corrupt Insider State Appointed Examining Racketeers issue a fraudulent ruling of "incapacity", the vulnerable adult is then illegally stripped of all human, civil and Constitutional rights and stripped of their assets by the issuance of void, illegal orders.

171. Their person and their assets are immediately transferred to a complete stranger who has no state license, no credentials and is not regulated by the state by void, illegal orders.

172. They are stripped of their right to counsel by void, illegal orders.

173. They are immediately removed from their family members by void, illegal orders.

174. In "guardian-speak" they use the term "isolation".

175. Isolation alone is a crime, but this crime goes far beyond the concept of "isolation".

176. This forced removal of a vulnerable adult from their family members constitutes "forcible disappearance" a war crime.

177. This racket is so brazen in Miami-Dade country that the "menu" of illegal options on the Florida e-filing "portal," includes a **"PETITION FOR AN ISOLATION ORDER"**.

178. **How does this occur in open sight in the United States of America system of laws???**

179. These "forcible disappearance" illegal orders are treacherously devised by hurling fabricated outlandish accusations of "misdeeds" against family members, assassinating and maligning their character.

180. A favored tactics of these predators is to purposely administer a dangerous drug to seniors to medically incite "agitation" and sling fabricated accusations against family members that they cause "agitation" in ORDER TO OBTAIN ILLEGAL "ISOLATION" orders by a corrupt judge when they themselves create the "agitation" to remove these vulnerable adults from the face of the earth to remove any oversight by their family members.

181. In the case of Plaintiff Stone, Plaintiff Stone was attacked with fabricated "crimes" including "interference" with the "custody" of her own mother for objecting to her mother being administered Miralax, a drug known to the non guardian world as a laxative but in the guardian world, it is used because it causes "agitation" and the failure of vital organs in a vulnerable adult[47].

182. In the insane guardian world, Plaintiff Stone as are countless others, was fraudulently accused of causing the very same "agitation" that they diabolically orchestrated by their administration of this dangerous drug to her mother.

183. As is well-known and publicized, isolation is an insidious crime[48].

184. The isolation of children is a breeding tactic used by sexual predators to coerce them into silence.

185. So to, the isolation of vulnerable adults is a crime and puts them in grave danger.

186. Thus "isolation" is a key essential to this racket in order for their physical crimes to be committed in secret.

---

[47] https://www.medicalnewstoday.com/articles/325170#miralex-vs-other-drugs

[48] **The Relationship Between Isolation and Elder Abuse ...**
www.connectingedmontonseniors.ca/the...
Jun 15, 2017 · Isolation is a risk factor for abuse and is also a result of abuse that becomes deeper and more profound as the abuse escalates. [1] Isolation and abuse are important social issues in our Edmonton community and beyond. They have a deep impact within our community in general while also having...
**How the Hart parents isolated their children to hide signs of ...**
www.cnn.com/2018/04/13/us/hart-family-abuse...
Apr 13, 2018 · The Hart family's history highlights what experts say are classic signs of abusive parents isolating their children from other adults, including those who are mandated by law to report suspected ...

187. Family members are illegally ordered to pay crony corrupt third parties to supervise their "visits" with their loved ones.

188. The term "supervised visit" is an abhorrent pretense used to cover up their criminal deprivation of the Constitutional right of association between family members.

189. One of Plaintiff's Stone many racketeering attorneys diabolically had Plaintiff Stone pay his buddy, a cop, to come to the vile nursing home that violated the Florida building code where Plaintiff Stone's mother was being kept hostage.

190. The assets of Plaintiff Stone's mother, unbeknownst to her were being stolen to pay the predator guardian to be present when Plaintiff Stone went to see her mother.

191. So to make clear: In order for Plaintiff Stone to be able to "see" her mother who had been kidnapped by the Guardian Human Trafficking Racket so as to watch in horror the atrocities her mother was suffering including her suspected head shaving and debilitation without be able to rescue her mother, this is the financial cost:

   a. Plaintiff Stone was forced to pay her saboteur attorney legal fees in the sum of $400 an hour to file a staged, orchestrated "petition" for her to "see" her own mother.

   b. Plaintiff's Stone's mother's assets were being extorted by Roy R. Lustig in the sum of between $400 to $500 per hour to oppose the "petition".

   c. The Nazi derived judge, wired, bribed judge would delay any sham hearing in order for Plaintiff Stone to be forced to pay her corrupt sabotaging attorney more money to file an "Emergency Petition"

   d. That Emergency Petition was opposed by Roy R. Lustig whereupon a sham "hearing" by the wired judge imposed a plethora of conditions.

   e. Plaintiff Stone's own attorney suggested as one of those conditions that a cop (his buddy) be retained to attend the "meeting".

   f. The wired judge required his crony guardian who was human trafficking Plaintiff Stone's mother to attend the meeting so as to be paid an hourly fee.

   g. Thus the corrupt human trafficker judge actually issued a Nazi-patterned "order" where Plaintiff was "allowed" to "see" her mother that he was human trafficking.

   h. At that meeting, Plaintiff's mother's head was completely covered with a rag-like material. Plaintiff Stone later woke up in horror in the middle of the night terrified her mother's head had been shaved because of lice or more likely because the predators did everything possible to dehumanize her and to prevent her escape.

   **i. THUS THAT ONE HOUR MEETING COST PLAINTIFF STONE AND HER MOTHER AN ESTIMATED $2,500- $5,000.**

192. **Multiply this by all of the other diabolical sham "events" that occur in this organized crime racket and the astronomical theft that takes place in this racket could be used to replace the entire infrastructure in the country and provide free education and health insurance to all Americans.**

193. **Plaintiff Donald Trump:   THIS THE LEGACY YOU ARE LEAVING THE AMERICAN PUBLIC.   Why are you investing in Nazi-patterned atrocities and corruption?  Why haven't you drained this swamp?  SHAME ON YOU.**

194. When Plaintiff Stone had previously paid extortive fees to see her mother on a prior "visit", her mother's broken glasses were exhibited in plain sight and her mother was holding her head in her hands as she was suffering horrific headaches from not being able to see.

195. When Plaintiff Stone went from one "overseer" to another, she was laughed at and threatened with arrest for "interference with custody of her own mother" the same extortive threat that is made against all family members.

196. The removal of eyeglasses, hearing aids and dentures and other ancillary devises needed by seniors for their independence and care is the crime of "sensory deprivation".  It is another sick tactic used by the Guardian Human Trafficking Racket to further debilitate their prey and accelerate their death.

197. Plaintiff Martino's eyeglasses and hearing aid were taken from him.

198. These vulnerable adults are subjected to horrific atrocities: chemical restraints by administering illegal psychotropic drugs to keep them incoherent, deprived food in order to force feed them, making it easier to lace them with drugs such that their stomach is cut open to implant an unneeded feeding tube,[49] deprived all sensory and physical activity to accelerate their deterioration, secreted and kept isolated from the outside world and their families and subjected to physical, emotional, sexual abuse and other horrific atrocities[50].

199. These vulnerable adults are not provided counsel or permitted to testify in court; their family members are erased on the court records and prohibited from appearing in court under threat of imprisonment; subjected to ceaseless, contrived staged litigation in order to orchestrate legal fees that Florida Sponsored Guardian Racket extorts from the vulnerable adult.

200. This is done to force horrific family members to file documents to plead with the Guardian Human Trafficking/Corruption Racket to save the life of their vulnerable family member.

201. Their pleadings are all futile and in vain as all litigation is rigged and preordained.

202. These pleading only serve to advance the objective of this enterprise which is to incite litigation that is used as a pretense to extort the assets of the vulnerable adult (these assets have already been seized illegally by the color of law court) can be used to pay "fees" to the corrupt attorneys and guardians and kickbacks to the colluding judges.

203. The more the family member fights to protect their loved one, the more money these predators steal from their loved one in rigged, staged, litigation.

---

[49] Forced feeding by feeding tube has been compared to "waterboarding" used against war criminals
https://www.businessinsider.com/the-forced-feeding-at-guantanamo-bay-sounds-a-lot-like-waterboarding-2014-3
[50] See before and after unthinkable photos of a vulnerable adult (Photo Gallery) who died TEN DAYS after she was kidnapped in guardianship and subjected to horrific terror.

204. Once all assets of the vulnerable adult are embezzled, their home is sold from under them to continue the free for all fest /money train.

205. Their home, car, art,  jewelry, family heirlooms, investments, retirement funds, pension funds, social security, annuities, personal possessions, EVERYTHING is looted in this terrorist enterprise that goes by the name of "guardianship".

206. Thereafter, when the entire life savings of their victim has been sucked dry, their victim is murdered by chemical restraints.

207. They are administered illegal psychotropic drugs carrying black box warning against their use by elder adults as they cause cardiac arrest and stroke.

208. ILLEGAL DO NOT RESUSCITATE ORDERS ARE ROUTINELY ORDERED.

209. These death sentences defile human life and violate religious beliefs of vulnerable adults.

210. These vulnerable adults who were perfectly competent and physically healthy are put to their death from abuse, drugging, chemically caused heart attacks and other deranged orchestrated murder schemes.

211. Just as the "isolation/forced disappearance" of the vulnerable adult is an essential element of this organized crime racket in order that physical atrocities can be committed in secret, so too, the "isolation" of the court record is an essential component of this racket in order that their financial crimes can be committed in secret.

212. The fake "court records" are illegally "sealed" in order the no one, the family member, the public or the press can access the documents.

213. This violates transparency laws of the Federal government [51] and the Florida Sunshine law.

214. The objective is to insure their crimes are committed in secret to make them impossible to be reported.

215. In addition, the illegal "record sealing" enables the corrupt judge, attorney and guardian to devise all manner of diabolical proceedings to award fees, issue illegal gag orders and orchestrate insane activities and Machiavellian scheme to orchestrate fees.

245. The family members are thus illegal deprived access by and to the very same racketeering court in which the racket is taking place in order for the crimes, including embezzlement to take place in secret.

246. The illegal record "sealing" is also a means to make it impossible for the files to be accessed by the media in order to shut down their ability to do meaningful investigative reports. [52]

---

[51] **Open government - Wikipedia**
en.wikipedia.org/wiki/Open_government
Transparency in government is often credited with generating government accountability, which supporters argue leads to reduction in government corruption, bribery and other malfeasance.

[52] **Democracy dies in darkness is the slogan of the prestigious Washington Post.**
**The Washington Post: 'Democracy dies in darkness' | TheHill**
thehill.com/homenews/media/320619-the-washington...
The Washington Post has a new slogan on its homepage: "Democracy Dies in Darkness.". The motto, one that has been used periodically in the past by Washington Post columnist and editor Bob Woodward, was first spotted on Friday. The @washingtonpost has a new sloga

247. The entire proceeding is a fraud devised by a wired judge working hand and hand with an arsenal of self-dealing attorneys, guardians, judges and judicial officers to disseminate the life savings, possessions, home, car and personal property of their prey who is rewarded with bribes and kickbacks.

248. The court proceeding are a sham where ex parte motions and orders, ore-tenus proclamations, self-serving "confidential" reports are exchanged.

249. There is a pretense that a real court proceeding is occurring under American Law and Rules but the only thing really happening is the illegal, criminal distribution of the assets of an elderly person to a fully-fledged racketeering crime ring presided over by a wired sham judge wearing a black robe.

250. This guardian racket is buried under an avalanche of corruption and fraud so deep that it permeates and infects the whole foundation of the legal system throughout the world.

251. However, the mountain of fraud is only a diversion to hide the fact that this is a very simple crime… a perfect crime:  AN EMBEZZLEMENT RACKET RUN **BY** THE COURT.

252. This industry is a fully fledged organized crime racket overseen; financially sponsored and protected by the Federal government and state agencies and governors.

## B.  THE GUARDIAN HUMAN TRAFFICKING/CORRUPTION FAMILY IS A CRIME AGAINST ENTIRE AMERICAN FAMILIES

**WE ARE EMBROILED AND TERRORIZED IN THE GUARDIAN RACKET AND ACCOMPLICE RACKETS IN OTHER COURTS TO DESTROY THEIR LIVES AND STEAL AND ROB THEM OF THEIR HOME AND ASSETS AS WELL (THE "GUARDIAN FAMILY MEMBER EXTORTION RACKET") NOTICE OF GRAVE URGENCY**

253. This Nazi-derived racket is a subversive crime perpetrated against entire Florida families.

254. The Guardian Human Trafficking/Corruption Racket spans a bottomless, voracious pit of extortion /protection racket that are orchestrated against family members.

255. The Florida Sponsored Guardian Racket's monstrous illegal and far-reaching tentacles ensnare the entire families of Florida's vulnerable adults into its web.

256. Once their loved one becomes entrapped in this barbaric abomination, their family members also immediately become enmeshed in separate rackets perpetrated against them.

257. There is grave urgency to this matter as Plaintiffs and their families are in danger of their safety, their property and their life.

258. Plaintiffs are putting this court on notice and documenting these crimes for the record.

259. We are family members - doctors; lawyers; pharmacist; educators and educated, productive American citizens - of loved ones who are captured in this Nazi-patterned racket.

260. We are crime victims as well.  Our loved ones are stolen from us, extorted and killed; our families plundered; we are viciously retaliated for exposing this diabolical racket; illegally

gag ordered, forced into bankruptcy; our homes foreclosed; our assets garnished; wrongfully incarcerated and our lives destroyed.

261. We should be respected and lauded for our efforts to expose and eradicate this plight that infiltrates the state of Florida whereby Ron DeSantis destroys the lives of Florida's families and eradicates their human rights, annihilating all that distinguishes America from fascist, third world countries and Nuremberg law [53] under the Third Reich.

262. The overriding goals of the sham litigation perpetrated in the Guardian Family Member Extortion Racket is:

    a. to steal the assets and home of the family members in sham court proceedings in a pretense that a legitimate legal proceeding is taking place.

    b. Threaten and extort the family members into silence by stealing their assets making them unable to undertake remedy as they are drowning in litigation, losing their homes and their livelihood and possessions;

    c. Threaten and extort the family members into silence by illegal void "gag" orders and threats of arrest.

    d. Any attorney who they retain is threatened by the Guardian Human Trafficking Racket if that attorney crosses them or secretly works in collusion with Guardian Human Trafficking Racket to sabotage the family member and perpetrate the racket, causing the family member to hemorrhage money to pay legal fees on futile remedy.

263. We are erased from the "court" records.

264. In one of the multitude of lawsuits filed by predators in Plaintiff Stone's matter, she was described as "was" the daughter of Mrs. Stone implying Mrs. Stone passed away, diabolically putting Stone is desperate fear her mother passed away and she was not even told.

265. This is a routine demented tactic, as papers discovered by Plaintiff Martino refer to her father, who is living, as deceased.

266. When finding her mother was alive, Plaintiff Stone realized the complete immorality of these terrorists who sought to make public that Plaintiff NO LONGER EXISTED AS THE DAUGHTER OF HER MOTHER AND WAS BEING ERASED IN A PUBLIC RECORD.

267. THIS DEPRAVED ACT ALONE REFLECTS THE DANGEROUS MENTAL CONDITION OF THESE DERELICTS AND THE COMPLETE FAILURE OF THE UNITED STATES GOVERNMENT TO INSURE THE SAFETY OF ITS CITIZENS BY FAILING TO CRIMINALLY CONVICT THESE PREDATORS.

---

[53] As defined in Wikipedia: The **Nuremberg Laws** (German: *Nürnberger Gesetze*) were antisemitic and racial laws in Nazi Germany were enacted by the Reichstag in 1935. Jewish citizens were harassed and subjected to violent attacks. **They were actively suppressed, stripped of their citizenship and civil rights, and eventually completely removed from German society**

268. Plaintiffs are sued by own attorneys for self-devised, illusionary fees; we are sued in illegal, fabricated "SLAPP" lawsuits falsely accused of "DEFAMATION" for reporting crimes to steal our assets to attempt to "silence" us, we are unlawfully arrested for violating illegal orders that prevent us from reporting the abuse of their loved ones, we are forced to expend astronomical fees when we go to other courts seeking justice that is all for naught as the entire state of Florida is a complete locked down cover up racket for the Florida Sponsored Guardian Racket.

269. We are criminally deprived of our right of association with our families by perverse, illegal "isolation" orders.  **Reference is made to article "The New Gestapo:  Probate Court"- Exhibit C.**

270. We are illegally "gag" ordered to PROHIBIT us from reporting crimes to law enforcement agencies.  This is a Nazi derivative of "VERBOTIM."

271. The usual scenario is for the guardian and their attorney to file fabricated statements against family members falsely alleging "misdeeds" and "crimes" with a colluding judge (usually accusations of "agitation" that the abusive guardians cause themselves by administering contraindicated medications with dangerous side effects and "interference with custody" when family members who are horrified at the abuses and atrocities being perpetrated against their loved ones attempt to protect their loved one) in order to obtain a fraudulent court order "isolating" (in reality, criminally "forcibly disappearing") the victim from their family and life and silencing us from reporting the crimes.

272. We are diabolically debilitated, robbed of our lives and ability to maintain our livelihood as defending ourselves from the racket absorbs our lives.

273. Plaintiffs' very existence and the lives of their family are wiped out as out-of-control litigation consumes their existence.

274. We are embroiled in overwhelming, never ending SHAM litigation where pending cases spawn a ceaseless array of other cases forcing them to be at the mercy of void, illegal, rabid court deadlines, hearings, pleadings and relentless, staged, futile litigation.

275. Corrupt judges in the collusive color of law courts that are protection rackets for the Probate Mafia judges issue illegal judgments against us in fabricated "defamation" lawsuits to garnish our assets and steal our homes.

276. We are sued in farcical lawsuits where the filers, racketeers in the "guardian racket" commit diabolical crimes and fabricate outrageous lies to accuse us of their crimes and in collusion with their crony corrupt judges obtain illegal void "judgments" against us to steal our homes and property in an embezzlement racket.

277. We are forced to sue corrupt judges and attorneys in futile lawsuits that spew further litigation **because the reported crimes perpetrated by these color of law state actors are ignored by the F.B.I. and the D.O.J.**

278. We are forced into bankruptcy and foreclosure courts because our homes and property are illegally seized in ex parte fake court proceedings.

279. We are arrested for contempt of court and outlandish fabricated accusations to silence us.

280. These dirty judges pack their courts with their crony "bailiffs" to intimidate us.

281. We are falsely accused of preposterous crimes; the most common "interference with CUSTODY" of our own parents when we attempt to report and remedy these crimes.

282. Plaintiffs suffer grave emotional distress and trauma as they are forced to watch in horror as their loved ones are viciously abused in open sight of all Florida and Federal agencies who refuse to provide relief.

283. While the attorneys are billing machines who thrive financially on this orchestrated litigation, Plaintiffs are drowning in a shameful cesspool of judicial corruption that deprives them of their livelihood, their family life and any possible quality of life.

284. Plaintiffs are characterized as "frivolous" and "disgruntled" at ex parte hearings orchestrated to bar them from filing evidence of crimes in order for color of law judges who apparently have mental disorders to "scrub" the dockets from evidence of these crimes.

285. When Plaintiffs file evidentiary documents, they are barred from the color of law court.

286. In one of these demented ex parte illegal "hearings" in Plaintiff Stone's case, to which Plaintiff Stone was not informed or appeared, the maniacal judge issued an order finding her guilty of a litany of crimes and misdeeds and slammed her with a gag order and fees.

287. Any attorney acting on behalf of a Plaintiff to file such evidentiary documents is barred from the color of law court and their law license is threatened.

288. Plaintiffs suffer threats, extortion and interference with attorney relationships making it impossible to retain counsel.

289. These threats extend to any attorney who seeks to represent the targeted vulnerable adult.

290. In Plaintiff Stone's case, when she hired counsel for her mother, that attorney was threatened by the judge and the attorney involved in the racket.  When that attorney filed an Affidavit (Exhibit D) exposing the threat, the racketeers filed a bar complaint against her to threaten her livelihood.  When Plaintiff Stone took the Affidavit to the police to attempt to file a criminal complaint, THE POLICE WOULD NOT FILE THE COMPLAINT.

291. Another attorney retained by Plaintiff Stone was threatened by the corrupt judge involved in her matter when he sought to run for judge and was so fearful he withdrew.

292. When Plaintiffs are forced to futilely seek to overturn the illegal orders of the corrupt judges in the Human Trafficking/Corruption Racket, their colluding brethren in the next tier of corrupt courts, issues another illegal void order, typically and illegally being "per curium" so that it cannot be further appealed.

293. In the Federal court, these corrupt brethren diabolically state on their illegal void orders "DO NOT PUBLISH" in order to keep their illegal void orders that evidence their collusion with the racket hidden from the public.

294. This violates the "for show" Florida sunshine law and intentionally denies journalist the right to report news in the public interest and warn the public of this danger.

295. Plaintiffs are forced to relive this nightmare each time they seek relief (including this lawsuit).

296. They are not paid for their hours of seizure in the racket – they are deprived from earning a living.

297. Family members are falsely accused in the lawless civil court of preposterous criminal allegations to threaten them into silence.

298. Their right to free speech is criminally denied by illegal "gag" orders in violation of 18 USC 241 and 242.

299. This diabolical tactic not only deprives them of their fundamental Constitutional rights, but is a means of extortion whereby they are criminally deprived of their Constitutionals right of access to the court and to defend their property (an act of racketeering) to force them to hire the crony attorneys of the racketeers, with the result that they not only hemorrhage more money but the racket gets exacerbated by collusive attacks on them orchestrated by their corrupt attorneys in collusion with the racket.

300. The family member does not even know this is happening until after they have lost their life savings without any relief and finally understand that was the intention all along – that the purpose of the enterprise is to engage in rigged, preordained litigation to devour fees.

301. To the contrary, the perpetrators of the racket run a flourishing extortion business taking their protection racket "fees" from the vulnerable adult they are holding hostage.

302. Plaintiffs are a doctor, lawyer and pharmacist. Instead of being viciously attacked and assaulted by public servants in all branches of government, Plaintiffs should be respected and lauded for their efforts to persist against repugnant and virulent retaliation, to seek that Florida judges adhere to their mandate to protect the human rights of Florida citizens which are core values of America's legal system and the only thing that distinguishes America from fascist, communist, third world countries and Nuremberg law under the Third Reich.

303. Instead, many of the family members, including Plaintiffs HAVE BEEN THREATENED WITH AND/OR ILLEGALLY ARRESTED AND INCARCERATED FOR SPEAKING UP TO REPORT THESE CRIMES.

304. Plaintiffs' life savings and homes have been seized by fabricated lawsuits against them.

305. Because the victims of the Guardian Human Trafficking/Corruption Racket and their family members are terrorized, threatened, extorted, subjected to hate crimes **and their loved ones have been murdered in collusion with the Florida State Actor Defendants**, they are terrified to file litigation.

306. Each time they have sought any remedy, another reign of hell is launched against them, thus the crimes perpetrated have reached the level of war crimes, crimes against humanity, domestic terrorism and Nazi patterned atrocities all as documented herein.

307. Thus many of these victims are terrified to be a party to this lawsuit or others, thereby in addition to being crime victims, they are criminally and civilly being deprived of access to

the very courts that are terrorizing them and denied their Constitutional right to petition for redress of grievances.

308. Moreover, as whistleblowers to the massive corruption, Plaintiffs are being subjected to retaliation in the nature of hate crimes and terrorized and in fear of their lives.

309. As shown in the definition of forced disappearance, the family members who often spend the rest of their lives searching for information on the disappeared, are also victims.

310. This life-sucking racket is an unholy blasphemous evil that transcends man's law and the law of the universe – it is an unholy war against humanity.

311. BECAUSE THE STATE OF FLORIDA, THE FEDERAL GOVERNMENT AND DEFENDANTS DO NOTHING TO PROTECT VULNERABLE AMERICANS AND THEIR FAMILIES, DESPERATE PLAINTIFFS AND OTHERS SIMILARLY SITUATED **WATCH THEIR LOVED ONES BEING SLOWLY MURDERED BEFORE THEIR VERY EYES** BY DEPRAVED INDIFFERENCE TO THEIR LIVES, A CRIMES OF DEPRAVED HEART MURDER.

## C.  NAZI –PATTERENED JUDICIAL TERROR TACTICS ARE EMPLOYED

312. In this unholy and ungodly organized crime racket, the so called "guardian" judges are typically breed EXACTLY because they are known to be evil, lawless and corrupt.  It is apparent they have sociopath traits and other dangerous mental disorders whereby they are a danger to the public.

313. A sociopath is a term used to describe someone who has antisocial personality disorder (ASPD).  They will often break rules or make impulsive decisions without feeling guilty for the harm they cause.   ASPD is a category of personality disorders characterized by persistent negative behaviors.  The new edition of the Diagnostic and Statistic Manuel of Mental Disorders (DSMM-5) says someone  with ASPD consistently shows a lack of regard for others' feelings or violations of people's rights whereby they are a danger to the public.

314. Typically they are specifically plucked from the "criminal" court whereby they have amassed a litany of dirty tactics they use against those accused of crimes that they employ against vulnerable adults, who are entitled to the highest protections by law but instead treating them as if they are criminals accused of the worst possible crimes.

315. Their tactics are diametrically and the polar opposite of that needed to care for and attend the needs of vulnerable adults.

316. They haven't a whit of knowledge about the law, nor do they enforce the law.

317. The placement of these "criminal" judges into a position of taking care of the needs of vulnerable adults is not only negligence, it constitutes gross criminal negligence and public servant malpractice.

318. The financial reports of many of these dirty corrupt "guardian" judges reflect unexplained and suspicious income and funds.

319. Instead of using the brazen fraudulent financial statements to root out the dirty corrupt judges and criminally investigate them, the state sponsored corruption racket specifically designates these dirtiest of the dirty judges to act in matters involving vulnerable adults and the attendant litigation that is proliferated.

320. "NO ACTION" letters are routinely issued by their oversight judges when their financial fraud is reported.

321. As shown herein, this pattern is present with regard to Milton Hirsch and Carol-Lisa Phillips.

322. Their acts fit within the definition of crimes against humanity, war crimes, the most heinous Nazi derived crimes tried by the Nuremberg Court.

## D.  SUMMARY

323. The diabolical tactics are ALWAYS THE SAME:

   a. a forced, illegal "guardianship" using a fabricated, fraudulent "incapacity" ruled concocted by collusive state actors who are paid by the state;

   b. the sham proceeding taking place in collusion with a dirty corrupt judge, generally installed from the criminal "division" in order to employ the dirty tactics accumulated against persons accused of crimes;

   c. illegal kidnapping;

   d. forcible disappearance;

   e. threats against the family members of the vulnerable adult and often, illegal arrest;

   f. illegal gag orders;

   g. diabolical atrocities against the vulnerable adult to incite litigation;

   h. theft and embezzlement by illegal void orders of corrupt color of law judges;

   i. the looting and embezzlement of all assets and home of the vulnerable adult;

   j. death of these vulnerable adults by horrific abuse and massive dosages of illegal psychotropic drugs that cause heart attack and stroke.

   k. Thereafter a myriad of farcical lawsuits ensue against family members to embezzle the assets of the family members and steal their homes.

   l. Preposterously, the state of Florida pretends these **crimes** by judges and attorneys are matters for "review" by their cohorts, the judicial and legal "oversight" committee who acts as protection/cover-up racket for these crimes issuing farcical "no action" letters.

   m. It is oxymoronic that when the state and the federal courts themselves are the perpetrators there can be no expectation of just, indeed any, relief from these courts.

## VIII.   THE FLORIDA SPONSORED GUARDIAN ENTERPRISE

### A.  THE MASSIVE FLORIDA SPONSORED GUARDIAN RACKET

319.  The provisions of paragraphs 1-318 are incorporated herein.

320. The human trafficking racket that takes place under the charade of 'guardianship" is prolific in the state of Florida due its huge population of affluent retired and senior citizens who are open targets for Florida's lawless public officials.

321. It is estimated approximately one million of its citizens are captured, looted, embezzled and murdered in this monstrous Florida Sponsored Guardian Human Trafficking/Corruption Racket each year.

322. This racket is also rampant in Florida as it is known as the corruption capital of the world[54].

323. Corrupt Florida Governor Ron DeSantis (who took pay for play to a whole new level complete with a price list); [55] attorney general Ashley Moody; their immoral predecessors, Rick Scott, Pam Bondi; the State of Florida and the Federal Government illegally use federal and state money to fund this treasonous racket in criminal violation of a host of federal laws including 18 U.S.C.§ 641;[56] 18 U.S.C.§ 1346; [57] and 18 U.S.C.§ 1349[58] under color of law.

---

[54] **Miami-Dade's Most Corrupt Cities Ranked | Miami New Times** https://www.miaminewtimes.com/.../miami-dades-most-corrupt-cities-ranked-1053346... Jul 17, 2018 - South Florida has had some iconic pairs over the years, but none ... Law Enforcement suspected was filled with a big wad of corruption money.
**Miami named one of the most corrupt cities nationwide - South Florida** ... https://www.sun-sentinel.com/.../fl-ne-miami-ranked-among-most-corrupt-cities-2019...
**Harvard finds Florida among most politically corrupt states in U.S.** https://floridapolitics.com/.../191150-harvard-says-florida-one-of-americas-most-politi... Sep 25, 2015 - Florida is also listed as one of America's most corrupt states, along with Arizona, California, Kentucky, Alabama, Illinois, New Jersey, Georgia, ...
**What is the evidence that Florida is the most corrupt of the 50 ... https://www.quora.com/**
Jul 30, 2018 - There appears to be an overwhelming amount of websites devoted to exposing corruption in Florida. There are countless websites devoted to ... Is the city of Tallahassee the most corrupt in Florida as President ...
Justice Network - Florida Corruption - NoSue.org https://www.nosue.org/florida-corruption/ Jun 7, 2012 –
**A new study by nonprofit Integrity Florida ranks the Sunshine State as the country's most corrupt.** According to the "Corruption Risk Report: ...

[55] **DeSantis has become the most corrupt governor in the U.S. ...**
Sep 26, 2019 - DeSantis has become the ***most corrupt*** governor in the U.S., and is ... as that extremely racist guy who ***Florida*** elected as the state's top official.
DeSantis has become the most corrupt governor in the U.S ...
www.dailykos.com/stories/2019/9/26/1887046/...
Sep 26, 2019 · But he's so much more than that! While other politicians had an informal system of grift, DeSantis took it to an extreme: He literally made a price list. Secret, internal memos recently ...
Ron DeSantis' political team planned $25K golf games, $250K ...
www.tampabay.com/florida-politics/buzz/2019/09/...
Sep 12, 2019 · Ron DeSantis' political team planned $25K golf games, $250K 'intimate gatherings,' memos say
**Corrupt - https://dictionary.cambridge.org/us/dictionary/english/corrupt:**
dishonest and willing to use your position or power to your own advantage, especially for money

[56] **18 U.S. Code § 641.Public money, property or records**
Whoever embezzles, steals, purloins, or knowingly converts to his use or the use of another, or without authority, sells, conveys or disposes of any record, voucher, money, or thing of value of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof; or Whoever receives, conceals, or retains the same with intent to convert it to his use or gain, knowing it to have been embezzled, stolen, purloined or converted—
Shall be fined under this title or imprisoned not more than ten years, or both;

324. The atrocities committed by the Ron DeSantis' human trafficking enterprise includes: seclusion of Florida's vulnerable citizens in a secret location from the eyes of the world and their families (identical to the war crime of forced disappearance); use of forced feeding tubes without medical need [59] (mutilation/maiming, a war crime); administering illegal psychotropic drugs that carry black box warnings against their use by older adults as they cause cardiac arrest and stroke [60] and mimic the symptoms of dementia; suspected sexual abuse; deprivation of food and medical attention; sensory deprivation; all deliberately orchestrated to incite litigation by their family members in order to extort the assets of their victims under the pretense of "fees".

325. The human trafficking of Florida's vulnerable adults has always been a festering industry operated in Florida's shadowy, underground, corrupt guardian courts.

326. The Guardian Human Trafficking/Corruption Racket became a burgeoning empire and an entrenched arm of the Florida government under the auspices of prior corrupt governor Rick Scott, an "unindicted felon" who instead of being indicted and incarcerated after embezzling TWO BILLION DOLLARS IN MEDICARE FRAUD [61] expanded his empire into the human trafficking of vulnerable adults in guardianship and then while America sleeps, became the most proliferate racketeer in the country, cross corrupting government and private enterprises, criminally abusing his position, using blind trusts to hide his criminal conflicts of interest. (See Exhibit E)

327. Ron DeSantis has taken over the human trafficking empire of vulnerable adults that has become Florida largest business.

328. This diabolical Florida sponsored human trafficking scam under the ruse of guardianship works in two ways:

a. the state of Florida steals the life savings and home of its vulnerable citizens in a manufactured, scam court proceeding; and

b. it illegally obtains federal funds to fund this criminal racket as evidenced by the Trump/Blumenthal Corrupt Bill and Order and other backdoor, secret deals that are buried by the government.

329. When this criminal operation is exposed, diabolically, the state of Florida goes back to the federal government to seek more funds to "study" the "problem" – thereby perpetuating this

---

[57] **18 U.S. Code § 1346.Definition of "scheme or artifice to defraud"**
For the purposes of this chapter, the term "scheme or artifice to defraud" includes a scheme or artifice to deprive another of the intangible right of honest services. Any plan or course of action intended to deceive others, and to obtain, by false or fraudulent pretenses, representations, or promises, money or property from persons so deceived.

[58] **18 U.S. Code § 1349.Attempt and conspiracy**
Any person who attempts or conspires to commit any offense under this chapter shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy.

[59] http://www.addameer.org/publications/factsheet-force-feeding-under-international-law-and-medical-standards

[60] https://psychnews.psychiatryonline.org/doi/10.1176/pn.43.14.0001

[61] **Rick Scott 'oversaw the largest Medicare fraud' in... | PolitiFact Florida**
**https://www.politifact.com/florida/statements/2014/mar/03/florida-democratic-par...**

plague in the pretense of "looking for remedy" instead of effectuating the remedy - criminally indicting those responsible.

330. The alligator swamp infested Florida as a breeding ground for criminal endangerment and corruption and corruption cover up has been exposed on the national stage by the insidious human trafficker/sexual molester Jeffrey Epstein crime spree where a known pedophile was slapped on the wrist by Florida officials who worked out a secret deal with the corrupt federal government officials, i.e., the FBI and DOJ to avoid federal charges.

331. When the victims tried to hold the corrupt Federal government officials responsible, the corrupt Florida federal court illegally denied that request with an illegal void order replete with the mumbo-jumbo of a lunatic.

332. Just like the slap on the wrist given to Jeffrey Epstein in his sex trafficking enterprise, so too is the protection scheme taking place in the Florida Guardian Human Trafficking/Corruption Racket where predators are protected.

333. The murder, human trafficking and looting "guardianship" enterprise in Florida is exemplified by discovery of the dead bodies of nine CREMATED vulnerable adults in urns in the office of Rebecca Fierle, one of Florida's most prolific "serial killer/embezzler/ guardian".[62]

334. Because the judges and attorneys who are involved in murder, human trafficking and embezzlement of Florida's vulnerable adults are protected by every court and law enforcement agency in Florida (and across the U.S.) Rebecca Fierle who should have already been charged and indicted as a serial killer and imprisoned for life remains free on a nominal "bail", leaving this monstrous predator unleashed on the public.

335. Instead of this serial killing being investigated by the Federal agencies, incredibly, the corrupt to the core arm of DeSantis' version of law enforcement, the dysfunctional Florida Department of Law Enforcement has been operating a pretend guise of an investigation wherein they are avidly covering up her crimes in this Florida Sponsored operation, a Jeffrey Epstein re-wind.

336. Unbelievably and incredibly, this murderer for hire is still at large in the lawless state of Florida and a Federal F.B.I. investigation has not been ordered by any court in Florida, leaving the criminal investigation of a serial killer in the hands of the lawless, dysfunctional Florida Department of Law Enforcement, who operates under the dysfunctional auspices of Ron DeSantis, conspirator and accessory to the Florida Sponsored Guardian Racket and is

---

[62] Cremated remains of 9 people found in Rebecca Fierle's office / www.wesh.com/article/cremated-remains-rebecca...
The Florida Department of Law Enforcement and Orange County Sheriff's Office executed a search warrant at Rebecca Fierle's Orlando office Monday.
**FDLE: Professional guardian accused of causing death under .../ www.abcactionnews.com/news/local-news/...**
The FDLE opened a criminal investigation into professional guardian Rebecca Fierle on July 25, according to FDLE spokeswoman Jessica Cary.

running a sham, cover up "investigation" to fool the public, deviously mischaracterizing this serial killing by a state actor as the crimes of a lowly "guardian".

337. Fierle's serial killing spree is not murder by a solo, lowly predator guardian; it was carried out in a corrupt human trafficking court proceeding with the collusion and abetment of corrupt judges and attorneys that is sponsored by Ron Desantis.

338. Ron DeSantis and every corrupt judge, attorney and cohorts who were parties to the scam fake "court proceedings" in each and every "Rebecca Fierle Case" are involved.

339. Serial Killer Fierle should have been imprisoned the same day these cremeated bodies in urns were discovered and each and every "guardian" matter criminally investigated and we demand such action by Defendants.

340. These are atrocities devised and perpetrated by attorneys and judges -the very same judges who are "presiding" over their own crimes in collusion with Ron DeSantis.

## B. CROSS CORRUPTION AND PROTECTION TACTICS USED BY ALL BRANCHES OF THE FLORIDA GOVERNMENT (IN COLLUSION WITH THE FEDERAL GOVERNMENT) TO COLLUDE IN, COVER UP AND ACCOMPLICE THE GUARDIAN HUMAN TRAFFICKING/CORRUPTION RACKET

341. The Florida Sponsored Guardian Racket is actively and methodically operated as a burgeoning organized crime racket that has been intentionally conceived in collusion with the executive, legislative and judicial branches of the Florida government for this purpose to insure that it thrives and prospers.

342. The deprivation of rights and criminal activity by Florida state and federal Courts under color of law is state sanctioned, sponsored and protected by the Florida judiciary as:

   a. they issue illegal void orders that violate the Constitution;

   b. collude at the appellate level with the lower court illegal order, making it all the more difficult to have an illegal void order overturned as it continues to have even more semblance of legality as each successive court acts as an accomplice to the illegal acts of the original court;

   c. are unlawfully overseen only by Florida judicial and attorney oversight commissions, not by independent oversight authority and are thereby acting in criminal conflict of interest as they are members of the same union, i.e.: Florida Bar and have no prosecutorial power to investigation and discipline their own member's conduct. [63]

---

[63] Reference should be made to the book entitled *The Fraternity: Lawyers and Judges in Collusion* written by a retired judge, Justice John F. Molloy as set forth in the Introduction and Summary of the Case wherein Justice Molloy defines **"Lawyer domination,"** stating "When a lawyer puts on a robe and takes the bench, he or she is called a judge. But in reality, when judges look down from the bench they are lawyers looking upon fellow members of their fraternity. **In any other area of the free-enterprise system, this would be seen as a conflict of interest"** (emphasis added).  "When a lawyer takes an oath as a judge, it merely enhances the ruling class of lawyers and judges. **Surely it's time to question what has happened to our justice system and to wonder if it is possible to return to a system that truly does protect us from wrongs"** (emphasis added).

343. The deprivation of rights and criminal activity by Florida state and federal Courts under color of law is state sanctioned, sponsored, orchestrated and protected by the Florida executive branch of government as it:

    a. enabled illegal laws using color of law advisory attorney general opinions that violate the Constitution instead of issuing opinions that comply with the law;

    b. fail to comply with its mandate to enforce the law;

    c. ignore their Constitutional mandate and oath of office to protect the public from danger.

    d. fails to require and provide accountability by the judicial branch of government.

344. The deprivation of rights and criminal activity by Florida state and federal Courts under color of law is state sanctioned, sponsored, orchestrated and protected by the Florida legislative branch of government who:

    a. enact illegal laws that violate the Constitution, thus acting as accomplices to the illegal "case law" that violates the Constitution which results; and

    b. enable Florida judges who have no independent oversight authority; are members of the Florida bar; and who have no prosecutorial power to investigate and discipline their own member's conduct;

    c. fails to require and provide accountability by the judicial branch of government.

345. The deprivation of rights and criminal activity by Florida state and federal Courts under color of law is state sanctioned, sponsored, orchestrated and protected by all state of Florida and federal law enforcement agencies who deliberately and wantonly mischaracterize criminal acts of judges as "civil" matters, thereby deliberately violating their mandate to enforce the law and protect the public by illegally exempting judges from being accountable for criminal acts and forcing Plaintiffs to litigate crimes in the very same color of law courts in which the crimes are being committed.

346. Plaintiffs seek redress for violation of First, Fifth, Eighth, Ninth, and Fourteenth Amendments by the state of Florida (No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person within its jurisdiction the equal protection of the laws).

347. **State of Florida Judges and Federal Judges:**

    a. The state and federal judges in all jurisdictions and tribunals throughout the state of Florida are criminally depriving and conspiring to deprive Florida vulnerable adults and their families of their inalienable rights under the Constitution to life, liberty, property and pursuit of happiness under color of state law by engaging or conspiring in a state sanctioned, sponsored and orchestrated human trafficking, genocide, embezzlement

fully fledged organized crime operation and racketeering enterprise under the guise of "guardianship".[64]

   b. Florida attorneys and judges have violated their oath of admission to the Florida Bar and Florida judges have violated their oath of office as set forth in Florida Statute 876.10 False oath; penalty.—"If any person required by the provisions of ss. 876.05-876.10 to execute the oath herein required executes such oath, and it is subsequently proven that at the time of the execution of said oath said individual was guilty of making a false statement in said oath, he or she shall be guilty of perjury."

   c. The jurisdiction of all state and federal judges in all jurisdictions and tribunals throughout the state of Florida is repudiated as they are all members of the Florida bar and acting under color of law and in criminal conflict of interest and without jurisdiction. [65]

348. When complaints setting forth crimes of the Florida Sponsored Guardian Racket are filed with the Governor and the Attorney General, they willfully and wantonly pretend they are not responsible and deviously divert Plaintiffs to other agencies who deny responsibility in a dance of deception by all Florida officials.

349. Ron DeSantis and all public officials in the state of Florida have criminally abused the trust of Florida's elderly vulnerable adults, using the huge elder population in Florida as a means to conduct a massive organized crime racket. Florida is home to more than 5.5 million elders and boasts the highest population percentage of those 65 and older in the nation according to the Florida Department of Elder Affairs ("FDEA").

350. Plaintiffs have filed civil and criminal complaints and lawsuits against and held futile meetings with the Florida State Actor Defendants, including the below to which the only response was NOTHING or a "NO ACTION" letter or the summarily dismissal of a lawsuit:

   a. Law enforcement agencies throughout the state of Florida;

   b. Prior Governor Rick Scott;

   c. Governor Ron DeSantis;

   d. Attorney General Ashley Moody and prior Attorney General Pam Bondi[66];

---

[64] The proliferation of these Crimes Against Humanity perpetrated under the guise of "guardianship" is widely exposed by the media throughout the state of Florida and the country. These media articles include the stories of many of the Plaintiffs herein.

[65] Reference should be made to the book entitled *The Fraternity: Lawyers and Judges in Collusion* written by a retired judge, Justice John F. Molloy as set forth in the Introduction and Summary of the Case wherein Justice Molloy defines "**Lawyer domination,**" stating "When a lawyer puts on a robe and takes the bench, he or she is called a judge. But in reality, when judges look down from the bench they are lawyers looking upon fellow members of their fraternity. **In any other area of the free-enterprise system, this would be seen as a conflict of interest**" (emphasis added). "When a lawyer takes an oath as a judge, it merely enhances the ruling class of lawyers and judges. **Surely it's time to question what has happened to our justice system and to wonder if it is possible to return to a system that truly does protect us from wrongs**" (emphasis added).

[66] The attorney general of Florida, in criminal conflict of interest and brazen violation of their mission, represents the Florida Corrupt Judges when they are sued by the Plaintiffs.

    e.  Bill Nelson;

    f.  Florida legislators[67],

    g.  Florida Judicial Oversight Commission ("JQC")[68] ;

    h.  Florida Bar Association ("Florida Bar"); and

    i.  Letters to and lawsuits against judges pleading for remedy. [69]

351. Ron DeSantis and countless other federal and Florida officials including the collusive Florida Department of Law Enforcement have received untold numbers of complaints and turned a blind eye and colluded with these crimes.

352.  Just as under the U.S. Constitution, pursuant to the Florida Constitution, the Governor shall take care that all laws are faithfully executed. [70]

353.  Under the Florida Constitution, the Attorney General is responsible for the prosecution by a statewide prosecutor of crimes in two or more circuits [71]

354. As set forth on its website, [72] the Attorney General is responsible for protecting Florida consumers from various types of fraud and investigates and takes legal action against violations of Floridians' civil rights through its Office of Civil Rights.

---

[67] Florida legislators in response to their meeting with family members promptly enacted additional illegal "guardian" legislation granting the enterprise even greater opportunity to abuse and extort.

[68] Regardless of how repugnant the crimes, the JQC and the Florida Bar always issue a letter stating there is no cause for any action.

[69] Plaintiff Stone's petitions languished without response for months; then it was denied summarily.  In response to Stone's complaints made to the Chief Judge of the Florida Southern District, he provided a form letter stating the judge "was doing an excellent job."

In another court proceeding, a collusive, corrupt magistrate court judge acting without jurisdiction precipitated the forced disappearance of the son of Patty Reid who testified on Plaintiff Stone's behalf in retaliation for her exposing the Florida Sanctioned Guardian Racket.

[70]Florida Constitution: **SECTION 1.   Governor.**—
    (a)   The supreme executive power shall be vested in a governor, who shall be commander-in-chief of all military forces of the state not in active service of the United States. **The governor shall take care that the laws be faithfully executed**, commission all officers of the state and counties, and transact all necessary business with the officers of government.

[71] Florida Constitution: **SECTION 4.   Cabinet.**—
    (b)   The attorney general shall be the chief state legal officer. **There is created in the office of the attorney general the position of statewide prosecutor. The statewide prosecutor shall have concurrent jurisdiction with the state attorneys to prosecute violations of criminal laws occurring or having occurred, in two or more judicial circuits as part of a related transaction, or when any such offense is affecting or has affected two or more judicial circuits as provided by general law.**

[72] http://myfloridalegal.com/pages.nsf/Main/F06F66DA272F37C885256CCB0051916F

The Attorney General is the statewide elected official directed by the Florida Constitution to serve as the chief legal officer for the State of Florida. The Attorney General is responsible for protecting Florida consumers from various types of fraud and enforcing the state's antitrust laws. Additionally, the Attorney General protects her constituents in cases of Medicaid fraud, defends the state in civil litigation cases and represents the people of Florida when criminals appeal their convictions in state and federal courts.

Within the Attorney General's Office is the Office of Statewide Prosecution that targets widespread criminal activities throughout Florida including identity theft, drug trafficking and gang activity. The Attorney General's Office also conducts various programs to assist victims of crime.

355. The Crimes Against Humanity taking place by the Guardian Human Trafficking/Corruption Racket against Florida's vulnerable adults have been repeatedly reported to the Governor and the Attorney General.

356. The response by the Governor and the Attorney General is to ignore their mandate, their oath of office and the Constitution to protect the public from danger; to willfully and wantonly pretend they are not responsible and in a dance of deception, to divert Plaintiffs to other agencies who deny responsibility, of which the Governor and Attorney General's office is aware.

357. Moreover, in criminal conflict of interest and in acts of rebellion and insurrection, the past and present Attorney Generals of the State of Florida have represented and defended the Defendantsagainst their crimes when legal actions are brought against them by Plaintiffs.

358. Governor Ron DeSantis, prior Florida Governor Rick Scott, Attorney General Ashley Moody and prior Attorney General Pam Bondi who have been instrumental in the proliferation of the Florida Sponsored Guardian Racket are responsible under the Constitution of the State of Florida to insure the laws are enforced and instead have insure that the laws are not enforced.

359. These are acts of treason under the Constitution.

360. The past and present Attorney Generals of the State of Florida, Defendants Bondi and Moody and the past and present Governors of the State of Florida, Defendants Scott and DeSantis are perpetrating crimes of rebellion or insurrection. [73]

361. Plaintiffs seek State Actors Ashley and DeSantis be criminally investigated for these crimes of rebellion and insurrection.

## IX.   THE GUARDIAN HUMAN TRAFFICKING/ CORRUPTION RACKET IS BREED FROM THE GLOBAL AND PANDEMIC UNITED STATES CORRUPTION

362. The provisions of paragraphs 1-361 are incorporated herein.

363. The refusal of the United States government to ratify all major international human rights treaties simply demonstrates the rank hypocrisy that historically has determined the formulation of U.S. human rights foreign policy:  What right does American have to preach human rights to other states, governments, and peoples when it has adamantly refused to ratify these major multi-lateral international human rights treaties?"

364. The actions of the American government are those of a barbaric, third world society.

---

Also housed within the Attorney General's Office is the Office of Civil Rights, which investigates and takes legal action against violations of Floridians' civil rights.

[73]   18 U.S.C.  §2383. Rebellion or insurrection

Whoever incites, sets on foot, assists, or engages in any rebellion or insurrection against the authority of the United States or the laws thereof, or gives aid or comfort thereto, shall be fined under this title or imprisoned not more than ten years, or both; and shall be incapable of holding any office under the United States.

365. Federal and state laws that protect and expand the rights of vulnerable adults [74] and are instead criminally violated and these American citizens forced into guardianship.[75]

366. This is exemplified by the fact that the Florida Attorney General in criminal conflict of interest of their mandate to protect the public, instead acts as attorney for the Florida Color of Law Guardian Judges when they are sued by Florida Families Embroiled in Guardian Racket in futile attempts to seek justice in other federal or state courts.

367. The Florida Sponsored Guardian Racket is well known to the highest federal and state officials including the President, the FBI, Department of Justice, U.S Attorney General, Governors, Florida Attorney Generals and chief legislators who enable and sanction it.

368. The Florida legal system has become a paradigm for institutionalized corruption and fraud.

369. Their deceptive tricks are passed around and incorporated by judges and attorneys in every county in the state of Florida to create a well-oiled Florida legal machine riddled with corruption in a burgeoning state sanctioned racket. Florida's law firms are illegal "lobbyist" firms to back illegal laws that keep their pockets lined.

370. The public is imputed to know the law yet judges hold themselves above the law.[76]

371. At a time when our loved ones, America's older and retired affluent vulnerable adults, should be enjoying their retirement years and their family, safe in the guarantee of their inherent inalienable rights by the American government, instead, our beloved family members' lives have been shattered asunder, plundered, terrorized and assassinated.

Traditional American Values and Beliefs

We hold these truths to be self-evident, that all men are created equal,

that they are endowed by their Creator with certain inalienable rights, that among these are Life,

Liberty and the pursuit of Happiness.

**The Declaration of Independence (1776)**

372. Plaintiffs are educated, valued and productive American citizens - a doctor, lawyer and pharmacist who have been subjected to horrors in the nature of war crimes, massive human

---

[74] Florida Statutes 825, 744, 415 and others, the Olmstead Doctrine (which requires older adults be **integrated** into the community, Americans with Disabilities Act, The Elder Justice Act, the U.S. Constitution itself which guarantees due process and the right to life, liberty. property and pursuit of happiness. "Guardianship" criminally violates these laws as its key objective is to seclude vulnerable adults from the community and their families in order to commit their crimes in secret. This is exactly the mechanism used by pervert child molesters who require their victims to keep their abuse a secret.

[75] In furtherance of this apocalypse racket, in many cases, the corrupt color of law judges involved are deliberately transferred from the "criminal bench" purposely for their background of "sentencing" those accused of crimes, being the polar opposite of a legitimate judge who has an even greater duty to insure a vulnerable adult has the highest standards of protection.

[76] It is well-established rule of law that ignorance of the law is no excuse. This doctrine was repeated by Justice Sotomayor in the Supreme Court case *JERMAN v. CARLISLE, MCNELLIE, RINI, KRAMER & ULRICH LPA ET AL.* 559 US 573 (2010) who stated "We have long recognized the common maxim, familiar to all minds, that ignorance of the law will not excuse any person, either civilly or criminally."

rights violations, threats, loss of liberty, life savings and the MURDER of our loved ones by this diabolical racket taking place in state and federal courts by lawless corrupt state and federal judges and attorneys in collusion with other state and federal government officials.

373. We have contributed our support, assets and commitment to the enhancement of our American society and our home state of Florida to insure they would serve as a beacon of human rights; insure a legal system that adheres to well reasoned and fundamental laws enumerated in the Constitution; and act as a progressive leader in supporting the right to free speech and the exchange of ideas among its citizens and the world.

374. Instead, we have lived through and watched in horror as the U.S. has evolved from a country of great promise into a repressive, backwater, de facto, illegitimate, color of law government bloated with corrupt judges, legislators, executive officers and government officials.

375. Everything works in reverse in today's America– the perpetrator of corruption crimes is rewarded and their prey is defiled and endangered.

376. The new America has surfaced as a secret **KLEPTOCRACY** [77] that terrorizes and tyrannizes its citizens through organized crime rackets taking place BY the courts and the government.

377. The consensus of intelligent citizens is the Constitution no longer exists but in distant memory and long ago history and "America is an experiment in democracy gone irreparably awry" [78]

378. The bottomless corruption that has infested the State and Federal Courts of the United States of America has become so explosive it has been acknowledged and exposed by even judges themselves, many who are responsible for breeding the corruption beast and using the courts as an **organized crime racket.**

---

[77] **Kleptocracy Is on the Rise in America - The Atlantic**
www.theatlantic.com/magazine/archive/2019/03/how...
Russian-Style Kleptocracy Is Infiltrating America. When the U.S.S.R. collapsed, Washington bet on the global spread of democratic capitalist values—and lost.

**Kleptocracy - Wikipedia**
en.wikipedia.org/wiki/Kleptocracy
Kleptocracy (from Greek κλέπτης kléptēs, "thief", κλέπτω kléptō, "I steal", and -κρατία -kratía from κράτος krátos, "power, rule") is a government with corrupt leaders (kleptocrats) that use their power to exploit the people and natural resources of their own territory in order to extend their personal wealth and political powers.

**Kleptocracy | Definition of Kleptocracy at Dictionary.com**
www.dictionary.com/browse/kleptocracy
Kleptocracy definition, a government or state in which those in power exploit national resources and steal; rule by a thief or thieves. See more.

[78] **The End of the American Experiment - Bad Words - Medium**
medium.com/bad-words/the-end-of-the-american...
It's safe to say, I think, that the American experiment is at an end. No, America might not be finished as in civil war and secession. But it is clearly at an end in three ways. First, to the world, as a serious democracy. Second, to itself, as a nation with dignity and self-respect. Third, its potential lies in ruins.

379. Justice John M. Molloy, formerly in the Supreme Court of Arizona, authored a book: "The Fraternity: Lawyers and Judges in Collusion[79] exposing the tsunami of corruption. Excerpts include:

**Disturbing evolution:**  Our Constitution intended that only elected lawmakers be permitted to create law.   Yet judges create their own law in the judicial system based on their own opinions and rulings. It's called case law, and it is churned out daily through the rulings of judges. When a judge hands down a ruling and that ruling survives appeal with the next tier of judges, it then becomes case law, or legal precedent. This now happens so consistently that we've become more subject to the case rulings of judges rather than to laws made by the lawmaking bodies outlined in our Constitution.  This case-law system is a constitutional nightmare **as it continuously modifies Constitutional intent**.

**Lawyer domination:** When a lawyer puts on a robe and takes the bench, he or she is called a judge. But in reality, when judges look down from the bench they are lawyers looking upon fellow members of their fraternity. **In any other area of the free-enterprise system, this would be seen as a conflict of interest.**  When a lawyer takes an oath as a judge, it merely enhances the ruling class of lawyers and judges.

**Bureaucratic design:** Today the skill and gamesmanship of lawyers, not the truth, often determine the outcome of a case.

**Surely it's time to question what has happened to our justice system and to wonder if it is possible to return to a system that truly does protect us from wrongs."**

380. The media has exposed that the entire American legal system has become a rotted carcass.[80]

381. Prominent media organizations, including the U.S. News and Courier have warned the public of the corruption in courts throughout the country.[81]

---

[79] **The Fraternity: Lawyers and Judges in Collusion: John ...** /
**www.amazon.com/Fraternity-Lawyers-Judges...**
The Fraternity: Lawyers and Judges in Collusion [John Fitzgerald Molloy] on Amazon.com. *FREE* shipping on qualifying offers. As lawyer and judge for half a century, John Fitzgerald Molloy both profited from our legal system and saw how it has been altered in favor of lawyers

[80] **The American Justice System Is Broken | National Review**
www.nationalreview.com/2016/01/american-justice...
(Nejron/Dreamstime) T wo relatively recent articles in respected publications have piercingly reminded me of what a rotting carcass much of the American legal system has become. The articles were ...

**U.S. heading toward lawlessness - Washington Times** www.washingtontimes.com/news/2017/mar/22/us...

[81] **https://www.globalresearch.ca/america-s-corrupt-legal-system/885**
**The Supreme Court's Bribery-Blessing McDonnell Decision | The ...**
www.newyorker.com/news/amy-davidson/the-supreme...
Jun 27, 2016 · The Court, in Citizens United and now in McDonnell, has looked upon the worst, most endemically corrupt aspects of American politics and enshrined them.

**The Federal Courts Are Running An Online Scam - POLITICO Magazine**
www.politico.com/.../20/pacer-court-records-225821
Mar 20, 2019 · The Federal Courts Are Running An Online Scam ... In January, I found a search warrant related to a wide-ranging investigation into public corruption in the Los Angeles City Council. When I made ...

382. Thomas Jefferson expressed his concerns about pervasive corruption in the Federal courts:[82]
"At the establishment of our constitutions, the judiciary bodies were supposed to be the most helpless and harmless members of the government. Experience, however, soon showed in what way they were to become the most dangerous; that the insufficiency of the means provided for their removal gave them a freehold and irresponsibility in office; that their decisions, seeming to concern individual suitors only, pass silent and unheeded by the public at large; that these decisions, nevertheless, become law by precedent, **sapping, by little and little, the foundations of the constitution**, and working its change by construction, before any one has perceived that that invisible and helpless worm has been busily employed in consuming its substance. In truth, man is not made to be trusted for life if secured against all liability to account." (Letter to A. Coray, October 31, 1823).

383. Federalist Papers make clear the foundation of the Constitution, i.e.: COMMONSENSE.[83]

384. However, the irrational, illogical, preposterous and VOID "rulings" and "orders" by persons wearing black robes arc glaringly and insultingly nothing more than the rantings of madmen and women who are stealing our rights, family, property and liberty under color of law[84].

385. Is the United States government intentionally brain dead or is its transmogrify from a republic and democracy to a government sanctioned enterprise of **bigotry, discrimination and bribery beyond redemption complete as referenced by Judge Dannenberg in a**

---

https://www.newyorker.com/news/daily-comment/the-supreme-court-gets-ready-to-legalize-corruption

[82] **Thomas Jefferson's Warnings on the Federal Judiciary/**famguardian.org/.../History/JeffersonWarning.htm
JEFFERSON'S WARNINGS. In 1789 Thomas Jefferson warned that the judiciary if given too much power might ruin our REPUBLIC, and destroy our RIGHTS! "The new Constitution has secured these [individual rights] in the Executive and Legislative departments: but not in the Judiciary.

**Thomas Jefferson on Judicial Tyranny /** www.robgagnon.net/JeffersonOnJudicialTyranny.htm
Thomas Jefferson on Judicial Tyranny "Nothing in the Constitution has given them [the federal judges] a right to decide for the Executive, more than to the Executive to decide for them. . . .

[83] **The Federalist Papers - Library of Congress Research Guides**
https://guides.loc.gov › federalist-papers › text-31-40
Aug 13, 2019 - The **Federalist Papers**: Primary Documents in American History ... dictates **of common-sense**, that they challenge the assent **of** a sound and ... the power of making that **provision** ought to know no other bounds than
**The Federalist Papers Essay 33 Summary and Analysis | GradeSaver**
https://www.gradesaver.com › the-federalist-papers › study-guide › summar...
Feb 22, 2020 - Hamilton responds that both **clauses** are **common-sense provisions** necessary **for** any functioning government. If Congress is entrusted with ...
**Federalist No 83 - The Avalon Project / https://avalon.law.yale.edu › fed83**
The **rules of** legal interpretation are **rules of COMMONSENSE**, adopted by the courts in the construction **of** the laws. The true test, therefore, **of** a just application **of** them is its conformity to the source from which they are derived.

[84] **Color (law) - Wikipedia /**en.wikipedia.org/wiki/Color_(law): Under "color of law," it is a crime for one or more persons using power given by a governmental agency (local, state or federal), to deprive or conspire willfully to deprive another person of any right protected by the Constitution or laws of the United States.

**Color of law dictionary definition | color of law defined /**www.yourdictionary.com/color-of-law
The conduct of a police officer, judge, or another person clothed with governmental authority that, although it superficially appears to be within the individual's lawful power, is actually in contravention of the law.

**letter to Justice Roberts (Justice Roberts being almost single-handedly responsible for the downfall of America as a democratic country)[85]?**

386. The commonsense, fundamental and elementary law – **that a party cannot benefit from his own criminal acts** – is the exact antithesis of lawless judges and attorneys who run organized criminal enterprises out of the courthouse.

387. This is epitomized when Roy R. Lustig, the kingpin in a racket where Plaintiff Stone is embroiled was adjudicated guilty of felony crimes, the very judges finding him guilty <u>failed to comply with their own order</u> to report the crimes and comply with their duty to protect the public pursuant to 18 U.S.C 1986.

388. Ironically they cited *Cox v. Burke,* 706 So. 2d 43, 47 (Fla. 5th DCA 1998) stating elementary law obviously applicable to the entire legal system: "The integrity of the civil litigation process depends on truthful disclosure of facts. A system that depends on an adversary's ability to uncover falsehoods is doomed to failure." Yet they themselves failed to follow the law or their own order.

389. Cox epitomizes the "for show only" law in Florida courts where courts routinely criminally and civilly violate the law; ignore their own order; and intentionally violate judicial ethics, knowing they will be protected by their crony brethren at every turn and knowing a litigant seeking to protect their fundamental human and civil rights will have no remedy or redress.

390. In Plaintiff Stone's case, they criminally left an unindicted felon (as with Jeffrey Epstein) unleashed on the public who subjected Plaintiff Stone and her mother to atrocities.

391. Plaintiff Stone as has been the case with Plaintiff Sarhan and Plaintiff Martino was provided NO REMEDY to the Court's own criminal negligence in any court or with any law enforcement agency.

392. Nowhere is the criminal racket taking place in courts more terrifying and heinous than that run under the guise of "guardianship" where our parents, older, retired or disabled adults are forcibly disappeared, human trafficked[86], embezzled and murdered in a state sanctioned organized criminal enterprise.

---

[85] **Dear Chief Justice Roberts: Former Judge Resigns From the ...**
www.democraticunderground.com/100213095791
Mar 14, 2020 · In a letter to Chief Justice John Roberts, he detailed why he's lost faith in the court. James Dannenberg is a retired Hawaii state judge. He sat on the District Court of the 1st Circuit of the state judiciary for 27 years.

[86] **Is Elder Guardianship A New Form Of Human Trafficking?**
nasga-stopguardianabuse.blogspot.com/2016/09/is...
A 2013 AARP report gave a "best guess" estimate of the number of adults under ... within the Florida Department of Elder ... a form of human trafficking. On the ...

**https://www.abcactionnews.com/.../they're-court-appointed-to-protect-the-elderly-but-...** Feb 21, 2019 - Professional *guardians* have become a booming industry in *Florida,* ... They're court-appointed to protect the *elderly,* but who's policing *Florida guardians*?

America's Shame: Trafficking Our Elderly | SENIOR LIVING WATCH
seniorlivingwatch.wordpress.com/2014/01/21/...

## X.    THE GUARDIANSHIP HUMAN TRAFFICKING/CORRUPTION RACKET VIOLATES THE CONSTITUTION, FEDERAL AND THE UNITED NATIONS DECLARATION OF HUMAN RIGHTS

### A.  THE FUNDAMENTAL PREMISE OF "INCAPACITY" IN THE GUARDIAN HUMAN TRAFFICKING/CORRUPTION RACKET VIOLATES FEDERAL AMERICANS WITH DISABILITIES LAW

393. The provisions of paragraphs 1-392 are incorporated herein.

394. Because the Guardian Human Trafficking/Corruption Racket is a feat of sublime depravity and insanity, in a monumental display of criminal racketeering, this lowly petty administrative guardian court violates the Federal Americans With Disabilities Act which provides a person with an "incapacity," even greater protection [87] requiring they be provided with "accommodations" and be INTEGRATED INTO THE COMMUNITY under the Olmstead Act. [88]

395. These rights are also guaranteed under the U. N. Declaration of Human Rights.[89]

396. Other Federal Laws which protect the rights of seniors and vulnerable adults include the Elder Justice Act.

397. The Department of Justice issued a statement mandating the enforcement of the Integration Mandate of Title II of the Americans with Disabilities Act and Olmstead v. L.C.[90]

---

2 thoughts on " America's Shame: Trafficking Our Elderly " cgd1947 January 25, 2016 at 3:13 PM. There is another form of elder human traffic that can take place in the elder's own home.

**Is Elder Guardianship A New Form Of Human Trafficking? | HuffPost Life**
**https://www.huffingtonpost.com/dr-terri.../is-elder-guardianship-a-n_b_11970144.ht...**
Sep 13, 2016 - In *Florida*, there are 5 million *people* age 60 and older and that ... Yet, *seniors* who have come to this retirement haven are actively being ...

**Elder Guardianship Abuse – www.elderdignity.org / elderdignity.org/elder-guardianship-abuse/**
Doctors – Sign off on the incapacity of the *senior* and often refers a petitioner to a ... In *Florida* and Flagler County, these predators are allowed to liquidate the *senior's* ... "Is Elder *Guardianship* a New Form of *Human Trafficking*?

**Seniors Stripped Of The Right To Vote; Florida Is A Hotspot | HuffPost ...**
**https://www.huffpost.com/entry/seniors-stripped-of-the-r_b_12794608**
Nov 7, 2016 - As explained in "Is Elder *Guardianship* A New Form of *Human Trafficking*?," *guardianships* are supposed to protect older citizens. However ...

[87] The **Americans With Disabilities Act of 1990**
***https://www.eeoc.gov/eeoc/history/35th/1990s/ada.html***
Passed by Congress in 1990, the Americans with Disabilities Act (ADA) is the nation's first comprehensive civil rights law addressing the needs of people with disabilities, prohibiting discrimination in employment, public services, public accommodations, and telecommunications.

[88] **Supreme Court Olmstead decision - Accessible Society**
**www.accessiblesociety.org/topics/ada/olmsteadoverview.htm**
One June 22, 1999, the U. S. Supreme Court ruled in the case Olmstead v. L.C. and E.W. that the "integration mandate" of the Americans with Disabilities Act requires public agencies to provide services "in the most integrated setting appropriate to the needs of qualified individuals with disabilities." Disabled people segregated in institutions

[89] **https://www.ohchr.org/EN/HRBodies/CRPD/Pages/ConventionRightsPersonsWithDisabilities.aspx**
[90] https://www.ada.gov/olmstead/q&a_olmstead.htm

398. Thus, the Florida Sponsored Guardian Racket criminally violates the Olmstead Act and the mandate of the DOJ.

399. Accommodations means benefit comparable to that conferred to those without an incapacity.

400. Accommodations **does not means kidnapping vulnerable adults their home and their loved ones, stripping them of their civil and human rights, subjecting them to relentless drugging with illegal poisonous psychotropic chemical drugs, having their assets pilfered and embezzled and then put to death.**

401. The vulnerable adults who are entitled to the highest protection under Federal and state laws[91], instead they are treated like war criminals.  The atrocities committed on them are identical to atrocities committed on war criminals[92].

### B.   THE FUNDAMENTAL FEDERAL RIGHTS AND PRIVILEDGES RELATING TO THE AFFAIRS OF VULNERABLE ADULTS ARE BEING HIJACKED BY THE CORRUPT STATE OF FLORIDA AND OTHER STATES

402. It is a farce of monumental proportion that predatory, corrupt states like Florida have hijacked the authority of the Federal government to oversee and regulate the affairs and protections of America's vulnerable adults as guaranteed by the Constitution and the Federal laws referenced herein.

403. In addition, one need look no further than the fact that their entire financial foundation is built on Federal Laws:  social security; pension funds; 401k's; Medicare and Medicaid, all of which are EMBEZZLED, EXTORTED AND STOLEN BY THE GUARDIAN HUMAN TRAFFICKING ENTERPRISE, LEAVING STAGGERING FRAUD OF THESE FUNDS.

404. It is believed the Guardian Human Trafficking Racket fails to report the death of vulnerable adults in order to continue to receive their social security payments.

405. Moreover, the avalanche of Medicare Fraud is escalated by their termination of the long term care insurance policies of America's vulnerable adults and the theft of their Medicaid benefits by the Guardians Human Trafficking/Corruption Racket.

### C.   THE GUARDIANSHIP ENTERPRISE IS UNCONSTITUTIONAL AND ILLEGAL AND MUST BE ABOLISHED

---

[91] Florida Statutes 825, 744, 415 and others, the Olmstead Doctrine (which requires older adults be **integrated** into the community, Americans with Disabilities Act, The Elder Justice Act, the U.S. Constitution itself which guarantees due process and the right to life, liberty. property and pursuit of happiness.  "Guardianship" criminally violates these laws as its key objective is to seclude vulnerable adults from the community and their families in order to commit their crimes in secret.  This is exactly the mechanism used by pervert child molesters who require their victims to keep their abuse a secret.

[92] **The War on the Elderly: War Crimes Abound in Probate System ...**
ppjg.me/2018/08/20/the-war-on-the-elderly-war...
The War on the Elderly: War Crimes Abound in Probate System ... While claiming that guardianshipis to protect the vulnerable, that the elderly will be treated as ...

**ERADICATING THE BARBARIC GUARDIAN HUMAN
TRAFFICKING/CORRUPTION RACKET RESTORES INTEGRITY TO AMERICA, A
NATION POISED TO TOPPLE BY CORRUPTION AS DID ROME
AND OPENS THE DOORS FOR THE FLOURISHING
OF LONG REPRESSED AND SURPRESSED INNOVATION AND ADVANCEMENT
OF TECHNOLOGY, MEDICINE, INFRASTRUCTURE, EDUCATION, ARTS BY
FREEING UP THE LOOTED ASSETS THAT ARE MONEY LAUNDERED AND KEPT
HIDDEN BY THE RACKETEERS IN OVERSEAS BANK ACCOUNTS**

406. The provisions of paragraphs 1-405 are incorporated herein.

407. The lawless, barbaric political forces of America that have incubated and fostered the Guardian Human Trafficking/Corruption Racket, an operation of domestic terrorism proportion to become galvanized and penetrated into every orifice of the American government makes the United States its own greatest danger and threat to its existence as a democratic republic.  Many believe our country has passed the point of no return and no longer fits within any conceivable definition of a democratic Constitutional republic.

408. The United States has become a backwardly peddling nation that is not in the top 10 list compiled by the Human Development Index which is lead by Norway.[93]

409. The United States does not appear on the top 10 ranked by tech, data and business by the Harvard Business Review.[94]

410. Instead the United States invests in corruption.[95]

411. The illegal, void, "guardianship" sham laws are an immoral, archaic, draconian enslavement of an American class of citizens that on their face are an outrage.

412. The Florida AND ALL Guardianship Statutes are illegal, immoral and unlawful  on its face

413. The Florida AND ALL Guardianship Statutes by their nature are a nullity and void.

---

[93] https://traveljee.com/top-10/top-10-most-advanced-countries-world-modern-era/

[94] **Ranking Countries and Industries by Tech, Data, and Business ...**
hbr.org/2019/05/ranking-countries-and-industries...
May 27, 2019  · Finland, Switzerland, Austria, Sweden, Germany, Belgium, Norway,  and  the Netherlands are consistently cutting-edge in all three domains. Even so, some countries known as global innovation hubs ..

[95] **How the Elderly Lose Their Rights | The New Yorker**
www.newyorker.com/magazine/2017/10/09/how-the...
In the United States, a million and a half adults are under the care of guardians, either family members or professionals, who control some two hundred and seventy-three billion dollars in assets, according to an auditor for the guardianship fraud program in Palm Beach County.
Author: Rachel Aviv
**Abuses of Guardianship and Conservatorship in the U.S.**
www.nextavenue.org/guardianship-u-s-protection...
May 23, 2016 · As is common in guardianship cases, the court granted permission for the guardian to sell Franklin's home and its contents. The owners of the group home where she was placed then put Franklin to work: She was forced to do the grocery shopping, cook, dispense medication,...

414. The Florida AND ALL Guardianship Statutes are unconscionable and a proclamation of slavery in direct violation of the Civil Rights Acts of 1964, USC Sections 1983 and 1985.

415. Adjudication of a person totally incapacitated does not only violate a person's civil, Constitutional and legal rights, it is punitive in nature. In a 1987 report, the House Special Committee on Aging described the consequences of appointment:

"The typical ward has fewer rights than the typical convicted felon - [he] can no longer receive money or pay [his] bills. By appointing a guardian, the court entrusts to someone else the power to choose where [he] will live, what medical treatment [he] will get and, in rare cases, when [he] will die. It is, in one short sentence, the most punitive civil penalty that can be levied against an American citizen"

416. The concept of "Guardianship" is archaic, draconian and barbaric.

417. It is a punitive punishment against someone with a disability.

418. The illegal, draconian "guardian" laws not only destroy the lives of America's vulnerable adults, they destroy ENTIRE AMERICAN FAMILIES.

419. It is so offensive that it shocks the conscious.

420. Under the Fourteenth Amendment, the states may not deprive any person of liberty or property without due process of law.

421. The Florida AND ALL Guardianship Statutes are a decayed, putrid. immoral and morally repugnant body of unlawful and unconstitutional law that enables the immoral, unethical and fraudulent actions which Plaintiffs have purposely set forth with great specificity to vividly report in this Complaint the atrocities that have occurred to Plaintiffs and their loved ones and millions of other innocent victims as a result of this unconstitutional law.

422. The Florida AND ALL Guardianship Statutes are a standard-less trap with no due process protections. There can be no more heinous law. It imposes and enforces penal atrocities on citizens who not only has committed no crime but who are unable to defend themselves from these criminal allegation. They have less rights than criminals.

423. The Florida AND ALL Guardianship law represses the very people who should be instrumental in the care of the elderly family member from speaking up to protect their family member as it penalizes them and the elderly "ward" by enabling the guardian and their attorney to litigate any conflict with the funds of the "ward". *It thus encourages the guardian industry to incite disputes, fail to resolve disputes and commit fraud, conflict and abuse. (Section 744.108). No other statute grants legal fees to a party whether or not they are successful in the litigation.*

424. The Florida AND ALL Guardianship Statutes violate religious freedom.

425. The Florida Guardianship Statute has created state agencies, including the Department of Elder Affairs and the Office of Professional and Public Guardianship and other agencies as a front to deceptively portray it operates under the auspices of the State of Florida yet nothing could be further from the truth.

   a.  The most essential element of state authority is lacking – **the issuance of a license.**

       "Guardians" are not issued a state license granting them authority by the state to operate a business.

b. These miscreants simply file a "registration" with the illusory state agencies and thereafter, without any credentials, qualifications, license, authority, special knowledge, education or training take ownership of a vulnerable adult and become the only and final "authority" for their care and their very existence.

c. Moreover, in Florida, the guardianship statute itself is not only draconian, barbaric and unconstitutional, but the Florida courts have illegally seized oversight and designated themselves as overseers of the "guardianship enterprise" as set forth in the Florida organizational chart in violation of the U.S. Constitution. The sole role of the judiciary is to interpret the law.

426. The Florida AND ALL Guardianship Statutes are a charade of justice, a kangaroo law.

427. In fact, "guardianship laws" are not "laws" at all – they are the very antithesis of legal enactments. Florida "guardianship law" is a retaliatory, punitive, discriminatory, illegal and unlawful subterfuge masquerading as legal acts under false "color of law" and in brazen contempt of the law. These laws violate, defile and punish the very citizens they are supposed to protect.

428. Thus Plaintiffs DEMAND THAT GUARDIANSHIP LAWS ARE ABOLISHED.

429. It is degrading and preposterous that we, the Plaintiffs are forced to wade into an American Court to demand abolishment of a third world immoral edict that on its face is an outrage.

430. It is incredulous that we are in the year 2019 in a supposed advanced nation of laws yet the simulated "guardian" law is identical to medieval laws in the 15th century.

431. The Florida AND ALL Guardianship Statutes are void:

a. It violates the Constitution, substantive and procedural law including the Olmstead Act.

b. The Florida Guardianship Statute 744.1012 by its own terms has so determined. Section 744.1010 states:

       "Adjudicating a person totally incapacitated and in need of a guardian deprives such person of all of her or his civil and legal rights."

c. It violates Freedom of Speech and Religion.

d. It characterizes the person subjected to a guardianship as an "it," an inanimate object, degrading an American citizen as a "ward".

e. It has unconstitutionally stripped away all civil and legal rights of United States Citizens, Plaintiffs loved ones.

f. It denies Plaintiffs loved ones their right to appear in court and to due process.

g. It unconstitutionally removes Plaintiffs, the family members from any participation or involvement whatsoever in the care of Plaintiffs' loved ones.

h. The Florida Guardianship Statute removed Plaintiffs rights of association.

i. It denies Plaintiffs the right to participate in a meaningful and fair hearing regarding the best interest of their loved ones.

432. **THERE IS NO JUSTIFICATION FOR SUCH A STATUTE IN ANY CIVILIZED, MORAL, HUMANITARIAN SOCIETY. THIS COURT HAS NO ALTERNATIVE BUT TO DECLARE IT VOID.**

433. **GUARDIANSHIP VIOLATES AMENDMENT 13 AND 14 OF THE CONSTITUTION AND MUST BE ABOLISHED.**

Amendment 13 of the Constitution provides:

Section 1:

"Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction."

Section 2:

Congress shall have power to enforce this article by appropriate legislation.

Amendment 14 of the Constitution provides:

**Supremacy Clause**

Article VI, Section 2, of the U.S. Constitution, known as the Supremacy Clause, provides that the "Constitution, and the Laws of the United States … shall be the supreme Law of the Land." It means that the federal government, in exercising any of the powers enumerated in the Constitution, must prevail over any conflicting or inconsistent state exercise of power.

**The Fourteenth Amendment to the U.S. Constitution states:**

**"*No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States.*"**

434. Thus Plaintiffs hereby state the obvious, oppressive and depraved Crimes against Humanity that are inherent in this aberration and which violate the Constitution:

### C. MURDER, HUMAN TRAFFICKING AND LOOTING ENTERPRISE

The simulated, barbaric "guardian" courts have masterminded an organized criminal enterprise that is responsible for the murder, human trafficking and looting of millions of vulnerable Florida and American citizens and the destruction of entire families.

### D. FORCIBLE DISAPPEARANCE

It is maniacal that an American citizen could be forcibly disappeared from their family and the world and become "owned" by another citizen.

### E. VENAL, BARBARIC REMNANT OF SLAVERY AND FORCED LABOR CAMPS

Amendment 13, Sec.1 of the Constitution abolishes slavery and involuntary servitude. [96]

---

[96] https://www.justice.gov/crt/involuntary-servitude-forced-labor-and-sex-trafficking-statutes-enforced
**Involuntary Servitude, Forced Labor, and Sex Trafficking Statutes Enforced**

A number of provisions in the U.S. Code target trafficking in persons, also known as involuntary servitude/slavery or forced labor. These provisions are contained in Chapter 77 of Title 18 and are sometimes referred to generally as Chapter 77 offenses. The Trafficking Victims Protection Act (TVPA) of 2000 supplemented existing laws, primarily 18 U.S.C. § 1584 (Involuntary Servitude), and also provided new tools to combat trafficking.

**Peonage**

Section 1581 of Title 18 makes it unlawful to hold a person in "debt servitude," or peonage, which is closely related to involuntary servitude. Section 1581 prohibits using force, the threat of force, or the threat of legal coercion to compel a person to work against his/her will.

**18 U.S.C. § 1581**

(a) Whoever holds or returns any person to a condition of peonage, or arrests any person with the intent of placing him in or returning him to a condition of peonage, shall be fined under this title or imprisoned not more than 20 years, or both. If death results from the violation of this section, or if the violation includes kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, the defendant shall be fined under this title or imprisoned for any term of years or life, or both.

(b) Whoever obstructs, or attempts to obstruct, or in any way interferes with or prevents the enforcement of this section, shall be liable to the penalties prescribed in subsection (a).

**Involuntary Servitude**

*Summary*: Section 1584 of Title 18 makes it unlawful to hold a person in a condition of slavery, that is, a condition of compulsory service or labor against his/her will. A Section 1584 conviction requires that the victim be held against his/her will by actual force, threats of force, or threats of legal coercion. Section 1584 also prohibits compelling a person to work against his/her will by creating a "climate of fear" through the use of force, the threat of force, or the threat of legal coercion [i.e., If you don't work, I'll call the immigration officials.] which is sufficient to compel service against a person's will.

**18 U.S.C. § 1584**

Whoever knowingly and willfully holds to involuntary servitude or sells into any condition of involuntary servitude, any other person for any term, or brings within the United States any person so held, shall be fined under this title or imprisoned not more than 20 years, or both. If death results from the violation of this section, or if the violation includes kidnapping or an attempt to kidnap, aggravated sexual abuse or the attempt to commit aggravated sexual abuse, or an attempt to kill, the defendant shall be fined under this title or imprisoned for any term of years or life, or both.

**Forced Labor**

*Summary*: Section 1589 of Title 18, which was passed as part of the TVPA, makes it unlawful to provide or obtain the labor or services of a person through one of three prohibited means. Congress enacted § 1589 in response to the Supreme Court's decision in United States v. Kozminski, 487 U.S. 931 (1988), which interpreted § 1584 to require the use or threatened use of physical or legal coercion. Section 1589 broadens the definition of the kinds of coercion that might result in forced labor.

**18 U.S.C. § 1589**

Whoever knowingly provides or obtains the labor or services of a person--

(1) by threats of serious harm to, or physical restraint against, that person or another person;

(2) by means of any scheme, plan, or pattern intended to cause the person to believe that, if the person did not perform such labor or services, that person or another person would suffer serious harm or physical restraint; or

(3) by means of the abuse or threatened abuse of law or the legal process,

**shall be fined under this title or imprisoned not more than 20 years, or both. If death results from the violation of this section, or if the violation includes kidnapping or an attempt to kidnap, aggravated sexual abuse or the attempt to commit aggravated sexual abuse, or an attempt to kill, the defendant shall be fined under this title or imprisoned for any term of years or life, or both.**

**Trafficking with Respect to Peonage, Slavery, Involuntary Servitude, or Forced Labor**

Section 1590 makes it unlawful to recruit, harbor, transport, or broker persons for labor or services under conditions which violate any of the offenses contained in Chapter 77 of Title 18.

**18 U.S.C. § 1590**

**Whoever knowingly recruits, harbors, transports, provides, or obtains by any means, any person for labor or services in violation of this chapter shall be fined under this title or imprisoned not more than 20 years, or**

## F.  PATTERNED AND DERIVED FROM NAZI INFLUENCES

The guardianship system resembles the Holocaust, a shameful era in history and all that is immoral and evil in history.

## G.  IDENTICAL TO HATE CRIMES OF KLU KLUX KLAN

This crime targets not only a class of citizens but a protected class of citizens.

## H.  CRUEL AND UNUSUAL PUNISHMENT

**both. If death results from the violation of this section, or if the violation includes kidnapping or an attempt to kidnap, aggravated sexual abuse, or the attempt to commit aggravated sexual abuse, or an attempt to kill, the defendant shall be fined under this title or imprisoned for any term of years or life, or both.**

Sex Trafficking of Children or by Force, Fraud, or Coercion
Section 1591 criminalizes sex trafficking, which is defined as causing a person to engage in a commercial sex act under certain statutorily enumerated conditions. A commercial sex act means any sex act, on account of which anything of value is given to or received by any person. The specific conditions are the use of force, fraud, or coercion, or conduct involving persons under the age of 18. The punishment for conduct that either involves a victim who is under the age of 14 or involves force, fraud, or coercion is any term of years or life. The punishment for conduct that involves a victim between the ages of 14 and 18 is 40 years.
**18 U.S.C. § 1591**
**Whoever knowingly--**
**(1) in or affecting interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States, recruits, entices, harbors, transports, provides, or obtains by any means a person; or**
**(2) benefits, financially or by receiving anything of value, from participation in a venture which has engaged in an act described in violation of paragraph (1), knowing that force, fraud, or coercion described in subsection (c)(2) will be used to cause the person to engage in a commercial sex act, or that the person has not attained the age of 18 years and will be caused to engage in a commercial sex act, shall be punished as provided in subsection (b).**

Unlawful Conduct with Respect to Documents in Furtherance of Trafficking, Peonage, Slavery, Involuntary Servitude, or Forced Labor
Section 1592 makes it illegal to seize documents in order to force others to work. By expanding its coverage to false documents as well as official documents, § 1592 recognizes that victims are often immobilized by the withholding of whatever documents they possess, even if the documents are forged or fraudulent. Section 1592 expands the scope of federal trafficking statutes to reach those who prey on the vulnerabilities of immigrant victims by controlling their papers.
**18 U.S.C. § 1592**
(a) Whoever knowingly destroys, conceals, removes, confiscates, or possesses any actual or purported passport or other immigration document, or any other actual or purported government identification document, of another person--
(1) in the course of a violation of section 1581, 1583, 1584, 1589, 1590, 1591, or 1594(a);
(2) with intent to violate section 1581, 1583, 1584, 1589, 1590, or 1591; or
(3) to prevent or restrict or to attempt to prevent or restrict, without lawful authority, the person's liberty to move or travel, in order to maintain the labor or services of that person, when the person is or has been a victim of a severe form of trafficking in persons, as defined in section 103 of the Trafficking Victims Protection Act of 2000, *shall be fined under this title or imprisoned for not more than 5 years, or both.*
**(b) Subsection (a) does not apply to the conduct of a person who is or has been a victim of a severe form of trafficking in persons, as defined in section 103 of the Trafficking Victims Protection Act of 2000, if that conduct is caused by, or incident to, that trafficking.**

Additional provisions of the TVPA provide for mandatory restitution (18 U.S.C. § 1593) and forfeiture (18 U.S.C. § 1594(b)), criminalize attempt (18 U.S.C. § 1594(a)), and give victims an avenue for civil lawsuits (18 U.S.C. § 1595).

Any single "act" removing a single right of a vulnerable adult is cruel and unusual punishment in the nature of criminal "sentencing" without a crime being committed. Vulnerable adults in guardianship are punished for the act of growing old.

## I. CONTRADICTS THE ENTIRE CONCEPT OF EQUAL OPPORTUNITY IN A DEMOCRATIC REPUBLIC

With the concept of "guardianship" looming, the greater the achievement of financial success, the greater the danger of a Florida citizen becoming a target for the guardian enterprise, as it is an industry that exists solely to devour the assets, life and liberty of its prey, a financially affluent Florida vulnerable citizen.

## J. AN AFFRONT AND OFFENSE TO THE AMERICAN PUBLIC

Toxic, illegal "guardianship" has absolutely no semblance to legitimacy and is an affront to the American public. There is nothing "legal" about this concept – it is madness. If this activity occurred outside the guardian racket, the perpetrators would be imprisoned for life.

## K. HUMAN OWNERSHIP AND TRADING ENTERPRISE

"Guardianship" would not exist but for its fueling a color of law "for profit" enterprise operating through the courts wherein human life is traded and sold to lawless grifters who use the term "guardian" to attempt to legitimize their criminal endeavor. The removal of all profit from this industry would eliminate this predatory self-created cottage industry.

## L. OPPRESSIVE, DESPOTIC AND BACKWOODS

One need only look to progressive countries to see that there are extraordinary enlightened options to this country's venal cruel punishment of its elderly vulnerable citizens. These countries morally and legally advance a system to integrate their vulnerable citizens into the community with non-paid assistance as needed instead of enacting unenforced Olmstead-type laws that are trampled upon by the courts and are a charade to the American and international public.

## M. OTHER CRIMES BEING COMMITTED BY THE GUARDIAN RACKET

The attached Appendix sets forth this massive list of crimes.

## N. GUARDIANSHIP MUST BE ABOLISHED

**This lawsuit serves as a huge wake-up call and demand
for enforcement of a civilized, lawful, moral government
where criminal sanctions and accountability
are imposed on color of law public officials
who deliberately destroy lives of American families
by means of a state of Florida racketeering enterprise run through the court.**

The State of Florida, indeed the government as a whole
is in complete crises.
Lawless courts that destroy America's families
are by far the greatest danger to our country.
This lawsuit is reflective of how deep and dire
is the utter lawlessness and corruption of Florida's "courts."

**GUARDIANSHIP IS ILLEGAL, DRACONIAN, AND UNCONSTITUTIONAL.**

**ALL MATTERS RELATING TO VULNERABLE ADULTS ARE GOVERNED  BY**

**FEDERAL LAWS AND THE CONSTITUTION**

**THE STATE HAS NO AUTHORITY TO ENACT "GUARDIANSHIP LAWS"**

**THE GUARDIANSHIP STATUTES ARE ILLEGAL AND UNCONSTITUTIONAL**

**AND MUST BE ABOLISHED**

No other industry is solely regulated by the court.  The court is not a regulatory agency.
No amount of legislation can "fix" an unconstitutional law that allows removal of all natural
rights and fails to provide state regulation.

vi.      **THE UNIVERSAL DECLARATION OF**
**HUMAN RIGHTS ADOPTED**
**BY THE UNITED NATIONS**
**APPLIES AND IS INCORPORATED HEREIN**

435. The provisions of paragraphs 1-434 are incorporated herein.

436. The provisions of the Universal Declaration of Human Rights adopted by the United Nations[97] are incorporated herein.

437. The Universal Declaration of Human Rights is a **milestone document** in history; the United Nations notes that "it sets out, for the first time, fundamental human rights to be universally protected."

438. "All human beings are born free and equal in dignity and rights," reads Article 1 of the Universal Declaration of Human Rights.

439. The declaration is "generally agreed to be **the foundation of international human rights law**" and has inspired more than 80 international human rights treaties and declarations, according to the UN.

440. The UN General Assembly adopted the declaration on December 10, 1948. While progress has been made in upholding human rights, violations continue, and the Universal

---

[97] https://www.un.org/en/universal-declaration-human-rights/index.html

Declaration of Human Rights continues to remind us that we all have human rights and we must stand up for them.

441. Eleanor Roosevelt was chair of the declaration's drafting committee, which included members around the world – a sign of the universality of human rights.

442. Human rights are integral to the daily lives of every person on the planet; securing human rights is also a key pillar of the work of the United Nations and essential to achieving peace and progress.

443. As former UN High Commissioner for Human Rights Zeid Ra'ad Al Hussein said about the Universal Declaration of Human Rights:

"It was drawn up to cover not only civil and political rights, but also social, economic and cultural rights, in the full understanding that you cannot have development without human rights and you cannot have a full enjoyment of human rights without development – and peace and security depend on both."

### i. DEMAND FOR URGENT INTERVENTION BY A SPECIALLY DESIGNATED FEDERAL TERROR FORCE ON THE ORDER OF NAVY SEALS AND MILITARY TO BE OVERSEEN BY NO LESS THAN 30 GUARDIAN RACKET VICTIMS, INCLUDING PLAINTIFFS WHO MUST BE GRANTED PROSECUTORIAL POWERS, THE DEPARTMENT OF HOMELAND SECURITY, THE SECRET SERVICE AND ALL MEMBER OF THE EXECUTIVE CABINET   (THE "TERROR FORCE SQUAD")

444. The provisions of paragraphs 1-443 are incorporated herein.

445. The Guardian Human Trafficking Racket is analogous to the diabolical scheme concocted by dirty judges in the Kids for Cash scandal [98] that rocked Pennsylvania.

---

[98] **Kids for cash scandal - Wikipedia**
*https://en.wikipedia.org/wiki/Kids_for_cash_scandal*
The **scandal** was featured in Capitalism: A Love Story, the 2009 documentary by Michael Moore. A full-length documentary covering the **scandal** entitled **Kids** for **Cash** was released in February 2014, and has been favorably reviewed. In April 2014, CNBC's crime documentary series American Greed reported on
**Corrupt 'Kids for Cash' judge ruined more than 2,000 lives**
*https://nypost.com/2014/02/23/film-details-teens-struggles-in...*
The **scandal** was called "**Kids** for **Cash**," and it rocked the state in 2009 — for the accusation that Ciavarella was happy to tear families apart in exchange for the payoff.
**Author:** Larry Getlen
**Kids For Cash: Inside One of the Nation's Most Shocking ...**
*https://www.democracynow.org/2014/2/4/kids_for_cash_inside_one_of*
AMY GOODMAN: That's the trailer for **Kids** for **Cash**, a new documentary years in the making, features interviews with the children, with the parents and two judges at the heart of the **scandal**. The ...
**Pennsylvania rocked by 'jailing kids for cash' scandal ...**
www.cnn.com/2009/CRIME/02/23/pennsylvania.corrupt.judges
3,000 **kids**. 1 judge. Millions of dollars. This riveting doc reveals the untold stories of a judicial **scandal** that rocked America and the chilling aftermath of the lives destroyed in the process. "**Kids** for **Cash**" reveals a shocking American secret told from the perspectives of the villains, the victims and the unsung heroes who helped uncover the **scandal**
**'Kids For Cash' Captures A Juvenile Justice Scandal From ...**
*https://www.npr.org/2014/03/08/287286626/kids-for-cash-captures-a...*

446. That organized crime racket, KidsForCash, was also run through the courts where, like the vulnerable adults involved in this matter, another class of vulnerable citizens, juveniles and young adults, were preyed on and extorted by dirty corrupt color of law federal judges who committed inhumane crimes against humanity, stealing their liberty and their human rights, sending these vulnerable citizens to jails in which they were secret investors.   The article exposes the countless attorneys (and other judges) involved in the cover up and protection racket that kept this atrocity under wraps for years.

447. Corrupt judges were investors in prisons and sent thousands of innocent children to prison.

448. Untold numbers of young people COMMITTED SUICIDE.

449. The lives of thousands of children and their families were destroyed.

450. That sadistic crime took place in open sight for over 5 years while the FBI, the President and a litany of crony judges and attorneys remained silent.

451. Finally, a judge ordered an FBI investigation and even then, it took an inordinate amount of time for the dysfunctional, impotent, law enforcement to put the dirty judges behind bars.

452. **THAT OPERATION PALES IN COMPARISON TO THE MASSIVE HUMAN TRAFFICKING EMPIRE THAT IS OPERATED BY THE STATE OF FLORIDA.**

453. Florida's citizens are being looted, human trafficked and murdered for simply growing old.

454. State and federal law enforcement agencies deliberately and wantonly mischaracterize criminal acts of judges as "civil" matters, thereby deliberately violating their mandate to enforce the law and protect the public by illegally failing to hold the judges who are responsible for being accountable for criminal acts and forcing Plaintiffs to litigate crimes in the very same color of law courts in which the crimes are being committed.

455. The Florida Sponsored Guardian Scheme is known to, abetted by and covered up by the Florida and Washington office of the F.B.I. who is violating its mandate and mission statement[99], the Department of Justice and Homeland Security.

---

Mar 08, 2014 · In 2009, a major corruption **scandal** dubbed "**Kids** for **Cash**" hit the juvenile justice system of northeast Pennsylvania. Two local judges had …

[99] The FBI Mission Statement (in relevant part):  The FBI major priorities are to
    (1)  Combat Public Corruption at all Levels
    (2)  Protect Civil Rights
    (3)  Color of Law Violations
    (4)  Combat Major White-Collar Crime
    (5)  Mortgage Fraud
**(1)**Combat Public Corruption At All Levels
**Public corruption, the FBI's top criminal investigative priority, poses a fundamental threat to our national security and way of life.** The FBI is uniquely situated to combat corruption, with the skills and capabilities to run complex undercover operations and surveillance.
Overview:  The Bureau's Public Corruption program focuses on:
▪ <u>**Investigating violations of federal law by public officials at the federal, state, and local levels of government;**</u>
▪ <u>**Overseeing the nationwide investigation of allegations of fraud related to federal government procurement, contracts, and federally funded programs;**</u>

456. In Plaintiffs' many futile meetings with the F.B.I., they acknowledge crimes are taking place in violation of the Hobbs Act; 18 U.S.C. 1951 and other Federal laws yet these agencies deliberately fail to enforce criminal laws when the perpetrators are color of law judges.

457. These agencies are thereby acting as accomplices and accessories to under 18 U.S.C. 2 and 18 U.S.C. 3. Moreover, America's law enforcement agencies have morphed into political operative organizations that are impotent and incapable of acting as law enforcement and protecting our country from its greatest danger – the Florida Sponsored Guardian Scheme and the same scheme that is perpetrated in other states.

458. Without enforcement of the law and the preservation of the core values of America's legal system, i.e.: the guarantee of life, liberty, property and the pursuit of happiness, WHICH THIS COURT IS MANDATED TO COMPEL, this country is nothing more than a Nazi nation, a barbaric government and a third world country.

---

- Combating the threat of public corruption along the nation's borders and points of entry in order to decrease the country's vulnerability to drug and weapons trafficking, alien smuggling, espionage, and terrorism.
- Addressing environmental crime, election fraud, and matters concerning the federal government procurement, contracts, and federally funded programs.

**(2)** Civil Rights Violation

The FBI is the primary federal agency responsible for investigating allegations regarding violations of federal civil rights statutes. These laws are designed to protect the civil rights of all persons—citizens and non-citizens alike—within U.S. territory. Using its full suite of investigative and intelligence capabilities, the Bureau today works closely with its partners to prevent and address hate crime, human trafficking, color of law violations, and Freedom of Access to Clinic Entrances (FACE) Act violations.

**(3)** Color Of Law Violations

U.S. law enforcement officers and other officials like judges, prosecutors, and security guards have been given tremendous power by local, state, and federal government agencies—authority they must have to enforce the law and ensure justice in our country. These powers include the authority to detain and arrest suspects, to search and seize property, to bring criminal charges, to make rulings in court, and to use deadly force in certain situations.

Preventing abuse of this authority, however, is equally necessary to the health of our nation's democracy. That's why it's a federal crime for anyone acting under "color of law" to willfully deprive or conspire to deprive a person of a right protected by the Constitution or U.S. law. "Color of law" simply means the person is using authority given to him or her by a local, state, or federal government agency.

**The FBI is the lead federal agency for investigating color of law violations, which include acts carried out by government officials operating both within and beyond the limits of their lawful authority. Failure To Keep From Harm: The public counts on its law enforcement officials to protect local communities. If it's shown that an official willfully failed to keep an individual from harm, that official could be in violation of the color of law statute.**

**(4)** Combat Major White-Collar Crime

Reportedly coined in 1939, the term white-collar crime is now synonymous with the full range of frauds committed by business and government professionals. These crimes are characterized by deceit, concealment, or violation of trust and are not dependent on the application or threat of physical force or violence. The motivation behind these crimes is financial—to obtain or avoid losing money, property, or services or to secure a personal or business advantage.

These are not victimless crimes. A single scam can destroy a company, devastate families by wiping out their life savings, or cost investors billions of dollars (or even all three). Today's fraud schemes are more sophisticated than ever, and the FBI is dedicated to using its skills to track down the culprits and stop scams before they start.

Obstruction of justice designed to conceal any of the above-noted types of criminal conduct, particularly when the obstruction impedes the inquiries of the U.S. Securities and Exchange Commission (SEC), Commodity Futures Trading Commission (CFTC), other regulatory agencies, and/or law enforcement agencies.

459. BECAUSE THIS RACKET HAS BEEN ALLOWED TO FESTER FOR DECADES, IT HAS INFESTED THE ENTIRE AMERICAN LEGAL SYSTEM.

460. THUS A TERRORIST TYPE SQUAD MUST BE SPECIALLY DESIGNATED TO IMPOSE MARSHAL LAW, INDICTMENTS AND ARRESTS.

461. Plaintiffs demand this court design and order the intervention of a specially assembled "Terror Force Prosecution Squad" as defined herein including Plaintiffs and grant them full prosecutorial powers and set forth specifically set urgent deadlines to remediate this grave matter of endangerment to national security for crimes in the form of war crimes under 18 U.S. Code § 2441[100] ; acts of domestic terrorism under 18 U.S.C. § 2331[101]; and Crimes

---

[100] **The relevant provisions of 18 U.S. Code § 2441-War crimes**

(a) **OFFENSE.**—Whoever, whether inside or outside the United States, commits a war crime, in any of the circumstances described in subsection (b), shall be fined under this title or imprisoned for life or any term of years, or both, and if death results to the victim, shall also be subject to the penalty of death.

(c) **DEFINITION.**—As used in this section the term "war crime" means any conduct—
(1) defined as a grave breach in any of the international conventions signed at Geneva 12 August 1949, or any protocol to such convention to which the United States is a party;
(2) prohibited by Article 23, 25, 27, or 28 of the Annex to the Hague Convention IV, Respecting the Laws and Customs of War on Land, signed 18 October 1907;
(3) which constitutes a grave breach of common Article 3 (as defined in subsection (d)) when committed in the context of and in association with an armed conflict not of an international character; or
(d) **COMMON ARTICLE 3 VIOLATIONS.**—
(1) **PROHIBITED CONDUCT.**—In subsection (c)(3), the term "grave breach of common Article 3" means any conduct (such conduct constituting a grave breach of common Article 3 of the international conventions done at Geneva August 12, 1949), as follows:
(A) Torture.—The act of a person who commits, or conspires or attempts to commit, an act specifically intended to inflict severe physical or mental pain or suffering (other than pain or suffering incidental to lawful sanctions) upon another person within his custody or physical control for the purpose of obtaining information or a confession, punishment, intimidation, coercion, or any reason based on discrimination of any kind.
(B) Cruel or inhuman treatment.—
The act of a person who commits, or conspires or attempts to commit, an act intended to inflict severe or serious physical or mental pain or suffering (other than pain or suffering incidental to lawful sanctions), including serious physical abuse, upon another within his custody or control.
(C) Performing biological experiments.—The act of a person who subjects, or conspires or attempts to subject, one or more persons within his custody or physical control to biological experiments without a legitimate medical or dental purpose and in so doing endangers the body or health of such person or persons.
(D) Murder.—The act of a person who intentionally kills, or conspires or attempts to kill, or kills whether intentionally or unintentionally in the course of committing any other offenseunder this subsection, one or more persons taking no active part in the hostilities, including those placed out of combat by sickness, wounds, detention, or any other cause.
(E) Mutilation or maiming.—The act of a person who intentionally injures, or conspires or attempts to injure, or injures whether intentionally or unintentionally in the course of committing any other offense under this subsection, one or more persons taking no active part in the hostilities, including those placed out of combat by sickness, wounds, detention, or any other cause, by disfiguring the person or persons by any mutilation thereof or by permanently disabling any member, limb, or organ of his body, without any legitimate medical or dental purpose.
(F) Intentionally causing serious bodily injury.—The act of a person who intentionally causes, or conspires or attempts to cause, serious bodily injury to one or more persons, including lawful combatants, in violation of the law of war.
(G) Rape.—The act of a person who forcibly or with coercion or threat of force wrongfully invades, or conspires or attempts to invade, the body of a person by penetrating, however slightly, the anal or genital opening of the victim with any part of the body of the accused, or with any foreign object.

against Humanity under the Hague Convention and violate the United National Universal Declaration of Human Rights[102] and the United Nations Committee on the Rights of Persons with Disabilities. [103]

## XI.    SUMMARY OF COMMON RACKETEERING, ILLEGAL AND UNCONSTITUTIONAL ACTS PERPETRATED IN THE GUARDIAN HUMAN TRAFFICKING/CORRUPTION RACKET AND THE GUARDIAN FAMILY MEMBER EXTORTION RACKET AGAINST PLAINTIFFS AND OTHERS

462. The provisions of paragraphs 1-461 are incorporated herein.

463. The Guardian Human Trafficking/Corruption Racket engages in a common playbook of criminal acts against all Plaintiffs (Exhibit C).

464. The Guardian Family Member Extortion Rackets follow similar playbooks

465. A series of articles by John Pacenti, a reporter at the Palm Beach Post [104] and many other articles graphically expose ghoulish, hair raising, murderous crimes [105] in Florida including

---

(H) Sexual assault or abuse.—The act of a person who forcibly or with coercion or threat of force engages, or conspires or attempts to engage, in sexual contact with one or more persons, or causes, or conspires or attempts to cause, one or more persons to engage in sexual contact.

(I) Taking hostages.—The act of a person who, having knowingly seized or detained one or more persons, threatens to kill, injure, or continue to detain such person or persons with the intent of compelling any nation, person other than the hostage, or group of persons to act or refrain from acting as an explicit or implicit condition for the safety or release of such person or persons.

[101] The term "domestic terrorism" is defined in 18 U.S. Code § 2331 as follows:

(5) the term "domestic terrorism" means activities that— (A) involve acts dangerous to human life that are a violation of the criminal laws of the United States or of any State; (B) appear to be intended— (i) to intimidate or coerce a civilian population; (ii) to influence the policy of a government by intimidation or coercion; or (iii) to affect the conduct of a government by mass destruction, assassination, or kidnapping; and (C) occur primarily within the territorial jurisdiction of the United States

[102] https://www.ohchr.org/EN/ProfessionalInterest/Pages/WarCrimes.aspx

[103] https://www.ohchr.org/EN/HRBodies/CRPD/Pages/ConventionRightsPersonsWithDisabilities.aspx

[104] **Florida: The Judge's wife, a frequent court-appointed guardian**
**aaapg.net/florida-the-judges-wife-a-frequent...**
As the wife of Palm Beach County Circuit Judge Martin Colin, Savitt wields power in her husband's Probate & Guardianship Division, where guardians are appointed to take over the lives of seniors no longer able to care for themselves. Fees for guardians and their attorneys are paid from the assets of their elderly wards and approved by the court.
**This judge's household benefits from frail seniors' money**
**www.mypalmbeachpost.com/news/religion/this-judge...**
The savings of incapacitated seniors flow into the household of Palm Beach County Circuit Judge Martin Colin. This occurs courtesy of Colin's wife — Elizabeth "Betsy" Savitt. She serves as ...

**Florida: Case after case of abuse and criminality in Palm ...**
**aaapg.net/case-after-case-of-abuse-and...**
The senior's former attorneys also question whether Savitt's husband, Judge Colin, had anything to do with her getting the appointment. He was initially assigned the case before it was given to another judge, who appointed Savitt. At the time, Colin was also the judge presiding over the probate case for Berkowitz's late husband, Jerry.

**May 13, 2016 – Living wills of Incapacitated seniors ignored ...**
**scannedretina.com/2016/05/15/may-13-2016-living...**

Plaintiffs' stories and those of many others who are viciously threatened and retaliated, thus terrified to file legal action are included herein.

466. **The defamatory, vicious articles that are published against Plaintiffs and other families are also another crimes and acts of retaliation, making it impossible for PlaintiffS to obtain employment.**

## A. PLAINTIFF STONE AND HER MOTHER, HELEN STONE [106]

467. Barbara herself filed for guardianship of her mother to protect her from documented abuse and financial exploitation by her son, Alan Stone and Barbara's sibling.

---

The Palm Beach Post in its series, Guardianships: A Broken Trust, revealed the incestuous nature of guardianship and how money from the savings of incapacitated seniors flowed into the household of Circuit Judge Martin Colin through his wife, professional guardian Elizabeth "Betsy" Savitt.

**David E. French - Jason Halle - Investigative Blogger**
jasonhalle.com/category/david-e-french
Investigating Judge David E. French and Judge Martin Colin in the Palm Beach Probate Court.Jason Halle was a qualified beneficiary of the Edward Halle Trust and a qualified distributee as well. The trigger for disbursement and termination of the Edward Halle Trust occurred in August of 2007.

**Report: Savitt involved with 'corruption, collusion of judges ...**
www.palmbeachpost.com/news/20180910/report...
"Corruption and collusion of judges and lawyers in Delray Beach for financial gain" centered around dubious professional guardian Elizabeth "Betsy" Savitt and her husband, former Circuit Judge ...

**David E. French - Jason Halle - Investigative Blogger**
jasonhalle.com/tag/david-e-french
If Judge David E. French had allowed such a hearing or granted the motion for relief both John G. White, III and Michael J. Napoleone from the law firm of Richman Greer could have been brought up on charges of misconduct. Judge David E. French was not going to let that happen to his colleagues.

**Report: Savitt involved with 'corruption, collusion of judges'**
nasga-stopguardianabuse.blogspot.com/2018/09/...
Marx, French and Scher, along with Circuit Judges Howard Coates and Jessica Ticktin approved $21,500 in retainers taken by Savitt from her wards' banking accounts that the report said violates Florida guardianship law. Circuit Judge Peter Blanc, the chief judge in 2012, received the initial verbal report finding a conflict of interest.

**Chief judge thwarts guardian's effort to move cases - News ...**
www.palmbeachpost.com/news/local/chief-judge...
A year ago, the chief judge booted the cases of controversial guardian Elizabeth "Betsy" Savitt out of the South County Courthouse over apparent concerns about favoritism and conflict of interest ...

[105] **Professional guardian's lawyer empties man's home - News - The ...**
https://www.palmbeachpost.com/article/20150403/NEWS/812064418
Apr 3, 2015 - One afternoon three years ago, *Skender Hoti* received an unusual call from a neighbor asking whether he was moving out of his Lake ... This was an attorney operating under a court-ordered *guardianship*. ... By *John Pacenti* ...

**Post investigates: How professional guardian got marriage annulled ...**
https://www.palmbeachpost.com/article/20150403/NEWS/812063143

Apr 3, 2015 - *Glenda* Martinez-*Smith* found the love of her life as a senior citizen. ... By *John Pacenti* ... $200,000 and counting — in legal fees fighting *guardian* John Cramer and orders by judges on his behalf. ... a retired physician from Aventura who is co-founder of Americans Against *Abusive* Probate *Guardianships*.

[106] Miami Dade County Florida Case No: 12-4330 et al

468. Barbara was forced to file guardianship after obtaining no relief from any law enforcement agency who criminally ignored their duty to protect Helen Stone and threatened Barbara when she filed complains, threatening the matter as if it were a joke as the dysfunctional Florida law enforcement is a protection racket for the Florida Sponsored Guardian Racket.

469. The remedy of course was not to put Helen Stone in guardianship but to indict and arrest Alan Stone for abuse and exploitation.

470. Instead of being protected, Helen Stone was criminalized, her rights stripped, and she has been subjected to unthinkable atrocities including deprivation of food and medical attention and ruthless drugging with toxic illegal psychotropic drugs to incite litigation to embezzle her life savings through the criminal enterprise known as "guardianship".

471. Plaintiff Stone's mother was repeatedly brought to the brink of death and the emergency hospitalized over 15 times with horrific conditions of abuse including malnutrition, dehydration, suspicious fractures, fungus and horrific infections which Plaintiff Stone suspects were caused by sexual abuse.

472. Plaintiff Stone's shattered mother was never returned to Plaintiff Stone.  Her mother was MURDERED by depraved indifference to her life.

473. When Plaintiff Stone filed a complaint detailing these atrocities with the corrupt protection racket, the "Judicial Qualifications Commission" she received a "no action" letter.

474. Plaintiff Stone has been repeatedly arrested for removing her mother from this murderous racket, taking her to be fed and reporting the crimes of the terrorist judges and attorneys involved.

475. Plaintiff Stone was stripped of her law license in vicious and obvious retaliation as she was a retired attorney at the time, having no client complaints and having received a letter of appreciation from the bar association for her many years of service.

476. Plaintiff Stone sat SHACKED in a medieval Florida court on the order of a Salem witch-hunt while a gang of corrupt judges and attorneys "testified" against her spewing their venom against her for reporting her mother's abuse and their unfathomable corruption before their crony accomplice judge WHO SENTENCED PLAINTIFF STONE TO ALMOST THREE YEARS IN PRISON FOR REPORTING THEIR CRIMES.

477. Plaintiff Stone is now legally blind, having been forced to spend upwards of 20 hours a day on the computer to file pleadings in the multiple rackets in which is embroiled and her inability to obtain medical services because her assets have been embezzled.

478. Plaintiff Stone's story has been reported nationally with the result that she is even more viciously abused and subjected to hate crimes **and her mother was murdered** in the Nazi patterned state of Florida  murder for hire, extortion racket.[107]

---

[107] **Florida's Guardians Often Exploit the Vulnerable Residents ...**
www.miaminewtimes.com/news/floridas-guardians...
But even as the rest of South Florida gets serious about guardianship abuse, Miami-Dade seems stuck in the past. ... Barbara Stone is far from the only family member driven to desperation by Miami ...

479. One of the corrupt predators in Plaintiff's Stone's matter, Roy R. Lustig is an unindicted felon, having been found guilty of felony crimes by the 3rd DCA in Florida (802 So 2d 337) who failed to follow their own order to hold him accountable by transferring the matter to the state attorney and the Florida Bar, thereby leaving felon Lustig unleashed on the public and Plaintiff Stone and her mother.

480. Felon Lustig is an accomplice to Plaintiff Stone's mother's murder and embezzlement. Felon Lustig then orchestrated an embezzlement racket against Stone in Paragraph __.

481. Felon Lustig in collusion with the corrupt Florida judges embezzled the assets of Plaintiff's Stone's mother, who inconceivably was awarded  "fees" by the dirty judge in the Guardian Human Trafficking/Corruption Racket stolen from Plaintiff Stone's mother IN ORDER FOR FELON LUSTIG   TO SUE HER DAUGHTER IN ANOTHER OF   HIS EMBEZZLEMENT RACKETS.

---

**Activist Alert: Barbara Stone in jail, to go to prison for ...**
marygsykes.com/2018/01/12/activist-alert-barbara...
Post navigation ← Previous Next → Activist Alert: Barbara Stone in jail, to go to prison for feeding her mother in an abusive gship in Miami Dade Fla–please write and call and demand her immediate release

**From EB: an update on Barbara Stone and her mother held in an ...**
marygsykes.com/2017/10/18/from-eb-an-update-on...
Subject: Texas Attorney Schwager produces Lawyer (Debra Rochlin, an American Hero) to Federal Court who claims she was threatened by FL Judge (Michael Genden) to stop representing Helen Stone a woman in a predatory guardianship with a feeding tube shoved down her throat while the lawyers guardians etc rip off her Estate) or Else he…

**Getting Away with Egregious Guardianship Fraud - by Michael ...**
www.hospicepatients.org/professional...
The Case of Attorney Barbara Stone and Her Mother Helen 5. Barbara Stone traveled to Florida from her home in New York to find her mother emaciated in a nursing home where she was under guardianship. (Barbara mistakenly thought placing her mother in guardianship would be a way to protect her from harm).

**Exposing guardianship as human ownership. Depriving ...**
guardianshipexposed.wordpress.com/2014/08/26/...
We cannot countenance their exploitation, abuse, fraudulent and malicious desecration and the violation of their declared wishes by predatory guardians and lawyers" says member Barbara Stone, who has been wrongfully arrested twice just for trying to see and protect her mother who has been unlawfully isolated from her, when her actions, in ...

**Court to Hear Extradition of Woman Accused of Feeding her ...**
newsmaven.io/pinacnews/eye-on-government/court...
Barbara Stone is charged with "failing to comply with the plea agreement…..(stating that Stone) shall not file any documents in the pending guardianship case, or in any other court of competent jurisdiction, concerning her mother or any other parties/participants unless said documents are filed by and through an attorney licensed to ...

**Professional Guardianship Abuse is accomplished under "Color ...**
corruptwashington.com/2018/02/10/professional...
The Case of Attorney Barbara Stone & Her mother Helen. Barbara Stone traveled to Florida from her home in New York to find her mother emaciated in a nursing home where she was under guardianship (Barbara mistakenly thought placing her mother in a nursing home for care would be a way to protect her mother from harm).

**Florida's most lucrative cottage industry: The Trafficking of ...**
ppjg.me/.../floridas-most-lucrative-cottage-industry
Florida's most lucrative cottage industry: The Trafficking of Humans May 2, 2014 ppjg financial exploitation, Guardianship Abuse Barbara Stone,   corrupt    courts,   elder abuse,    financial     exploitation, Florida, Guardianship Abuse, human trafficking, looting estates, predatory guardians 8 Comments

482. The demonic tactics are on the order of domestic terrorists.

483. When Plaintiff Stone filed a complaint with the collusive judicial oversight commission detailing horrific, inconceivably she received a form "no action" letter.

484. She later filed many complaints compiled by approximately 10 victims, to which she received an email that was mistakenly sent to her by the assistant to the Chief "oversight" judge asking if the complaints should be "deleted"

## B. PLAINTIFF MARTINO AND HER FATHER, ROLAND MARTINO. [108]

485. Roland T. Martino was being financially exploited by his daughter, Lena Fussell CPA when she placed herself as sole beneficiary of his 800,000 dollar Morgan Stanley account when he had all 3 of his children listed as beneficiaries in his will.

486. Plaintiff Martino contacted Gerald Hemness Esq. who railroaded her into agreeing to filing a Petition for Guardianship by misinformation and false statements concerning guardianship.

487. Roland was wrongly incapacitated by an unqualified examining committee by state paid actors acting without capacity; medical training and without physical, mental or medical tests and on the basis of a 5 minute secretive "meeting", falsely issued a fraudulent "opinion" of incapacity against Mr. Martino.

488. Mr. Martino, a competent vulnerable adult with mild dementia who was being cared for by his daughter, Plaintiff Martino, was then kidnapped and forced into "guardianship" where he

---

[108] **Roland Thomas Martino - National Association to STOP Guardian ...**
stopguardianabuse.org/.../roland-thomas-martino-fl
Father of Advocate and Member, Lesa Maria Martino Guardianship is a person's worst nightmare. Following a family feud and discovering my sister, who is a CPA, will inherit everything since she put everything under her name as sole Paid on Death, I was poorly advised by my attorney, Gerald Hemness, to file for a guardianship.
**Daughter names Florida judge in federal lawsuit over elderly ...**
setexasrecord.com/stories/522951033-daughter...
DeSantis et al, alleging theft, trafficking and abuse of the elderly under court appointed guardianship, was dismissed without prejudice on December 9, 2019. Martino v. Manning has been assigned to the Honorable Mary S. Scrivens who was nominated by former President George W. Bush and confirmed by the Senate in 2008.
**Daughter names Florida judge in federal lawsuit over elderly ...**
aaapg.net/daughter-names-florida-judge-in...
(Jan. 8, 2020) A concerned daughter sued a Florida state judge in federal court over civil rights violations and alleged fraud upon the court after her elderly father became a ward of the State under guardianship. The Plaintiff daughter Lesa Martino named the Honorable Hillsborough County Judge Daryl M. Manning in a petition filed in the U.S. District Court for the Middle District of Florida.
**Lesa Martino – AAAPG**
aaapg.net/tag/lesa-martino
(Jan. 8, 2020) A concerned daughter sued a Florida state judge in federal court over civil rights violations and alleged fraud upon the court after her elderly father became a ward of the State under guardianship. The Plaintiff daughter Lesa Martino named Honorable Hillsborough County Judge Daryl M. Manning in a petition filed in U.S.
**Lesa Martino - facebook.com**
www.facebook.com/groups/1150521624978726/...
Guardianship Terrorism by an employee of Florida Guardianship Services Inc. in St. Pete, FL with Traci Samuel, owner and guardian of Genyte Dirse. Stop abuse. Dirse ended up with a shoulder injury....
**TRACI HUDSON, INDIVIDUALLY, et al Vs LESA MARTINO, et al ...**
unicourt.com/case/fl-picc-traci-hudson-ind-vs...

was illegally stripped of all of his civil and human rights and subjected to physical abuse and atrocities in the nature of war crimes, isolated/forcibly disappeared from his family, left to languish alone, mercilessly drugged, unattended and deprived of medical attention; mental stimulation and association with his daughter, Plaintiff Martino, his grandchildren, his dog, and all former friends.

489. He was left with untreated urinary tract infections, shortness of breath, extreme confusion, drooling, and untimely incontinence care.

490. Plaintiff Martino has been falsely threatened with arrest in retaliation for reporting her father's abuse.

491. In retaliation, her home was seized by an illegal,  fraudulent judgment that was orchestrated by the guardian, Traci Samuel Hudson in Hillsborough county, Case No: 18 CA-5020.

492. As with the case of Plaintiff Stone, as this is part of the playbook, her home has been seized by an illegally judgment that was orchestrated by the guardian <u>who has now been arrested for theft in a non-guardianship matter.</u>

493. <u>Traci Samuel Hudson has been arrested with first degree felony charges of elderly financial exploitation in Pinellas county, Florida for stealing over $500,000 from Maurice Myers, Case No.: 19-013778 –CF.</u>

494. YET INCREDIBLY, the fabricated accusations and attempt by the arrested guardian are still being illegally perpetrated in the corrupt courts in collusion with the corrupt Florida Public State Actor Defendants who are orchestrating this charade.

495. Plaintiff Martino has been forced to file a legal malpractice lawsuit against attorney Jeffrey Albertson Esq. for filing an illegal gag order settlement when colluding with the opposing counsel in Case 19-CA- 010860 in Hillborough County.

496. Why is the federal and state governments of the United States accompanying this reign of hell against Plaintiffs?

## C.  PLAINTIFF, DR. ROBERT SARHAN AND HIS MOTHER, YVONNE SARHAN

497. Plaintiff Sarhan's mother, Yvonne Sarhan was murdered in the Florida Sponsored Guardian Racket. [109]

---

[109] <b>MY BEAUTIFUL MOTHER YVONNE SARHAN WAS MURDERED BY …</b>
<i>https://guardianabuse.blogspot.com/2010/09/my-beautiful-mother...</i>
<b>steven leslie</b> kaplan and judge <b>celeste muir</b> and our government let it happen Dear Readers and Elder Abuse Advocates, After a 7 year battle the Guardian Vicki Brail <b>murdered</b> my mother with the medication called Seroquel.
<b>"Dr Robert Sarhan" talks about his mother … - Internet Archive</b>
archive.org/details/scm-450093-eyesonpreditor...

<b>Ripoff Report: Reiser & Reiser Company, INC Guardianship …</b>
<i>https://www.ripoffreport.com/reports/reiser-reiser-company-inc/...</i>
Please call Judge <b>Celeste Muir</b> at 305-349-7105, chief Judge Joseph Farina at 305-349-7054 and the Governor Charlie Christ at 850-488-5603 and please tell them to release <b>Yvonne Sarhan</b> from this fraudulent <b>guardianship</b> scam.

498. As shown in these articles, Mrs. Sarhan DIED from cardiac arrest after being administered illegal psychotropic drugs that contain black box warning against their use by elderly adults as they cause cardiac arrest.

499. Dr. Sarhan frantically pleaded for his beautiful mother's life in state and federal courts throughout Florida, each of whom colluded with the Florida Sponsored Guardians Racket and denied relief.

500. Mrs. Sarhan was subjected to acts of terror and war crimes throughout the "guardianship" to incite fabricated litigation in order to embezzle her life savings and her home.

501. Dr. Sarhan lost his home to a fraudulent foreclosure as he spent his life savings trying to save his mother's life and fell prey to a mortgage fraud scheme during the time he spent fighting for his mother's life.

### D. ELIOT BERNSTEIN AND HIS FAMILY

502. Eliot Bernstein and his family were embroiled with the same color of law judge as Skender Hoti, described hereafter.

503. Eliot Bernstein and his family are the beneficiaries of a trust left by his parents.

504. His sons who long surpassed the age of being captured in guardianship have nonetheless been illegally kidnapped in guardianship to insure the extortion of their inheritance.

505. **Eliot's car was bombed and blown up and he and his wife almost lost their life as he has assiduously exposed and filed racketeering lawsuits** against the prolific corrupt color of law attorneys, judges and others in the Florida Sponsored Guardian Racket.

506. **A murdered body was found in the home of a family member to threaten him.** [110]

---

**NATIONAL ASSOCIATION TO STOP ELDERLY ABUSE AND ...**
*guardianabuse.blogspot.com/2010*
My mother **Yvonne Sarhan** was murdered by Judge **Celeste Muir** on February 2, 2010 she allowed the Guardian Vicki Brail and Dr Steven Leslie Kaplan to poison my mother with 400 mg of Seroquel a day until she was dead, why because the guardian and **attorney's** already took all the money from our family.

**These Judge's are Forcing Elderly People into ...**
*www.fourwinds10.com/siterun_data/health/abuse/news.php?q=1255198115*
Please call Judge **Celeste Muir** at 305-349-7105, chief Judge Joseph Farina at 305-349-7054 and the Governor Charlie Christ at 850-488-5603 and please tell them to release **Yvonne Sarhan** from this fraudulent **guardianship** scam.

**Plea for Justice | National Association to Stop Guardian Abuse**
*https://nasga.wordpress.com/2008/01/28/plea-for-justice-2*
Jan 28, 2008 · Dr. Robert **Sarhan**'s plea for justice is circulating the Internet. According to Dr. **Sarhan**, here is the problem: **Yvonne Sarhan**, never wanted nor requested a guardian, this was forced against her will. **Yvonne Sarhan** requested orally and in writing to the judge, that if she had to have a guardian she wanted her son, Robert…

**ElderAbuseHelp.Org: Dr.Sarhan Fighting to Get His Mother ...**
*elder-abuse-cyberray.blogspot.com/2008/12/judge-norman-gerstein...*
Dec 17, 2008 · Judge Norman Gerstein took over a fraudulent guardianship case and continued to allow the elderly person to lose all of her assets. While the case was under investigation, Norman Gerstein allows large  of money to be extorted from the then 74 year old, **Yvonne Sarhan**, the victim.

[110] **Welcome to Iviewit Technologies ~ Surf with Vision**
www.iviewit.tv

### E.  SKENDER HOTI AND HIS MOTHER GYNDOLYN BATSON [111]

507. Mrs. Batson, a perfectly competent senior adult was illegally forced into guardianship controlled by the guardian wife of the color of law judge who illegally presided.

508. Mrs. Batson died in guardianship after being viciously abused.

509. Hoti's home was vandalized by this judge's "guardian" wife **who used a sledgehammer to break into his home and looted all of his and his mother's possessions** in broad daylight.

510. Repeated police and F.B.I. reports resulted in nothing as they are conspirators in the Florida Sponsored Guardian Racket.

### F.  GLENDA SMITH AND HER WAR VETERAN HUSBAND, ALAN SMITH

511. Their marriage was illegally "annulled" by the Florida Sanctioned Guardian Racketeers who viciously tortured Mr. Smith; [112]

512. Mrs. Smith was not allowed to see her husband and pleaded for Plaintiffs Stone and Sarhan, who despite the threats of their arrest went to see Mr. Smith and reported that he had bloody injuries on his face, was not being fed and was so traumatized, he could not speak and reported his abuse.

513. Plaintiffs Stone and Sarhan were then prohibited from seeing Mr. Smith.

514. It is believed the guardian, John Cramer has been arrested 3 times for D.U.I.

---

WARNING, p. Stephen Lamont has been terminated from acting on behalf of Iviewit or Eliot Bernstein and has been reported for certain alleged criminal misconduct to THE state of new York and other authorities. If Lamont offers you shares of stock or any other inducement involving Eliot Bernstein or Iviewit he is committing further fraud-----

[111] **Professional guardian's lawyer empties man's home - News - The ...**
https://www.palmbeachpost.com/article/20150403/NEWS/812064418Apr 3, 2015 - One afternoon three years ago, *Skender Hoti* received an unusual call from a neighbor asking whether he was moving out of his Lake ... This was an attorney operating under a court-ordered *guardianship*. ... By *John Pacenti* ...
Post investigates: Professional guardian's lawyer empties man ...
nasga-stopguardianabuse.blogspot.com/2015/04/...
**Post investigates: Professional guardian's lawyer empties man's home** By John Pacenti One afternoon three years ago, Skender Hoti received an unusual call from a neighbor asking whether he was moving out of his Lake Worth home.
**Guardianships: A Broken Trust: Gwen Batson: Savitt Clears ...**
nasga-stopguardianabuse.blogspot.com/2016/01/...
Hoti said he saw Savitt scream at deputies: "You can't do that. I'm a judge's wife. I'm Judge Colin's wife." Three days after the seizure of Hoti's property, Colin recused himself from the case. Savitt wasn't Batson's guardian, yet Judge French approved paying her $1,500 of Batson's money.

[112] **Marriage annulment in guardianship case heads to Florida ...**
www.palmbeachpost.com/lifestyles/health/marriage...
John Pacenti @jpacenti ... Circuit Judge Martin Colin threw her out of the courtroom. ... The 4th DCA wants to know whether a judge can approve a marriage after the fact or whether the ...

**Post investigates: How professional guardian got marriage annulled ...**
**https://www.palmbeachpost.com/article/20150403/NEWS/812063143**
Apr 3, 2015 - *Glenda* Martinez-*Smith* found the love of her life as a senior citizen. ... By *John Pacenti* ... $200,000 and counting — in legal fees fighting *guardian* John Cramer and orders by judges on his behalf. ... a retired physician from Aventura who is co-founder of Americans Against *Abusive* Probate *Guardianships*.

515. He is the guardian for the widow of a Robert Montgomery, whose wealth is being systemically embezzled and whose daughter had been ceaseless unlawfully arrested for trying to protect her mother and her mother's assets.

### G. MIRIAM HERANDEZ AND HER DAUGHTER, MYDA HERNANDEZ

516. Miriam Hernandez was the guardian of her daughter.  The same corrupt judge in Dr. Sarhan's case colluded in fabricated fraudulent allegations by the corrupt guardian and her attorney (the very same predators involved in Dr. Sarhan's matter) falsely accusing her of having a felon record. the hospitalization of Miriam Hernandez' daughter for over a year who was subjected to a battery for the implant of a tracheotomy that causes her to suffer extensive bleeding from the throat because the predator judge, attorneys and guardian refuse to allow her to be transferred to the care of a doctor in another hospital to obtain the needed medical surgery.

### H. PATTY REID AND HER SON LANDON REID.

517. Landon Reid is a beautiful black man who was born blind and his mother obtained a medical settlement.

518. Because there was medical settlement money, Landon was captured and forcibly disappeared in a "guardianship" in Broward County where these assets are being embezzled.

519. Patty Reid, like Plaintiff Stone, both of whose stories were reported was falsely arrested for the ludicrous charge of "interference" with "custody" of her own son when she tried to remove her son from the Florida Sponsored Guardian Racketeers. [113]

520. Landon Reid has been forcibly disappeared from the face of the earth.  Patty Reid does not know where her son is and has not seen her son in over 2 years.

521. Her son has no idea why his mother is not with him and is cruelly led to believe his mother abandoned him.

### I.  GEDIMINAS PAKALNIS AND HIS AUNT GENYTE DIRSE.

522. Gedi's aunt, a perfectly competent woman was kidnapped in guardianship by a REMAX real estate agent, Diana Sames, who criminally retaliated against his aunt because she did not

---

[113] Disability Rights: When Is Taking Your Mother to Lunch a Felony? Janet Phelan: One might come away with the impression that the US simply views its elders as bank accounts to be harvested, without ...
**US Political Prisoner Update - activistpost.com**
www.activistpost.com/2016/06/us-political...
Taking Your Mother to Lunch is a Felony Barbara Stone was on house arrest for close to a year for taking her mother, who was under guardianship in Florida, to Denny's Restaurant.
**How They Get Away with Egregious Professional Guardianship ...**
www.case-abuse.org/professional-guardianship-fraud-by-larsen
Finding no one around to help her, Barbara used a wheelchair and put her mother in her car, and tried to take her to Denny's Restaurant for lunch. Barbara was stopped by police and thrown in jail, and her mother was taken to a hospital where it was verified that she was malnourished, dehydrated, bruised, and a host of other medical problems from lack of care under guardianship.

give that broker a listing for the sale of her property, filing a fraudulent petition for guardianship against her.

523. Instead of the corrupt judge ordering the criminal investigation of that broker who is perpetrating capital crimes, kidnapping, forced disappearance and collusion and conspiracy in the theft of Gedi's aunt's assets, incredulously in the underworld of Ron DeSantis' "guardian world", Gedi has been viciously attacked with crimes, he has been denied his Constitutional rights of association with his aunt, his home is threatened with foreclosure, he is hemorrhaging money on legal fees in a sham, outrageous proceeding, his attorneys as is the mantra in this racket are ruthlessly sabotaging him and exacerbating this lunacy and madness to extort his assets and his family life has been destroyed.

## I.  TERESA LYLES AND HER MOTHER

524. Included in this complaint is a heartbreaking affidavit by Teresa Lyles, the daughter of another vulnerable parent, describing sickening atrocities to her mother.

525. After Ms. Lyles submitted this Affidavit to agencies throughout Florida and the country to plead for her mother's life, in retaliation, her mother was immediately forced into hospice, relentless drugged and died from chemical restraint.

526. Ms. Lyles Affidavit exemplifies the identical stories of hundreds of thousands of affluent, law abiding Florida citizens and their families who are murdered; human trafficked and embezzled in this Gestapo terrorist racket.

## J.  TERESA KENNEDY AND HER AUNT, LILLIE

527. Ms. Kennedy is a Harvard educated author [114].

528. Her aunt has a huge family, none of whom have seen her in years because she was forcibly disappeared in guardianship.

529. Mrs. Kennedy's assets are being feasted on in a free for all by racketeering attorneys and judges who are perpetrating crimes on the order of war crimes against Ms. Kennedy and her aunt.

## K.  BEVERLY NEWMAN AND HER FATHER, AL NEWMAN[115]

---

[114] **www.elderdignity.org – The Right to be Protected & Respected** / elderdignity.org
The Guardian refused to let Lillie's 83-year-old sister and 50+ nieces and nephews know where she is. ... Teresa Kay-Aba Kennedy, was a featured speaker at the AAAPG ...
**Is Elder Guardianship A New Form Of Human Trafficking ...**
www.huffpost.com/entry/is-elder-guardianship-a-n...
Sep 13, 2017 · Teresa Kay-Aba Kennedy is a Harvard Business School-trained strategist and President of Power Living Enterprises, Inc. Her mission is to raise the consciousness of the planet and create a more sustainable world by releasing the potential in individuals
**human trafficking – Elder Dignity**
elderdignity.org/tag/human-trafficking
Please SIGN THE PETITION to Governor DeSantis to free Dr. Lillie Sykes White. For more on involuntary guardianships, watch The Deception of Protection and Silent Torture: Trafficking Through Guardianship. Contributed by Teresa Kay-Aba Kennedy, Founder of Elder Dignit

[115] **Beverly Newman - National Association to Stop Guardian Abuse**

530.Beverly Newman's father was a Holocaust survivor who was captured in the Guardian Human Trafficking/Corruption Racket.

531.Ms. Newman wrote a pleading letter to Pam Bondi and Rick Scott, the processors of the Florida Public State Actors seeking relief for the horrors to which her father was subjected.

532.Excepts include: At least equally hideous to the abusive use of chemical restraints on the elderly is the forcible immobilization of them through physical restraints, tethering frail elderly women and men to beds and chairs, such that they cannot move their bodies or limbs. On September 21, 2009, I personally witnessed both the chemical and physical restraint of my 89-year-old Father, Al Katz, at Manatee Memorial Hospital, against his will and mine. From September 21 through September 24, with an emergency room diagnosis of cardiac and respiratory distress, my Father, a Ward of the State of Florida, was repeatedly drugged with Haldol, a narcotic that caused him to suffer vivid flashbacks to the tortures he endured as a slave laborer for seven years in the Holocaust. With each dosage of Haldol, Dad was infused with fear, which invariably led to what is known as four-point physical restraints on his wrists and ankles, **tying him to the bed** so that he could not move at all. Despite my pleas to cease the pill mill administration of Haldol to my Dad and to loosen the rigid physical restraints on him, which were causing him untold cardiac and respiratory stress, the Hospital staff did not relent.

533.**This heartbreaking letter pleading for the life of her father from the Guardian Human Trafficking/Corruption Racket WAS IGNORED by the responsible Florida officials, the very same officials who are perpetrating the racket.**

## L.  TERESA PIZZARELLO AND HER PARENTS

534.Both of Ms. Pizzarello's parents were kidnapped in this organized crime racket.

535. Her father was so distraught, he self inflicted injuries.

536.In an attempt to escape, he left the place where he was being held in confinement only to be returned there once he was captured.

537.Teresa and her husband were falsely arrested for the made up crime of "resisting arrest" when she tried to see her parents.[116]

---

https://nasga-stopguardianabuse.blogspot.com › 2014/09 › beverly-newma...
Sep 16, 2014 - *Beverly Newman*: Dear Rick and Pam - as in Scott and Bondi ... both *the* chemical and physical restraint *of my* 89-year-old *Father*, *Al* Katz, ...
**Beverly Newman – AAAPG**
https://aaapg.net › tag › beverly-newman
AAAPG member *Beverly Newman* on ABC Action news in Tampa Florida, discussing *her father*, *Al* Katz, the abusive guardianship to which he was subjected by ..

[116] **Sarasota Couple Battles to Regain Custody of Their Parents**
nasga-stopguardianabuse.blogspot.com/2014/02/...
Sarasota Couple Battles to Regain Custody of Their Parents Kevin Pizzarello and his wife Theresa have been in a two-year battle to rescue her parents from a family member they say is not providing proper care.
**Florida's Guardians Often Exploit the Vulnerable Residents ...**
www.miaminewtimes.com/news/floridas-guardians...

538. **The list of victims of these gristly crimes is endless.  Kidnapping, murder, extortion, embezzlement, theft, war crimes run through fake courts of no law.**

539. These unthinkable Nazi type- atrocities are brazenly taking place in corrupt color of law courts throughout Florida accompanied and colluded by Florida's governor and legislators while Defendant Donald Trump and America's other incompetent, cataleptic  officials have ignored the fact that our country is now utterly lawless.

540. This enterprise is the greatest danger by far to our country and must be urgently eradicated by the issuance of Executive Cease and Desist Orders and Executive Orders requiring investigation, indictment, arrest and incarceration of these domestic terrorists posing as judges and attorneys.

541. Justice Richard D. Fybel, Chair of the California Supreme Court's Advisory Committee on the Code of Judicial Ethics and a co-author of the Fourth Edition of the *California Judicial Conduct Handbook* (2017) was a member of the Holocaust Program Planning Committee for "How the Courts Failed Germany." Justice Fybel is also the author of *Assassins In Judicial Robes* published in Gavel to Gavel, the L.A. Superior Court Judicial Magazine (Spring 2013).

542. **Assassins in Judicial Robes** is an apt description of this Nazi patterned criminal enterprise. How do the Florida judges differ from the Nazi Assassins in Judicial Robes?   In the Nazi holocaust a class of citizens – there Jews – here vulnerable adults, were seized/forcibly disappeared from their homes and their families, subjected to forced labor, their assets, art, jewelry, home, heirlooms and personal possessions looted and then they were exterminated… there by gas chambers,  here by illegal toxic psychotropic drugs.

543. The public recognizes the guardian racket as evidenced by their jury verdict against a participant in the Guardian Human Trafficking/Corruption Racket. [117]

544. Not so the lawless collusive Florida public servants.  Even after extensive and exhaustive exposes, instead of ordering the criminal investigation by the FBI, DOJ and all law enforcement  and the indictment and arrest of all judges, attorneys and guardians perpetrating the Guardian Human Trafficking/Corruption Racket, the only minuscule result was the removal of the license of the guardian who was working in collusion with her husband, Martin Colin, the presiding judge to embezzle the life savings of vulnerable adults

---

May 08, 2014 · Barbara claims the case is a clear-cut example of how Miami's lack of safeguards allows a guardian to abuse an elderly client. ... Kevin and Teresa Pizzarello were arrested December 27, 2012 ...
**Talking about Florida Family Guardianships : Janet ...**
archive.org/details/scm-450073-eyesonpreditor...
Theresa Pizzarello talks about her Dad in a Guardianship. And the legal battle she has had. Barbara Stone talks. About her Mother "Helen Stone" and the need for her mother to get to see her Rabbi and her daughter and to get Medical Care.

[117] **Jury hits lawyers with $16.4M for doing senior wrong in ...**
www.palmbeachpost.com/news/jury-hits-lawyers...
Oliver Wilson Bivins Sr. was an oil man whose family were pioneers in Amarillo, Texas. He visited his Florida condo infrequently yet ended up under control of a professional guardian.

she was entrusted to protect [77] and the removal of Martin Colin the predator judge from acting as a judge in guardianship [78] instead of their transfer to the federal penitentiary.

545. Former Senator Nancy Detert has called the Florida Sanctioned Guardian Racketeers running this industry "cockroaches" [118]

546. Articles about dirty, corrupt judges who act above the law in color of law courts are rampant.[119]  **The media repeatedly exposes this Gestapo regime which is being accompanied by Defendant Donald Trump, Defendant F.B.I., Defendant the Department of Justice and other government official Defendants herein who are accomplices to this racket.**

547. These unthinkable Nazi / Gestapo type- atrocities are brazenly taking place in corrupt color of law courts throughout the state of Florida while Defendant Ron DeSantis and Florida's other incompetent, cataleptic  officials have ignored the fact that the state of Florida is now utterly lawless as a result of the Florida Sponsored Guardian Racket.

548. The FBI and DOJ accompany the corrupt, administrative "judges" who mastermind this racket and pretend the rare arrest of a lowly guardian has any significance.[120]

549. **The grotesque death sentences to which our families are being subjected mandate and warrant, urgent and immediate relief.**

550. Any judge who fails to order criminal investigation of these predators is an accessory and accomplice,[121] violating their duty to protect;[122] and judicial canons mandating they report.

## XII.   THIS MATTER EXPOSES AND MAKES KNOWN FOR JUDICIAL NOTICE AND THE PUBLIC DEVIANT SCHEMES AND TACTICS EMPLOYED BY CORRUPT JUDGES AND ATTORNEYS SHOULD CORRUPT AND DEVIOUS SCHEMES BE PERPETRATED HEREIN,

---

[118] https://miami.cbslocal.com/2015/03/12/bill-seeks-to-stop-cockroaches-from-preying-on-seniors/
[119] Guardianship registration revoked for Betsy Savitt, wife of ...
www.palmbeachpost.com/news/20190321/guardianship...
The state on Thursday revoked the registration of professional guardian Elizabeth "Betsy" Savitt, the wife of former guardianship Judge Martin Colin and the subject of criminal and ...
Jury hits lawyers with $16.4M for doing senior wrong in guardianship ...
https://www.palmbeachpost.com/...guardianship/6CnikAZ7x3K9z960lz09BN/
Aug 4, 2017 - Advocates for *guardianship* reform clamored in vain for years that Florida's system failed to properly ... By *John Pacenti* ..., ...

Palm Beach Court Rejects Efforts To Sue Professional Guardian | Fort ...
https://www.kuhnlegal.com/palm-beach-court-rejects-efforts-to-sue-professional-guar...
Nov 7, 2017 - Despite evidence of *guardianship* fraud and financial elder *abuse*, the Palm ... *John Pacenti*, "Ruling ends effort to find $400K missing in Savitt ...

[120] Ex-Appointed Guardian Gets Prison in Nevada Elder Abuse Case ...
Ex-Appointed Guardian Gets  Prison  in  Nevada Elder Abuse Case  A  53-year-old  former  court-appointed financial guardian who admitted stealing hundreds of thousands of dollars from people assigned to ...

[121] **18 U.S. Code § 2; 18 U.S. Code § 3**
[122] **42 U.S. Code § 1986.Action for neglect to prevent**

## PLAINTIFFS WILL FILE CRIMINAL COMPLAINTS
## WITH ALL APPROPRIATE LAW ENFORCEMENT AGENCIES AND
## NOTIFY THE INTERNATIONAL CRIMINAL COURT

550.  The provisions of paragraphs 1-549 are incorporated herein.

551.  As exposed by Justice Malloy, there is an insidious 4th branch of government built on a **fraternity of lawyers** who become judges, legislators, governors and F.B.I. attorneys, illegally insolating themselves from accountability and protecting their own crimes:

  a.  They ignore the law.

  b.  They ignore the facts.

  c.  They deviously misstate the law and misstate the facts, thereby committing perjury.

  d.  They mastermind and create litigation by these criminal and civil violations of the law in order to extort fees.

  e.  In doing so, they are MAKING A BUSINESS FROM ORGANIZED CRIME.

  f.  They are not only STEALING AND EXTORTING FEES, THEY ARE STEALING THE LIVES OF THEIR PREY WHO ARE NOT MEMBERS OF THIS ORGANIZED CRIME RACKET – their victims not only suffer the extortion and theft of their assets but the theft of their livelihood, their life, their family life and their home, the very essence of "American values" as they are typically forced to leave their jobs or are fired as a result of the 24/7 effort involved to futilely seek remedy in the very courts perpetrating the crimes.

  g.  These union members protect each other by illegally establishing "self policing" judicial and attorney "oversight committees" to oversee their own misconduct and illegal acts.

  h.  Without legal/legislative authority, they have illegally seized self policing jurisdiction, deviously circumventing oversight by an independent law enforcement agency with prosecutorial powers. They have no lawful authority to "self police".

  i.  They brazenly act as their own protection racket.

  j.  They have created illegal, illusory and unconstitutional "immunity" for their own crimes.

  k.  They mastermind illegal "local rules" that violate fundamental Constitutional rights.

  l.  They are imposters, criminally violating 18 USC 912 [123] by issuing illegal, void orders that criminally violate human rights laws and the Constitution.

  m.  They use illegal "procedural" tactics to keep a litigant in perpetual litigation by their own unconstitutional massive tombs of "local rules" devised by judges and attorneys,

---

[123] **18 U.S. Code § 912.Officer or employee of the United States**
Whoever falsely assumes or pretends to be an officer or employee acting under the authority of the United States or any department, agency or officer thereof, and acts as such, or in such pretended character demands or obtains any money, paper, document, or thing of value, shall be fined under this title or imprisoned not more than three years, or both.

not legislative to deprive them of due process and insure obstructions, obstacles and roadblocks to ever reaching an adjudication on the merits BY A JURY. .

n. Corrupt public servant legislators collude with their fellow corrupt judges by enacting illegal, unconstitutional legislation replete with devious procedural "loopholes" that unlawfully and unconstitutionally provide judges with vast "discretion" to make legal interpretations enabling them to make illegal void rulings on the basis of personal vendettas/retaliation, political persuasion, often bribes and other diabolical, self serving tactics.

o. As exposed by Molloy and any fool can see that these corrupt judges and attorneys, the fraternity of brothers, avoid AT ALL COST AND NEVER address the merits of a case thus thwarting the entire purpose of the legal system.

p. These corrupt judges and attorneys use an array of diabolical tactics to do so, thereby accomplishing two goals: running the "legal  meter" to extort the public by devising sham fees and proceedings; and insuring the public will NEVER have the opportunity to have their substantive issue heard – the entire reason for the lawsuit - because the only issues of concern are tactical procedural which are devised by the judges and attorneys themselves to keep their racket running and obstruct the justice of the public.

q. We are being forced to "appeal" the <u>crimes</u> of corrupt judges when the correct remedy is their criminal investigation and arrest by Federal law enforcement.

r. In a dance of deception, when we report their crimes to the F.B.I. and D.O.J., these agencies pretend crimes are a "civil" matter as they hold corrupt judges above the law.

s. Moreover, criminal complaints to these agencies are futile as they are wrongfully diverted to their attorneys, who are crony bar union members of judges, complicit with and cover up public corruption in violation of Hobbs Act, 18 USC 1951.

t. Any "appeal" of the illegal, void decisions of these corrupt judges brings no relief as the appellate judges act in collusion and issue more brazenly illegal and irrational "pronouncements" that "affirm" the openly corrupt decision of these judges.  Thus each encounter with another court tier only serves to escalate the corruption, further obstruct justice and perpetrate the global judicial lawlessness that has infiltrated our country.

u. To keep their unlawful appellate orders secret from the public, the second tier judges' order they are "not to be published."

v. They hide behind an illegal, void shield of "immunity".  The Constitution grants the right to petition for redress of grievances.  The flagrantly corrupt concept of "immunity" IS TANTEMOUNT TO PARDONING THEMSELVES FOR COMMITING CRIMES AND VIOLATING THE CONSTITUTION.  Only presidents and governors have the Constitutional Power to grant pardons, but lawyers and lawyer-judges are unconstitutionally granting pardons of themselves by illegally designating themselves as "immune from prosecution."  This is an act of treason against the Constitution.

w. They protect each other and the dirty judges who are **murdering our parents and loved one in this unholy organized guardian crime racket.**

552. The public is not fooled as to the decay and decline of America as a democracy.

553. By its failure to adhere to the law, violation of fundamental human rights, criminal violation of rights to free speech and suppressing the media, America has surfaced as a government patterned after that in Nazi Germany[124] and Nazi law and order.[125]

## XII.   SUMMARY OF CAUSES OF ACTION AND REMEDIES SOUGHT

554. The provisions of paragraphs 1-553 are incorporated herein.

555. Summary of Counts/Causes of Action by Plaintiffs:

    a.   Gross Criminal Negligence and Malpractice;

    b. Racketeering and conspiracy to commit racketeering;

    c. Deprivation of Rights under Color of Law;

    d. Discrimination and Retaliation in Violation of Americans with Disabilities Act

    e. Breach of Public Trust and Abuse of Process;

    f. Wrongful Death by Plaintiff Stone and Plaintiff Sarhan

556. Summary of Relief Demanded by Plaintiffs:

### A. MONETARY DAMAGE

557. Plaintiffs seek:

    a. Compensatory, punitive and treble damages as set forth herein against each Defendant;

    b. In addition to the damages set forth in Plaintiffs' individual counts, Plaintiffs seek special and separate damages by an additional award of $1,000,000,000 (One Billion dollars) by way of an Executive Order from Defendant, Donald Trump in the form of a grant to be applied to a fund to be established on behalf of victims of the Guardian Human Trafficking/Collusion Guardian Racket and their family members as was done when Defendant ordered federal funds be paid to the Guardian Human Trafficking/Corruption Racket set forth in the Trump/Blumenthal Corrupt Bill and Order.

    c. Plaintiffs seek a Speedy Trial /Trial by Jury under Rules <u>38</u> and hearing on actual damages, general, compensatory, punitive and treble damages as set forth herein for violations of rights, privileges and immunities including but not limited to due process of law both procedurally and substantively, pain, suffering, mental and emotional distress and applicable fees, costs and interests as allowed by law.

---

[124] **https://encyclopedia.ushmm.org/content/en/article/the-press-in-the-third-reich**

[125] <u>Nazi law and order - Nazi Germany</u>
alphahistory.com/nazigermany/nazi-law-and-order
Nazi law and order was predicated on the idea that individuals should be subordinate to the state, law-abiding and obedient. Everyone was to be aware of their place in German society and refrain from causing trouble

## B.  OTHER RELIEF BY THE FOLLOWING ORDERS
## AND EXECUTIVE ORDERS

558. The issuance of Orders by this Court and Orders ordering the concurrent issuance of Executive Orders by the President of the United States and/or Defendant Donald Trump (the "President") as follows:

a. Ordering the immediate return of all seniors and vulnerable adults to their loved ones, including Plaintiff Martino's father, Patty Reid's son; Gedi Pakalnis's aunt and Teresa Kennedy's aunt and all others and ordering a concurrent Executive Order issued by the President to mandate the effectuation of this Order.

b. Ordering the immediate restitution of all assets; property; real estate; investments; personal property; jewelry; art; 401k's; annuities; cars; social security and every other assets or item of property owned by the vulnerable adult in guardianship and punitive damages against the Guardian Human Trafficking Corruption/Racket and the State actors including government officials responsible.

c. Ordering the freezing and seizure of the assets and property of all parties involved in the Guardian Human Trafficking/Corruption Racket as was done to the victims of this racket and ordering an Executive Order issued by the President to mandate the effectuation of this Order.

d. Ordering that any victim who does not have a responsible family member will be released to a specially designated Federal agency that is emergency appointed by this court for this purpose to be responsible for the care of that victim without cost and ordering a concurrent Executive Order issued by the President to mandate the effectuation of this Order.

e. Ordering the abolishment of guardianship and ordering a concurrent Executive Order issued by the President to mandate the effectuation of this Order.

f. Ordering that each and every order issued by the color of law "guardian" court in all of Plaintiffs' matters are hereby vacated, set aside and declared void and ordering a concurrent Executive Order issued by the President to mandate the effectuation of this Order.

g. Ordering that each and every order issued by the color of law courts in all of Plaintiffs' Guardian Family Member Extortion Courts, including any criminal orders and charges against Plaintiffs are hereby vacated, set aside and declared void and ordering a concurrent Executive Order issued by the President to mandate the effectuation of this Order.

h. Ordering the appointment of a specially designated federal terror force squad (the "Terror Force Prosecution Squad") with specifically set urgent deadlines to remediate this grave matter of endangerment to national security as follows:

     i.     To consist of military/Navy Seal/Federal law enforcement officials that are all non-attorneys and guardian victims (the "Guardian Victims") specifically including all Plaintiffs;

     ii.    All members, including the Guardian Victims shall be granted full prosecutorial powers to criminally investigate, issue subpoenas, wiretap and confiscate all documents, computers, telephone records, medical, bank and all other records, all communications and other documents and track the money that has been distributed to all persons involved in the Guardian Human Trafficking/Corruption Racket of every family and take all other necessary action to investigate all parties involved in the Guardian Human Trafficking/Corruption Racket and the Guardian Family Member Extortion Rackets;

     iii.   Ordering the compliance with the Hobbs Act, 18 USC 1951 and all other criminal Federal Laws by the Terror Force Prosecution Squad in this criminal investigation;

     iv.   The Terror Force Prosecution Squad shall be presided over by the Guardian Victims who shall make all investigation and prosecutorial decisions and report directly to the President of the United States who shall convene meetings with the Guardian Victims within 2 days of request and make his Executive Cabinet members available.

     v.    The Guardian Members shall be designated with authority to order all United States Attorneys to issue indictments.

     vi.   A special office will be provided to the Terror Force Prosecution Squad in Washington D.C.

     vii.  If there is any suspected conflict of interest whereby it appears to the Guardian Members that the United States Attorneys are failing to carry out indictments/charges because of any relationship among the fraternity of lawyers/judges, that United States Attorney shall be immediately removed from any role in this matter and replaced by a United States Attorney approved by Guardian Member;

     viii. ordering a concurrent Executive Order by issued by Defendant Donald Trump to mandate the effectuation of this Order.

   i.   Ordering the immediate cease and desist of all operations of all guardian courts in the United States and ordering a concurrent Executive Order issued by the President to mandate the effectuation of this Order.

  j.  Ordering immediate Whistleblower Protection to the Plaintiffs and ordering a concurrent Executive Order by issued by the President to mandate the effectuation of this Order.

668. Plaintiff Stone, Plaintiff Martino, Plaintiff Hoti, Plaintiff Reid and Plaintiff Sarhan seek this Court order any other relief the Court deems just or proper.

## XIII.   BACKGROUND AND SAMPLING OF THE EXTORTION RACKETS AGAINST PLAINTIFF STONE THAT IS REPRESENTATIVE OF ALL SUCH RACKETS AGAINST ALL PLAINTIFFS AND ALL FAMILY MEMBERS

669. The provisions of paragraphs 1-668 are incorporated herein.

670. Plaintiffs are stalked, extorted and viciously embroiled in a litany of Guardian Family Member Extortion Rackets to keep their victims embroiled in an army of rackets in corrupt courts throughout the state such that:

    a.  their lives are destroyed and their lose their livelihood defending diabolically corrupt litigation throughout dirty courts all over the state;

    b.  their terrorist activities are insulated as each court is involved in their own separate racket;

    c.  this operates as a diversion for their criminal activities as their target is so entrenched in dealing with futile, rigged litigation that they are unable to expose these racketeers whose actions fit within the definition of domestic terrorists; [126] and

    d.  threaten, stalk and terrorize their victims so they are terrified to bring litigation.  This is exactly the result with another victim referenced herein who narrowly missed being MURDERED WHEN HIS CAR WAS BOMBED after filing suit.

671. Thus all Plaintiffs are involved in a bottomless, unending pit of diabolical fabricated litigation built on their organized racketeering crimes.

672. The following is a summary of **FIVE (5)** Rackets being perpetrated against Plaintiff Stone.

673. These 5 rackets are only a small sampling of the bottom pit of rackets in which Plaintiff Stone is embroiled.

674. These rackets do not include the endless futile appeals or futile lawsuit instituted by Plaintiff Stone against the Guardian Human Trafficking/Corruption Racket to seek remedy.

675. The racketeers in Plaintiff's Stone case as in the case of all Plaintiffs and typically all family members include hundreds of colluding attorneys and judges who surface to take part in the free for all and demand fees.

676. They are identified by confidential filings.

### A. THE GUARDIAN HUMAN TRAFFICKING/CORRUPTION RACKET

677. Plaintiff Stone's mother, Helen Stone ("Mrs. Stone") was financially exploited and abused by her son, Alan Stone.

678. Alan Stone used secret wire transfers and forged checks to embezzle approximately $800,000.

---

[126] 18 U.S.C. § 2331 - U.S. Code Title 18. Crimes and Criminal ...
codes.findlaw.com/us/title-18-crimes-and...
(5) the term " domestic terrorism " means activities that-- (A) involve acts dangerous to human life that are a violation of the criminal laws of the United States or of any State; (B) appear to be intended--

679. Alan Stone isolated Mrs. Stone from the eyes of the world and her daughter, Plaintiff Stone as a precursor to his abuse.

680. Nelson Mullins and Mark Francis Raymond represent Alan Stone and are accomplices to his crimes.

681. As a last resort, having filed lawsuits, criminal complaints and other acts to remedy the documented crimes and abuse of her mother that were futile as law enforcement operates as a protection racket for crimes against seniors and considers them a "civil matter", as the guardian racket was unknown to Plaintiff Stone at the time, Plaintiff Stone filed for guardianship of her mother to protect her from crimes perpetrated by her son. In the modus operandi of this crime racket, Plaintiff Stone was wrongfully informed she could not be her mother's guardian as she lived out of state at the time.

682. Plaintiff Stone's mother did not need a guardian.  She needed for law enforcement to criminal investigate the crimes being perpetrated against her by Alan Stone.

683. Plaintiff's Stone's mother was perfectly competent but ambushed in her home by collusive state actors without credentials and without any physical or other medical tests illegally, fraudulently declared Mrs. Stone incapacitated to human traffic her and embezzle her assets.

684. THUS THE ENTIRE GUARDIANSHIP PROCEEDING WAS A SHAM AND IS VOID AND ILLEGAL.

685. As a result, all of the twisted, demented "activities" that constitute war crimes are a complete farce, the acts of domestic terrorists.

686. In the modus operandi of this terrorist-type operation, Plaintiff Stone was immediately falsely accused of a variety of "misdeeds" in order to forcibly disappear Mrs. Stone from the eyes of the world and her daughter. In the depraved world of guardianship, Mrs. Stone was thereby venally punished for Plaintiff Stone's inane, purported (albeit falsified) "misdeeds".

687. Thereafter Mrs. Stone illegally stripped of her rights and was human trafficked and embezzled.

688. Mrs. Stone was deprived food and medical attention in order to steal her money that would be used for those basis needs.

689. Mrs. Stone was repeatedly brought to the brink of death and emergency hospitalized for conditions related to her abuse, i.e.: dehydration, malnutrition, fungus, infections, falls from suspected abuse and other sickening conditions.

690. Mrs. Stone was the victim of a criminal battery as her stomach was cut open to implant a medically unneeded feeding tube because Nelson Mullins, Mark Francis Raymond, Carl Rosen, Milton Hirsch, Alan Stone and others (the "Stone Guardian Human Trafficking/Corruption Racket") deprived her of food.

691. Mrs. Stone's home was sold from under her and the Stone Guardian Human Trafficking/Corruption Racket embezzled the proceeds.

692. Mrs. Stone was held against her will at a vile nursing home that criminally violated state regulations.

693. Mrs. Stone was drugged illegally into a stupor with illegally psychotropic drugs to keep her incoherent.

694. Mrs. Stone was removed on a daily basis from the vile nursing home by persons who had no license and taken to unknown places where it is suspected she was subjected to sexual abuse.

695. All of Mrs. Stone's life savings were embezzled by the Stone Guardian Human Trafficking/Corruption Racket under the guise of "fees" in the sham color of law court known preposterously as "guardian" court under the guise of "fees" that were invented by the Stone Guardian Human Trafficking/Corruption Racket.

696. Mrs. Stone was murdered by the members of the Stone Guardian Human Trafficking/Corruption/ Racket by depraved indifference to her life, a crime of depraved heart murder[127] by being subjected to crimes on the order of war crimes and being administered illegal toxic psychotropic drugs that contain black box warnings against their use by senior adults as they cause cardiac arrest and stroke.

697. Only those whose conduct fits within the definition of sociopaths/psychopaths could conjure up these depraved criminal tactics…. removing a vulnerable adult from her daughter, her rabbi, her home, her surroundings and placing her in an unknown location where she is disappeared from the eyes of the outside world, looting her asset; ruthlessly chemically restraining her with illegal psychotropic drugs in order to keep her incoherent; warehousing/human trafficking her for death to steal her assets and murdering her by depraved heart murder.

698. These crimes are of record in the color of law "guardian" court, case no.: 12-4330 in Miami, Florida

699. Similar Petitions and Complaints were filed by Stone in multiple Miami-Dade Florida State and Federal District courts[128], in the Broward County Florida Federal Court[129] and exhaustive communications, meetings and pleas for relief have been made to Florida Governor Rick Scott[130] (including a lawsuit against Rick Scott), Florida Governor Ron DeSantis, Florida

---

[127] **Depraved Heart Murder Definition - Duhaime.org**
**www.duhaime.org/LegalDictionary/D/DepravedHeartMurder.aspx**
Depraved Heart Murder Definition: Where an individual under circumstances evincing a depraved indifference to human life, recklessly engaged in conduct which created a grave risk of death to another person, and thereby caused the death of another person.

[128] Stone's petitions languished without response for months without relief and in response to complaints made to the Chief Judge of the Florida Southern District, he provided his form letter stating he was sure the judge "was doing an excellent job."

[129] Where the collusive, corrupt magistrate court judge acting without jurisdiction precipitated the forced disappearance into guardianship of the son of a party who testified on Stone's behalf in retaliation for her exposing the Florida Judicial Terrorist Enterprise.

[130] Florida's vast human trafficking industry burgeoned into a fully fledged state sanctioned racket under Rick Scott, who embezzled without accountability the sum of TWO BILLION DOLLARS IN MEDICARE FRAUD.   see link: Rick Scott 'oversaw the largest Medicare fraud' in U.S …
www.politifact.com/florida/statements/2014/mar/…   Instead of going to federal prison for life Rick Scott, an unindicted criminal, became the governor of Florida.  It is doubtful this could happen in any other state but this is

Attorney General Pam Bondi[131], State Prior State Senator Bill Nelson,  Florida legislators[132], the Florida Judicial Oversight Commission, the Florida Bar (including a lawsuit filed against the Florida Bar), Florida F.B.I. Director George Piro[133], Federal F.B.I. Director Christopher Wray, Department of Justice, Inspector General Michael E. Horowitz[134],   U.S. Attorney General William Barr[135] and other law enforcement, a multitude of Florida agencies, Florida and Federal Ombudsman[136], the Florida Supreme Court[137], multiple letters sent and phone calls made to Defendant Donald Trump[138] and Defendant Ivanka Trump[139], the Department of Homeland Security[140], Bill Nelson[141] and Marco Rubio[142], numerous phone calls to Charles Grassley[143] and other entities

---

business as usual in the utterly lawless state of Florida, alligator country and arguably the dirtiest swamp in the world.  Once he mastered the art of Medicare fraud, Rick Scott parlayed and expanded his enterprise of scamming the elderly by Medicare fraud into an organized crime racket of human trafficking of affluent older adults by state sponsoring the guardianship ruse run through the courts.  Rick Scott, the wizard of fraud, human trafficking,  has now infiltrated the country to operate his diabolical, self serving agenda and wreak destruction and devastation on America's citizens.

[131] Who is a criminal conflict of interest and brazen violation of her mission, represents the Florida Judicial Terrorist Enterprise members when they were sued by Stone and whenever they are sued by the public.

[132] Florida legislators in response to their meeting with Stone and other family members of vulnerable adults who were being terrorized by the Florida Judicial Terrorist Enterprise, promptly held meetings with members of the Florida Judical Terrorist Enterprise and enacted "guardian" legislation granting the enterprise even greater opportunity to abuse and extort.

[133] Piro's office in response to Stone's meetings with F.B.I. agents by insanely advising her that her frantic relief from documented atrocities and criminal acts of the nature of war crimes being committed against her elderly, vulnerable mother "were a civil matter."

[134] The response by an unidentified person in the office of Michael E. Horowitz, the Inspector General who is responsible to oversee corrupt Federal law enforcement officials was to return Stone's priority mail envelope and materials that were sent directly to him with a note that the Inspector General does not handle these matters and to find some agency that does.

[135] No response in violation of his mandate to protect the American public from danger from Defendant William Barr to notice of attempted murder and human trafficking of an elderly adult and plea for Defendant William Barr to save her life.

[136] Indicated they have no authority over judges to resolve the matter.  That because a guardian was involved, they could not intercede.  This answer is typical from all

[137] The Supreme Court clerk threatened Stone that he would call the Marshall on her should she communicate with the judges to plead with them to save her mother's life and expose the corruption in the guardian court.

[138] No response in violation of his mandate to protect the American public from danger from Defendant Donald Trump to notice of attempted murder and human trafficking of an elderly adult and plea for Defendant Donald Trump to save her life.

[139] No response in violation of her mandate to protect the American public from danger from Defendant Ivanka Trump to notice of attempted murder and human trafficking of an elderly adult and plea for Defendant Ivanka Trump to save her life.

Moreover, Defendant Donald J. Trump is being held to an even higher standard of gross abuse of power as Donald J. Trump is arguable one of the most prolific litigants and is imputed to know and should have known the extent of danger to which the public is being exposed by the dangerously poisonous swamp wherein America's judicial and legal system operates.

[140] No response in violation of their mandate to protect the American public from danger from Defendant Department of Homeland Security to notice of attempted murder and human trafficking of an elderly adult and plea for Defendant Department of Homeland Security to save her life.

700. This racket has been and is being perpetrated in the color of law court of and in collusion with color of law Milton Hirsch.

701. Milton Hirsch is an imposter judge, who as is a tactic of this racket, by criminal intent, was "transferred" to the sham, color of law "guardian" and "probate" court from the criminal court. This is a tactic of the unholy racket where dirty judges without a whit of education, competency, regard for or knowledge about the needs of vulnerable adults whose principles of care are the polar opposite to those in a criminal court are diabolically and in judicial malpractice "transferred" to "guardian court" as they have amassed an arsenal of depraved tricks in connection with their immersion in an arena filled with the most heinous crimes to demonically employ the dirty deranged tactics they use against those accused of crimes, treating vulnerable adults as criminals.

702. Milton Hirsch in one of these deranged tactics never notified Plaintiff Stone of his "transfer" into the guardian matter.

703. Nor has color of law Milton Hirsch ever provided Plaintiff Stone with any of his illegal void orders.

704. He granted Plaintiff Stone's opposition their every petition KNOWING THEY DID NOT PROVIDE A COPY TO PLAINTIFF STONE.

705. In the absurd world of "guardianship" Plaintiff Stone has been forced to file a "Notice of Crime Scene in the court and Declaration of Void Orders.

706. This deliberate breach of law is a felon crime and arises to the conduct of a hate crime.

707. In addition, color of law Milton Hirsch is civilly and criminally depriving Stone of her rights under color of law, including her right to access to the court and objecting her justice.

708. In addition, color of law Milton Hirsch intentionally, deviously and criminally acts without jurisdiction as he is disqualified as a matter of law, having failed to respond to Plaintiff's Stone's petition to disqualify him as he so mandated within 30 days by law.

709. In addition, color of law Milton Hirsch is acting as an accessory and accomplice to the crimes of Nelson Mullins and their attorneys.

710. Milton Hirsch's pervasive diabolical corruption is all the most perverse, given his ominous history of corruption, financial statement fraud and other crimes:

---

[141] No response in violation of his mandate to protect the American public from danger from Defendant Bill Nelson to notice of attempted murder and human trafficking of an elderly adult and plea for Defendant Bill Nelson to save her life.

[142] In the utter charade of a public official, Stone was given a generic form to complete by corrupt, complicit Marco Rubio's office to pretend he would provide remedy when all that was accomplice was a waste of Stone's times in repeated trips to his office, conversations with his inept aides and fraud in the inducement by Marco Rubio who pretended he would provide remedy knowing he has no such intention.

[143] Stone was rudely informed by Grassley assistant before he hung up on Stone, that Grassley, the oversight agent of judicial conduct does not handle this matter. Apparently Grassley is criminally acting in color of law and engaged in theft of services.

a. This court is notified of the shocking case of State v. Bailey 3D14-1917 over which color of law Milton Hirsch "presided" that made headlines[144] and vilified the judicial profession, wherein his highly unethical acts would lead any reasonable person to conclude he acted as an accomplice[145] and accessory [146]to embezzlement by failing to hold an attorney criminally liable for the embezzlement of $700,000.

b. In that case, an attorney pillaged $700,000 from funds of his client held in trust.  Milton Hirsch failed to impose jail time and allowed him to pay only a few dollars of that which he embezzled.   The Third DCA lambasted Milton Hirsch (but violating their duty to protect and judicial ethics doing nothing to investigate and protect the public from corruption) stating:

"The trial judge (sic Hirsch) labored mightily to spare Bailey jail time, discoursing through thousands of years of penological thought from Plato's Protagoras (380 BC) "No one punishes the evil doer under the notion or for the reason that he has done wrong only the unreasonable fury of a beast acts in that manner. But he who desires to inflict rational punishment does not retaliate for a past wrong which cannot be undone...") to the deontological...But contrary to the writings of these philosophers, the Shakespearean-like angst of the trial judges, and the fury of beasts notwithstanding, we have no difficulty preferring in each of their steads the prevenient principles of punishment enunciated by our controlling muse, the Florida legislature, which has instructed that "the primary purpose of sentencing is to punish the offender," Section 921.002 (1) (b) Fla. Stat (2010) and that under our system, "the punishment must fit the crime"... Turning then to Florida law, our Criminal Punishment Code plainly instructed the trial judge what punishment fites the crime in this case – twenty one months to thirty years in state prison....the trial judge offered Bailey the opportunity of a lifetime – no prison time provided he repay just some, even a few dollars in good faith, of the money he stole." The 3rd DCA reversed and remanded for a prison sentence to be imposed.

---

[144] **Miami lawyer convicted of looting trust fund avoids prison ...**
**www.miamiherald.com/news/local/community/miami...**
Florida State University ... Miami-Dade Circuit Judge Milton Hirsch ruled Friday in a decision that outraged prosecutors and victims. ... Hirsch insisted that Bailey – who once "stood at the ...

[145] **18 U.S. Code § 2.Principals**
(a) Whoever commits an offense against the United States or aids, abets, counsels, commands, induces or procures its commission, is punishable as a principal. (b) Whoever willfully causes an act to be done which if directly performed by him or another would be an offense against the United States, is punishable as a principal.

[146] **18 U.S. Code § 3.Accessory after the fact**
 Whoever, knowing that an offense against the United States has been committed, receives, relieves, comforts or assists the offender in order to hinder or prevent his apprehension, trial or punishment, is an accessory after the fact. Except as otherwise expressly provided by any Act of Congress, an accessory after the fact shall be imprisoned not more than one-half the maximum term of imprisonment or (notwithstanding section 3571) fined not more than one half the maximum fine prescribed for the punishment of the principal, or both; or if the principal is punishable by life imprisonment or death, the accessory shall be imprisoned not more than 15 years.

    c. Any reasonable person would conclude that Hirsch's recital to "beasts" and to "Plato" an absurdity and insult to the intelligence of even a lunatic and only for the purpose of clearing a path to and covering up for brazen bribery.

    d. This is all the more obvious when Hirsch's financials are reviewed that reveal unexplained vast increase in assets and unexplained funds that appear in neon lights.

711. Mark Francis Raymond concocted an illegal "settlement agreement" that was the product of fraud in the inducement.

712. Not only were the terms violated by all parties thereto including Nelson Mullins, Mark Francis Raymond, Carl Rosen and Alan Stone but it was only used to bind Plaintiff Stone to an illegal document that purports to legalize the human trafficking and embezzlement of Plaintiff Stone's mother.

713. Plaintiff Stone entered into the fraudulent "settlement agreement" in reliance on the representations therein that the reasons for which Plaintiff Stone filed the guardianship would be resolved and Mother would be protected, physically, mentally, emotionally and financially from all abuse and exploitation from Alan Stone and all other parties.

714. It became immediately obvious that the fraudulent Settlement Agreement prepared by Mark Francis Raymond was an illusory bogus fabrication to which Nelson Mullins, Mark Francis Raymond, Alan Stone or any party thereto had the remotest intention to comply with.

715. Before the ink was dry, Plaintiff Stone was attacked with fabricated "crimes" including "interference" with the "custody" of her own mother for objecting to her mother being administered Miralax, which as stated herein causes "agitation" and the failure of vital organs in a vulnerable adult.  In the insane guardian world, Plaintiff Stone was also fraudulently accused of causing the very same "agitation" that they diabolically orchestrated by their administration of this dangerous drug.

716. This fabricated accusation, orchestrated in the underworld world of Florida human trafficking through guardianship precipitated:

    a. illegal hate crimes perpetrated against Plaintiff Stone, a former attorney who was illegally disbarred in retaliation after exposing this massive crime racket.  This vicious hate crime and retaliation was all the more glaringly obvious as Plaintiff Stone was a RETIRED ATTORNEY AT THE TIME, having been in practice as an attorney for over 20 years without one client complaint and who had received a letter of appreciation from the bar thanking her for her long years of service; and

    b. the first of Plaintiff Stone's many illegal, retaliatory "arrests" and incarcerations to silence and illegal "gag" her from reporting crimes as she was mandated to do both as a daughter and an attorney.

    c. Incredibly, in this saga of medieval tyranny and corruption, the latest illegal incarceration of Plaintiff Stone was the result of Mark Francis Raymond, Elmore and their cohort dirty judges ganging up against her and attacking her like a pack of blood- thirsty hound dogs in

a dirty courtroom [147] where Plaintiff Stone sat in shackles while incredibly they spouted one preposterous purported "injury" after another desecrating Plaintiff Stone's inherent right to protect her mother from harm and the exercise of her right to free speech and her duty as a daughter and public citizen to expose the racket, ranging from dental problems to spats with their spouses. This scene is one for a riveting Hollywood movie but it is being played out in underworld courts.

## B.  THE PROBATE RACKET

717. The Probate Racket is being perpetrated in the color of law "probate" court of color of law Milton Hirsch who is responsible as the primary principal therefore.

718. Nelson Mullins, Mark Francis Raymond, Carl Rosen, Alan Stone and Milton Hirsch having acted as accomplices and accessories **to Mrs. Stone's murder,** in ghoulish, criminal conflict of interest they illegally obstructed Plaintiff Stone's petition to act as her personal representative in collusion with the Florida Public State Actor Defendants.

719. Their crimes are colluded by "Oppenheimer" and "Elmore" as hereinafter defined.

720. Plaintiff Stone's petition to act as her mother's personal representative was filed without objection within 30 days thus her petition was deemed approved.

721. However, Nelson Mullins, Mark Francis Raymond, Carl Rosen and Alan Stone in collusion with Milton Hirsch secretly, illegally and ex parte filed documents with the color of law probate court and then miraculously and mysteriously suddenly human traffickers, murder accomplices and embezzlers Alan Stone became the color of law "personal representative" and Nelson Mullins, Mark Francis Raymond and Carl Rosen were color of law attorneys for the personal representative.

722. Could there be anything other than graft, bribes and kickbacks involved?

723. **This set the stage for the modus operandi of this racket, whereby Nelson Mullins, Mark Francis Raymond and Carl Rosen, accomplices to the murder of Mrs. Stone by Alan Stone in collusion with Milton Hirsch are cooking the books and colluding to steal the assets of Mrs. Stone in the pretense of "fees" for their criminal acts in perpetrating her murder in collusion with the Florida Public State Actor Defendants.**

724. Nelson Mullins, Mark Francis Raymond, Carl Rosen, Alan Stone and Milton Hirsch deviously fail to provide court filing to Plaintiff Stone, thereby criminally and civilly depriving Stone of her rights and access to the court.

725. Nelson Mullins, Mark Francis Raymond, Carl Rosen and Alan Stone have lied and perjured themselves in representing they provided a copy of document to Plaintiff Stone in collusion with Milton Hirsch.

---

[147] Their corrupt brethren was specifically the hired gun for this medieval witch hunt against Plaintiff Stone having been exposed by the media as issuing the most number of illegal sentences and the record of having the most number of orders overturned on appeal.

726. Nelson Mullins, Mark Francis Raymond, Carl Rosen, Alan Stone and Milton Hirsch have illegally altered court documents and court records in violation of Federal law.

## C.   THE FIRST EMBEZZLEMENT RACKET

727. Fellow Racketeer Roy R. Lustig, a kingpin in the Guardian Human Trafficking/Corruption Racket perpetrated against Plaintiff Stone and her mother, along with Blaire Lapides, his cohort human trafficking, murderer "guardian" is an unindicted felon having been adjudicated guilty of felony crimes by the 3rd DCA in Leos Gulf Liquor, 802 So 2d 337 including perjury, fraud of the court, repeatedly lying under oath and subverting the court to achieve his own illegal financial gain.

728. That court stated in their order they would transfer the matter to the state attorney and the Florida Bar for criminal investigation and discipline.

729. However because the Florida courts are corrupt to the core, they DID NOT FOLLOW THEIR OWN ORDER AND report Roy R. Lustig to the authorities. Thereby leaving Roy R. Lustig, a felon, unleashed on the public and Plaintiff Stone and her mother.

730. Any responsible rationale person, much less a judge or other public official would NEVER allow an unindicted felon to have anything to do with a vulnerable adult.

731. In fact, Roy R. Lustig should have been required to register as a felon, as are sex perverts.

732. Not so in the shadowy, underworld of "guardianship" where Milton Hirsch's processor recruited Roy R. Lustig in the racket who was human trafficking and embezzling Plaintiff's Stone's mother, by illegally installing him as the color of law "attorney" for the color law "guardian" notwithstanding his standing as an unindicted felon and that he was barred from acting as attorney pursuant to the illegal settlement agreement referenced above.

733. As a result of not being held criminally and civilly accountable, Roy R. Lustig masterminded and orchestrated a terrorist enterprise of epic proportion involving murder-for-hire, embezzlement, human trafficking, forced disappearance and other crimes against humanity perpetrated through color of law courts.

734. Thereafter, incredulously, having perfected his rackets in the scam that landed in the 3rd DCA and the human trafficking racket perpetrated against Plaintiff's Stone's mother, unindicted felon Roy R. Lustig concocted an embezzlement racket against Plaintiff Stone by filing a fraudulent SLAPP suit against her using documents purporting to be emails that contained obscenities he himself created and purported were sent around to his family and falsely accused her of creating those documents to "defame" him.   In one of those documents purporting to be emails he fantasized to his own daughter about being sodomized by male prisoners.

735. Those documents violate Federal Obscenity Laws and were mandated to be reported by the judge who violated the reporting requirements and judicial canons.

736. It is set forth for the record that this was exactly what was done by a legitimate Federal judge who demanded the resignation of an attorney who engaged in such acts. "You Just Trashed

Your Profession," U.S. District Judge Otis Wright II told attorney Christopher Hook before asking him to resign. At issue were emails Hook wrote to opposing counsel telling them to "eat a bowl of d….." and "pay up f…face." [148]

737. He then intercepted Plaintiff Stone's mail by paying off through his racket the person in Plaintiff Stone's residence who distributes the mail to return Plaintiff Stone's mail so she would not have notice of court matters and hearings.

738. Using an illegal default entered by a corrupt judge who had notice that Stone was not receiving her mail, the corrupt to the core Florida courts issued an illegal void "judgment" against Plaintiff Stone awarding her life savings to unindicted felon Roy R. Lustig on the basis of his own obscene emails.

739. The following are examples of Roy R. Lustig's perverse obscene emails:

A. "DADDY with the money I have stolen i develop you to an actress.  I tricked helpless people under guardianship and stole money from charities."   The email goes on to state: **"Erica, that ok when Daddy is in prison you can be a waitress abd (sic) give him money.  Actually Daddy will like taking shower parties in prison so maybe you should start buying soap now and baby powder for his swollen a… when he f… around there!"**

B. "Daddy doesn't care about human beings.
He gives a fu**ck about gay Greg.  He is happy now!
Who will be next?  Maybe you……
Did you tell DADDY about your drinking problem?
Happy hanukkah you poor thing.  Sent from hell.

C. Hi you ugly cu**nt!  By the way, when is your big "drunk" fat greek wedding?

740. Some of the other predicate acts by Roy R. Lustig and the corrupt Florida Court in this racket include:

a. Roy R. Lustig produced nothing whatsoever to connect Stone to the Obscene Emails as there was no such evidence as Roy R. Lustig himself created, falsified and distributed the Obscene Emails.  Roy R. Lustig may just as well have alleged they were sent by the Queen of England.

b. The Obscene Emails were forwarded emails sent by <u>roytrick@aol.com</u>, <u>haroldtrick@aol.com</u> and from other AOL email accounts, thereby making them all the more suspect.

c. Stone has never had an AOL email account and has never registered with AOL so it is impossible that the AOL emails were sent from Stone.

d. Roy R. Lustig has an AOL email account, knows the persons that were sent the emails as they were his family members and cronies and he knows their email address

---

[148] <u>https://www.law.com/therecorder/2019/12/16/judge-demands-resignation-of-lawyer-who-wrote-profanity-laced-emails/</u>

e. Stone never heard of these parties until she learned who their identity over a year later and did not know to whom the email addresses belonged.

f. Roy R. Lustig produced his crony, David Nepo who perjured testimony that he did not hire Roy R. Lustig because of public statements he saw.  Stone later learned David Nepo was one of Roy R. Lustig's buddies who routinely perjures testimony for him.

g. Because these schemes and atrocities occur only because the Florida Officials are working together to perpetrate a brazen terrorist enterprise of monumental proportion, on the basis of an illegal fraudulent ex parte hearing, without evidence, with witness tampering and falsified records, without Stone appearing in court, without due process, in violation of Stone's Constitutional, civil and human rights, she was subjected to a fraudulent, void judgment in the sum of  $1,700,000 that is the result of Roy R. Lustig's own crimes.  Under Federal law and Supreme Court case law, an order that is issued by fraud is void.

h. The illegal void judgment was issued by a magistrate judge, Jonathan Goodman acting without consent by Stone as required under 28 USC 636 in conspiracy and collusion with a disqualified judge Joan Lenard who is mentally and intellectually challenged and instead of ordering the investigation of Roy R. Lustig for preparing sickening, perverted and obscene emails that are the acts of a predator and a pervert, without proof, testimony, production of the IP addresses where the emails originated, without evidence that they even existed because all that was provided was a copy of a document, these two corrupt, collusive and accessory judges issued an illegal void judgment that is the product of Roy R. Lustig's perverted crime.

i. Roy R. Lustig is embezzling Stone's life savings, her home and all of her personal possessions as a result of an illegal, fraudulent, void judgment that he obtained as a result of his own criminal acts.

j. Roy R. Lustig had already been adjudicated guilty of felony crimes, including perjury, fraud, fraud on the court, repeatedly lying under oath and subverting the courts to achieve his own illegal financial gain by the Florida 3rd DCA in the case of Leo's Gulf Liquors, 337 So 2d 802.  In violation of their own order, the corrupt 3rd DCA did not punish or sanction Roy R. Lustig for his felony crimes, which would have resulted in his disbarment and incarceration and instead left him to be a grave danger to Plaintiff Stone and the public.  As a result, Roy R. Lustig has forced disappeared, human trafficking and attempting to murder Stone's mother and is frenetically extorting, embezzling and stalking Stone.

741. The inconceivable idea that sickening obscene documents purporting to be emails could surface in a UNITED STATES FEDERAL COURT that violate Federal obscenity laws in an outlandish lawsuit that is the product of countless other crimes of which the court is aware and a sham proceeding takes place as if somehow the extraordinary criminal racket is normal needs no further elaboration on the scandalous condition of the raging corruption in the

Florida courts.  It was incumbent for anyone in public office to report the obscene emails to law enforcement JUST AS IT IS SO MANDATED FOR THIS COURT TO REPORT.

742. These incomprehensible, maniacal organized crime rackets being run through cesspool Florida courts are the subject of blockbuster Hollywood movies, yet they are real and being played out in depraved legal proceedings in demonically corrupt courts.

743. This Court is mandated to protect Plaintiff Stone and the public and not only report these crimes but declare the pervasive corruption as a national public disaster.

### D.  THE COPY-CAT EMBEZZLEMENT RACKET
### ("NELSON MULLINS/ OPPENHEIMER  EMBEZZLEMENT RACKET")

744. Among his many places of employment, Alan Stone worked at Oppenheimer.

745. William Elmore is the manager of Oppenheimer in its Ft. Lauderdale office ("Elmore") and Alan Stone's former employer.

746. Elmore should have known about Alan Stone's propensity for fraud and financial exploitation of seniors as Alan Stone was "permitted to resign" by several of his prior firms.

747. An investigation of the reason for his resignation would reflect that he forged the signatures of his clients, most if not all of them being senior vulnerable adults.

748. In a responsible manner, Plaintiff Stone sought that Elmore facilitate a meeting with Alan Stone to address his vicious abuse and exploitation of Mrs. Stone.

749. Elmore acknowledged that he was well aware of vulnerable adult financial exploitation in the course and scope of his employment.

750. However, Elmore ignored the financial exploitation of Mrs. Stone taking place under his nose by his predator employee Alan Stone.

751. Elmore is required to report these abuses to senior officers within his company under the Code of Conduct of Oppenheimer and to the Securities and Exchange Commission under the Advisory rules of the Financial Crimes Enforcement Network (FinCEN)[149] which provide:

> e.  Paragraph 3 of the Oppenheimer Code of Conduct provides:
> COMPLIANCE WITH LAW
> You must know, respect and comply with all laws, rules, and regulations applicable to the conduct of Oppenheimer's businesses in the areas in which you work. Oppenheimer actively promotes compliance with the laws, rules, and regulations that govern Oppenheimer's business. Obeying both the letter and spirit of the law is one of the foundations of Oppenheimer's ethical standards.  You must follow and obey the laws of all the states and countries where we operate.
>
> Paragraph 11 of the Oppenheimer Code of Conduct provides:
> REPORT PROBLEMS OR IRREGULARITIES

---

[149] https://www.fincen.gov/resources/advisories/fincen-advisory-fin-2011-a003

If you believe that you may have breached the Code or a supplemental code or guideline that applies to you, or have observed: a breach of the Code or a supplemental code or guideline by another Oppenheimer employee; or a serious weakness or deficiency in Oppenheimer's policies, procedures or controls which might enable breaches to occur or go undetected; you have a responsibility to Oppenheimer, your fellow Oppenheimer employees and yourself to report it immediately to your Manager, that employee's Manager, a Senior Officer, the Chief Compliance Officer or the General Counsel. Any Manager in receipt of such a report should immediately escalate it to one of the individuals listed in Section 14.

    f.   FinCEN requires financial institutions to report Suspicious Activity Reports (SARs) describing instances of suspected elder financial exploitation.

752. Elmore violated the Code of Conduct of Oppenheimer, the FinCEN rules and Federal Laws that mandate he report suspected financial exploitation by an Oppenheimer employee and suspected financial exploitation of an elder adult.

753. Instead, Elmore threatened Plaintiff Stone and acted in criminal violation of the law that provides any person who fails to protect an elderly adult from harm is considered an accomplice.

754. It is well publicized that Oppenheimer has a pattern and practice of hiring brokers with a background of misconduct. [150]

755. Elmore and Mark Francis Raymond sought each other out to perpetrate an attack by Mark Francis Raymond on Plaintiff Stone in a personal vendetta for exposing his kingpin operations in the Guardian Human Trafficking/Corruption Racket.

756. In order to financially extort Plaintiff Stone for exposing their racket, Elmore and Mark Francis Raymond, they concocted a vicious SLAPP suit against Stone.

757. Unbridled corruption breeds more devastating and explosive corruption. That is exactly what has occurred whereby Nelson Mullins, Mark Raymond and Carl Rosen patterned a "copy-cat" embezzlement racket identical to the Roy R. Lustig Embezzlement Racket.

758. They formulated and patterned this illegal SLAPP suit on that masterminded by Roy R. Lustig, another of their racketeers in the Guardian Human Trafficking/Corruption Racket, by using their own crimes as accomplices and accessories in that racket to attack Plaintiff Stone for exposing and reporting these crimes and exposing Culture of Corruption  Elmore's failure to report financial crimes against a vulnerable adult.

759. They coin the same statements in their attacks on Plaintiff Stone, using such language as "scorched earth" and nebulous statements that these predators somehow 'crossed paths" with Plaintiff Stone as if they bumped into each other on the street which breed their embezzlement racket when these monsters who fit within the  definition of sociopaths and psychopaths collude  in inventing diabolical scams by their interaction with corrupt attorneys throughout the country.

---

[150] http://www.investorprotection.com/blog/2016/06/09/oppenheimer-co-widespread-culture-of-corruption/

760. In fact the Roy R. Lustig Human Trafficking Racket began when another racketeer attorney with whom Plaintiff Stone consulted in an effort to free her mother from the human trafficking racket, dishonestly breached Plaintiff Stone's confidential communication and enlisted unindicted felon Roy R. Lustig into the human trafficking racket.

761. Nelson Mullins, Mark Francis Raymond and Carl Rosen enlisted their corrupt client, Elmore and Oppenheimer to do their dirty work and be the front person for their racket and file the illegal SLAPP suit against Plaintiff Stone also thereby engaging in a litany of ethical violations.[151]

762. Elmore has since apparently fired Alan Stone, after colluding with him to destroy Plaintiff's Stone life and enabling his crimes against Plaintiff Stone's mother, causing her death.

763. Ironically, in the smarmy world of Nelson Mullins, even Elmore is being conned and scammed by Nelson Mullins, Mark Francis Raymond and Carl Rosen who are using him to benefit themselves by perpetrating a personal vendetta against Plaintiff Stone and taking fees from Elmore to do so.

764. **The kingpins of guardian corruption, Nelson Mullins, Mark Francis Raymond and Carl Rosen now diabolically and perversely represent two racketeers in common with the guardian racket – human trafficker, embezzler and murderer Alan Stone and his former employer Elmore with whom to collude in their vicious attacks on Plaintiff Stone.**

765. The matters reported by Plaintiff Stone herein are capital crimes and this court is mandated to order the intervention of the F.B.I. and D.O.J. just as required in the KidsForCash racket.

766. They have dragged their embezzlement racket through multiple courts, including the bankruptcy court hereafter described where Plaintiff Stone was forced to file to attempt futile redress from unindicted felon Roy R. Lustig's illegal judgment that is the product of his own crimes and in other courts where they continue to seek illegal gag orders blocking Plaintiff Stone from reporting and exposing their crimes.

767. After being bounced around by various judges, the Embezzlement Racket landed in the corrupt court of Defendant Carol-Lisa Phillips, who should have been removed from the bench years ago and investigated on the basis of her fraudulent financial statements alone but corrupt judges are the foundation of the corrupt, tyrannical Florida illegal "legal" system, and

---

[151] See ABA Standards for Imposing Lawyer Sanctions § 5.11(b) (1986) (disbarment appropriate when lawyer engages in "intentional conduct involving dishonesty, fraud, deceit, or misrepresentation that seriously adversely reflects on the lawyer's fitness to practice."). See Florida Bar rule 3-4.3 (engaging in the commission of an act that is unlawful or contrary to honesty and justice); and rule 4-8.4(c) (engaging in conduct involving dishonesty, fraud, deceit or misrepresentation).
The Florida Bar, Complainant, v. Steven Evan WOLIS, Respondent, No. SC97019 (2001).
The court therein stated: "Wolis's] offense for which he was convicted goes to the very essence of the legal profession. The truth cannot be sacrificed for convenience or personal gain. It cannot be abrogated because of a client's needs. Simply stated, society must be able to rely upon an attorney's representations. The Oath of Admission to The Florida Bar, The Rules Regulating the Florida Bar and the interest of the general public mandate that attorneys tell the truth and act in an honorable fashion."

are infiltrated and indoctrinated into the Florida courts to go forth and destroy lives in order to steal, loot, plunder and embezzle the assets of anyone who is captured in the Florida illegal, "legal system" racket.

768. In the playbook of the Florida courts, it has become a newly minted tactic in the ceaseless swamp of diabolical dirty tools used by corrupt judges who are disqualified as a matter of law to NEVER remove themselves from the matter.

769. Like her corrupt brethren, Milton Hirsch, Carol-Lisa Phillips is also disqualified as a matter of law having failed to respond to Plaintiff Stone's petition for her disqualification as she is so mandated within 30 days by law, but illegally refuses to remove herself in the embezzlement racket matter and is therefore acting without jurisdiction.

770. In addition, color of law Carol-Lisa Phillips is civilly and criminally depriving Plaintiff Stone of her rights including her right of access to the court under color of law.

771. Color of law, disqualified "judge" Carol Lisa Philliips is blithely violating the law and acting without jurisdiction and ruthlessly engaged in the Embezzlement Racket and stealing Plaintiff Stone's constitutional right to free speech.

772. We wonder: Could it be graft, kickbacks and bribes?

## E.  THE BANKRUPTCY RACKET

773. Because Plaintiff Stone is subjected to an illegal void "judgment" by corrupt judges who are obviously on the take by rewarding unindicted felon Roy R. Lustig for his crimes, Plaintiff Stone was forced to file bankruptcy where she is embroiled in another terrifying court racket.

774. A new cartel of racketeers have emerged in the bankruptcy racket.

775. Former attorney general John Ashcroft fittingly gave a speech about the racket in the bankruptcy court at the International Criminal Court. [152] wherein jurisdiction lies.

776. However, the United States has precluded the ability of Plaintiffs to seek remedy warranted by filing suit in the International Criminal Court by its unconscionable failure to ratify membership therein[153].

777. Notice of this action and the atrocities, crimes against humanity and crimes in the nature of war crimes being perpetrated on American citizens by the American government is being provided to the International Criminal Court and the United States Security Council.

778. The crimes perpetrated in the bankruptcy racket as exposed by John Ashcroft are epitomized by the corrupt color of law bankruptcy judge, Laurel M. Isicoff who:

---

[152] **To Hague Global Forum on Corruption AG Aschroft on Corrupt ...**
www.dailykos.com/stories/2012/5/5/1089083/-To...
To Hague Global Forum on Corruption AG Aschroft on Corrupt Federal Judges Collusion w US Trustee's.
... John Ashcroft. He penned that corruption goes all the way to the top where he wrote this to ...

[153] https://delawarestatenews.net/opinion/commentary-america-must-become-member-of-international-criminal-court/

a. In criminal violation of the Government in Ethics Act of 1978 failed to file her financial statements FOR 14 YEARS (these financial statements mysterious emerged in an illegible form after Plaintiff Stone filed a futile lawsuit against her that was deviously assigned to a member of her law school class).

b. Assembles an incestuous, extortion "team" of crony attorneys and dirty trustees who are illegally the principal players in her court racket by her illegal and unethical "extrajudicial activities" where she acts as an officer in bar associations and other enterprises where she assembles her illegal team in violation of law and judicial ethics.

c. She then brazenly strips her victims, the hapless defendants in her color of law bankruptcy court of their assets by ordering through illegal void orders, obscene "fees" to her incestuous team members that violate the caps set forth in the Federal Code. In one instance, the illegal fee WAS IN EXCESS OF $10 MILLION OVER THE LIMIT.

d. We wonder: Could it be graft, kickbacks and bribes?

779. **This court is mandated to report these crimes and perverse ethical violations to the authorities pursuant to 18 USC 4 and judicial canons.**

## XIV.  STATEMENT OF CLAIMS AND COUNTS
## BY ALL PLAINTIFFS

### A.  COUNT ONE:  GROSS PUBLIC SERVANT CRIMINAL NEGLIGENCE
### AND MALPRACTICE AND VIOLATION OF OATH OF OFFICE
### FILED BY ALL PLAINTIFFS AGAINST DEFENDANT DONALD TRUMP AND
### DEFENDANT RICHARD BLUMENTHAL

780. The provisions of paragraphs 1-779 are incorporated herein.

781. As the President of the United States of America, Defendant Donald Trump is charged with a general duty under the Constitution to take care that the laws are enforced.

782. The Constitution provides the power which stems from the duty to enforce the criminal statutes of the United States.

783. The President is presumed to exercise certain of his constitutional powers personally.

784. In an opinion by Attorney General Cushing in 1855 (7 Ops. Atty. Gen. 453, 464–65 (1855): "It may be presumed that he, the man discharging the presidential office, and he alone, grants reprieves and pardons for offenses against the United States. . . . So he, and he alone, is the supreme commander in chief of the Army and Navy of the United States, and of the militia of the several States when called into the actual service of the United States. That is a power constitutionally inherent in the person of the President. No act of Congress, no act even of the President himself, can, by constitutional possibility, authorize or create any military officer not subordinate to the President."

785. What higher duty is there on the President of the United States than to protect the citizens of the United States.

786. **United States Constitution:**

a. Article VI of the Constitution states:

"This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.

The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States.   Wherefore:

Only the laws made in Pursuance thereof the US Constitution are lawful.  Anything else disguised as "law" is not legal or binding on U.S. citizens; under our laws all justices must make their case decisions based on a determination that those cases are "in PURSUANCE THEREOF the US Constitution" or found to NOT be "in PURSUANCE THEREOF the US Constitution" to be lawful decisions. They are using "Good Behavior" and are keeping the contract agreed to when they do so.

787. By their failure to know and uphold the law, Defendants are committing public trust malpractice. [154]

788. Each candidate for federal office, whether a party candidate, a candidate with no party affiliation, or a write-in candidate, in order to qualify for nomination or election to office shall take and subscribe to an oath or affirmation in writing. A copy of the oath or affirmation shall be made available to the candidate by the officer before whom such candidate seeks to qualify and shall be substantially in the following form:

789. Before me, an officer authorized to administer oaths, personally appeared  (please print name as you wish it to appear on the ballot) , to me well known, who, being sworn, says that he or she is a candidate for the office of ; that he or she is qualified under the Constitution and laws of the United States to hold the office to which he or she desires to be nominated or elected; that he or she has qualified for no other public office in the state, the term of which office or any part thereof runs concurrent with that of the office he or she seeks; and that he or she will support the Constitution of the United States.

790. By taking an Oath to protect, Defendants are violating their oath under 18 USC § 1621[155] and Title 42 USC § 1986 [156]wherein a person having "knowledge of the law", "the power to stop a wrong" and the "duty to prevent a wrong from being done" is liable for failure to act.

---

[154] In the law of torts, **malpractice**, also known as professional negligence, is an "instance of negligence or incompetence on the part of a professional".   Malpractice definition, *Garner, Bryan A. (2009). Black's Law Dictionary (9 ed.). West. ISBN 0314199497. Retrieved 7 December 2017.*
[155] §1621. Perjury generally
     Whoever-

791. THERE IS NO IMMUNITY.  See Paragraph XV.

792. As a direct and proximate result of Defendants deliberate collusion in the Guardian Human Trafficking/Corruption Racket by using public funds to obtain GAO studies and reports, Congressional reports and other reports that document rabid and rampant abuse of America's vulnerable adults who are human trafficked in guardianship and then in evil and sadistic collusion with such crimes, issuing a Trump/Blumenthal Corrupt Bill and Order to reward the courts and judges who perpetrate these crimes, Defendants Donald Trump and Richard Blumenthal are committing Gross Public Servant Negligence and Malpractice.

793. Plaintiffs have and are suffering devastating trauma, forced to participate in an farcical legal proceeding, incur astronomical legal and other fees in a sham proceeding; suffered loss of livelihood and suffered damages in excess of $250,000,000 and are entitled to attorneys fees, costs and expenses.

794. By accepting taxpayer funds and converting them for their own use without providing a service, Defendants are engaged in theft of services [157] and honest services fraud.[158]

---

(1) having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, that he will testify, declare, depose, or certify truly, or that any written testimony, declaration, deposition, or certificate by him subscribed, is true, willfully and contrary to such oath states or subscribes any material matter which he does not believe to be true; or

(2) in any declaration, certificate, verification, or statement under penalty of perjury as permitted under section 1746 of title 28, United States Code, willfully subscribes as true any material matter which he does not believe to be true;  is guilty of perjury and shall, except as otherwise expressly provided by law, be fined under this title or imprisoned not more than five years, or both. This section is applicable whether the statement or subscription is made within or without the United States.

[156] 42 U.S.C. § 1986

Every person who, having knowledge that any of the wrongs conspired to be done, and mentioned in section 1985 of this title, are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, or his legal representatives, for all damages caused by such wrongful act, which such person by reasonable diligence could have prevented; and such damages may be recovered in an action on the case; and any number of persons guilty of such wrongful neglect or refusal may be joined as defendants in the action; and if the death of any party be caused by any such wrongful act and neglect, the legal representatives of the deceased shall have such action therefore, and may recover not exceeding $5,000 damages therein, for the benefit of the widow of the deceased, if there be one, and if there be no widow, then for the benefit of the next of kin of the deceased. But no action under the provisions of this section shall be sustained which is not commenced within one year after the cause of action has accrued.

[157] 18 U.S. Code § 648. Custodians, generally, misusing public funds

Whoever, being an officer or other person charged by any Act of Congress with the safe-keeping of the public moneys, loans, uses, or converts to his own use, or deposits in any bank, including any branch or agency of a foreign bank (as such terms are defined in paragraphs (1) and (3) of section 1(b) of the International Banking Act of 1978), or exchanges for other funds, except as specially allowed by law, any portion of the public moneys intrusted to him for safe-keeping, is guilty of embezzlement of the money so loaned, used, converted, deposited, or exchanged, and shall be fined under this title or in a sum equal to the amount of money so embezzled, whichever is greater, or imprisoned not more than ten years, or both; but if the amount embezzled does not exceed $1,000, he shall be fined under this title or imprisoned not more than one year, or both

[158] 18 U.S. Code § 1346. Definition of "scheme or artifice to defraud"

For the purposes of this chapter, the term "scheme or artifice to defraud" includes a scheme or artifice to deprive another of the intangible right of honest services.

795. Wherefore Plaintiffs each and individually seeks damages individually, jointly and severally against Defendant Donald Trump and Defendant Richard Blumenthal in the sum of $250,000,000 together with all attorneys fees, costs and expenses.

796. Wherefore, Plaintiffs seek all appropriate remedy against all Defendants for Honest Services Fraud.

### B.  COUNT TWO: WRONGFUL DEATH/MURDER
### FILED BY PLAINTIFFS STONE AND SARHAN
### AGAINST DEFENDANT DONALD TRUMP AND
### DEFENDANT RICHARD BLUMENTHAL

797. The provisions of paragraphs 1-796 are incorporated herein.

798. Plaintiffs Stone's mother and Plaintiff Sarhan's mother suffered atrocities on the order of war crimes perpetrated by and colluded in by Defendant Donald Trump and Defendant Richard Blumenthal.

799. These atrocities include ruthless drugging with illegal toxic psychotropic drugs, deprivation of food and medical services, water boarding, sensory deprivation and human trafficking.

800. These atrocities, deliberately and wantonly perpetrated on a vulnerable adult are beyond comprehension of anything except atrocities committed as war crimes and are prohibited acts under war crime legislation.

801. These atrocities also constitute hate crimes.

802. Plaintiff Stone and Plaintiff Sarhan were forced to watch in horror as these war crimes were perpetrated on their loved ones and sadistically punished when they tried to find remedy.

803. These depraved acts and hate crimes were known to the Defendant Donald Trump and Defendant Richard Blumenthal who are responsible to follow and enforce the law and who have a duty to protect.

804. As a direct and proximate result of the wrongful death of Mrs. Stone, Plaintiff Stone has been damaged in excess of $500,000,000 and is entitled to attorneys fees, costs and expenses

805. As a direct and proximate result of the wrongful death of Mrs. Sarhan, Plaintiff Sarhan has been damaged in excess of $500,000,000 and is entitled to attorneys fees, costs and expenses

806. Wherefore Plaintiff Stone seeks damages jointly and severally against Defendants in the sum of $500,000,000 together with all attorneys fees, costs and expenses.

807. Wherefore Plaintiff Sarhan seeks damages jointly and severally against Defendants in the sum of $500,000,000 together with all attorneys fees, costs and expenses.

### C.  COUNT THREE: RACKETEERING AND
### CONSPIRACY TO COMMIT RACKETEERING
### FILED BY ALL PLAINTIFFS
### AGAINST DEFENDANT DONALD TRUMP AND
### DEFENDANT RICHARD BLUMENTHAL

808. The provisions of paragraphs 1-807 are incorporated herein.

809. 18 U.S.C. § 1964(c) defines "racketeering activity" as follows:

(1) "racketeering activity" means

(A) any act or threat involving murder, kidnapping, gambling, arson, robbery, bribery, extortion, dealing in obscene matter,…which is chargeable under State law and punishable by imprisonment for more than one year;

(B) any act which is indictable under any of the following provisions of title 18, United States Code:

Section 201 (relating to bribery), sections 471, 472, and 473 (relating to counterfeiting), section 659 (relating to theft from interstate shipment) if the act indictable under section 659 is felonious, section 1028 (relating to fraud and related activity in connection with identification documents), section 1029 (relating to fraud and related activity in connection with access devices), section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), sections 1461–1465 (relating to obscene matter), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), [1] section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering),

(D) any offense involving fraud connected with a case under title 11 (except a case under section 157 of this title), if the act indictable under such section of such Act was committed for the purpose of financial gain, or

(G) any act that is indictable under any provision listed in section 2332b (g)(5)(B);

810. Defendants had, and continue to have, the common purpose of profiting from the Guardian Human Trafficking/Corruption Racket.

811. Defendants continue to be, associated together for a common purpose of engaging in a pattern of corrupt activities as defined and contemplated by 18 USC § 1961.

812. Plaintiffs have directly sustained injuries and damages as a result of the pattern of racketeering and corrupt activities by Defendants.

813. Defendants conducted affairs in association with the Guardian Human Trafficking/Corruption Racket through a pattern of corrupt activity in violation of 18 U.S.C. § 1964.

814. The wrongful conduct, corrupt activities, pattern of corrupt activities and, offenses set forth above fall within the definition of corrupt activity set forth in 18 U.S.C. § 1964.

815. Defendants participated in the affairs of the Guardianship through a pattern of corrupt activity in violation of 18 U.S.C. § 1964.

816. Defendants though fraudulent and deceptive means used the Guardian Human Trafficking/Corruption Racket to control and deprive Plaintiffs and their family members of their property and personal property through "racketeering activity" under the "Organized

Crime Control Act of 1970," 84 Stat. 941, 18 U.S.C. 1961(1)(B), (1)(C), (1)(D), and (1)(E), as amended.

817. Defendants work together and act in collusion to use the Florida courts as a vehicle to run a human trafficking racket and to embezzle and convert the assets of Plaintiffs and their family members in violation of 18 U.S.C.§ 641, 18 U.S. C. § 645 and 18 U.S. C. § 654 and collude in the issuance of void, illegal orders to make it appear a legitimate proceeding is taking place.

818. Defendants are principals and./or accomplices and accessories to the Guardian Human Trafficking/Corruption Racket in violation of 18 USC 2 and 18 USC 3.

819. Moreover, as the Guardian Human Trafficking/Corruption Racket is directed at and targets a class of citizens, vulnerable adults, the acts of Defendants constitute hate crimes.

820. By their acts alleged herein, Defendants, each and every one of them, jointly and severally, have aided and abetted and conspired in the Guardian Human Trafficking/Corrupt Racket to deprive Plaintiffs and their family members of their property, liberty,  Constitutional and other rights and subject them to Crimes Against Humanity through their ongoing criminal enterprise as set forth herein.

821. Defendants directly and indirectly engaged and continue to engage in the corrupt activity in violation of 18 U.S.C. § 1964 by their ongoing participation in Guardian Human Trafficking/Corruption Racket and their passage of corrupt and illegal bills in connection therewith including the Trump/Blumenthal Corrupt Bill and Order and their continuation of colluding in the kidnapping, murder, looting and false arrests of the victims, including Plaintiffs and their family members.

822. But for this corrupt activity, Defendants would be unable to personally benefit by receiving "pay for play" type payments, campaign contributions and other benefits from the Guardian Human Trafficking/ Corruption Racket and the judges who are appointed by Defendant Donald Trump and attorneys involved in lobbying Defendants from funds and property owned by Plaintiffs and their family members.

823. Defendants, in association with the Guardianship, directly and indirectly engaged and continue to engage in a pattern of corrupt activities as aforesaid and by knowingly depriving Plaintiffs and their family members of control and ownership of property, personal property and funds through deceptive means including the enactment of corrupt laws and the failure to enforce the law and  through false statements and withholding material information from the American public which allowed Defendants to serve their common purpose to embezzle the assets of Plaintiffs and their family members.

824. Defendants further, directly and/or indirectly engaged in activities which perpetrating financial crimes against vulnerable adults, by fraudulent transfers of their assets and sham judgment entries issued by Probate and Guardian courts including those of the corrupt judges identified in the confidential filings by Plaintiffs, corrupt activities in violation of Federal law including 18 U.S.C. § 1961 and 18 U.S.C. § 1964.

825. Defendants further, directly and/or indirectly engaged in activities which constitute hate crimes against Plaintiffs and their family members using a class of American citizens, vulnerable adults, to collude in their murder, the fraudulent transfers of their assets and sham judgment entries issued by Probate and Guardian courts including those of the corrupt judges identified in the confidential filings by Plaintiffs, corrupt activities in violation of Federal law including 18 U.S.C. § 1961 and 18 U.S.C. § 1964.

826. Defendants, directly and indirectly, continue to participate through association with the Guardian Human Trafficking/Corruption Racket with knowledge the property and funds obtained from unlawful activities as aforesaid with the purpose of committing and furthering the commission of additional corrupt activities in violation of Federal law including 18 U.S.C. § 1961 and 18 U.S.C. § 1964.

827. Plaintiffs have and will suffer financial damages and loss of property as a direct and proximate result of Defendants' pattern of corrupt activities, fraudulent schemes, misconduct and predicate acts enumerated by 18 USC 1961 (1).

828. Defendants (and/or their predecessors) have engaged in and continue to engage in an ongoing pattern of misconduct, fraudulent misconduct, and pattern of corrupt activities which include, inter alia, kidnapping, theft, extortion, embezzlement murder, violations of 18 U.S.C. §1343- Wire Fraud; and 18 U.S.C. § 664-Unlawful Conversion of Employee Benefit Plan and Social Security.

829. At all relevant times, and based upon reasonable belief, Defendants engaged in the pattern of predicate activities together with other associated third parties members of the Guardian Human Trafficking/Corruption Racket including attorneys and judges who mastermind and orchestrate this organized crime racket.

830. These judges include those appointed by Defendant Trump who are accomplices and accessories and facilitators and protectors of the Guardian Human Trafficking/Corruption Racket.

831. These individuals when acting together and in association furthered a common purpose and constitute a pattern of corrupt activities and prohibited predicate acts through an "enterprise" as set forth in 18 U.S.C. §1962 (a).

832. Through the illegal, sham proceedings in the Guardian Human Trafficking/Corruption Racket, Defendants engaged in a fraudulent scheme, pattern of corrupt activities and predicate acts for their common and direct personal economic benefit, including the extortion of Plaintiffs and their family members to embezzle their assets by colluding in the issuance of illegal void color of law "orders" that perpetrated the embezzlement of the assets of Plaintiffs and their family members under the ruse of "fees" and "expenses" that constitute financial exploitation of a vulnerable adult in criminal violation of state and federal law.

833. Without the use of the illegal sham Guardian Human Trafficking/Corruption Racket as an enterprise and its corrupt activities, Defendants would not have been paid by "pay for play" type payments, campaign contributions and other benefits from the Guardian Human

Trafficking/ Corruption Racket and the judges who are appointed by Defendant Donald Trump and attorneys involved in lobbying Defendants from funds and property owned by Plaintiffs and their family members as set forth in this Action.

834. All of the money obtained and/or deposited into Guardian Human Trafficking/ Corruption Racket accounts from which Defendants receive benefits have been misappropriated, looted, embezzled and stolen from Plaintiffs and their family members who have suffered direct financial loss and damages.

835. Thus Defendants are engaged in money laundering.

836. Defendants acting in collusion routinely violate 18 U.S.C.§1519, sometimes called "anticipatory obstruction of justice."

837. Defendants enable and act in collusion with the issuance of illegal, void and "minute" orders that are blocked from access and done ex parte to perpetrate the Guardian Human Trafficking/Collusion Racket, an organized crime racket run through the court.

838. These are Predicate Criminal Acts of Conspiracy to Conceal and Remove Official Records which form a pattern and which violations are each potentially punishable by more than one year in jail constituting concealment, removal, or destructions – or attempts to do so – of public records.

839. Defendants have conspired to commit offense or to defraud the U.S. in violation of 18 U.S.C. 371 by conspiring to and /or sanctioning the use of a court to operate a racket.

840. A pattern of illegal activities committed by Defendants the "Predicate Acts," described herein were done with the purpose of financial gain and were done within the past ten (10) years and continuing.

841. Defendants did cooperate jointly and severally in the commission of two (2) or more of the RICO predicate acts that are itemized in the RICO laws at 18 U.S.C. §§ 1961(1)(A) and (B) by enabling and colluding in the operation of a Guardian Human Trafficking/Collusion Racket.

842. Defendants engaged in these RICO predicate acts in violation of the RICO law at 18 U.S.C. § 1962(b) (prohibited activities).

843. Defendants are engaged in prohibited activities in criminal violation of 18 U.S.C.§ 1961(5) and 18 U.S.C.§ 1962(b) by enabling and colluding in the operation of a Guardian Human Trafficking/Collusion Racket.

844. Defendants did commit two (2) or more of the offenses itemized above in a manner which they calculated and premeditated intentionally to threaten continuity, i.e. a continuing threat of their respective racketeering activities by enabling and colluding in the operation of a Guardian Human Trafficking/Collusion Racket in violation of the RICO law at 18 U.S.C. § 1962(b).

845. Defendants are involved in the Acquisition and Maintenance of an Interest in and Control of an Enterprise Engaged in a Pattern of Racketeering Activity by operating a Guardian Human Trafficking/Collusion Racket in violation of 18 U.S.C. §§ 1961(5) 1962(b).

846.  Defendants did associate with a RICO enterprise of individuals who were associated in fact and who engaged in, and whose activities did affect, interstate and foreign commerce by operating a Guardian Human Trafficking/Collusion Racket.

847.  Defendants operate as an "enterprise" within the meaning of RICO, the activities of which effect interstate and foreign commerce by operating a Guardian Human Trafficking/Collusion Racket.

848.  Likewise, Defendants did conduct and/or participate, either directly or indirectly, in the conduct of the affairs of said RICO enterprise through a pattern of racketeering activity by enabling and colluding in the operation of a Guardian Human Trafficking/Collusion Racket all in violation of 18 U.S.C. §§ 1961(4), (5), (9), and 1962(c).

849.  Defendants did conspire to acquire and maintain an interest in a RICO enterprise engaged in a pattern of racketeering activity by enabling and colluding in the operation of a Guardian Human Trafficking/Collusion Racket in violation of 18 U.S.C.§1961(5) and 18 U.S.C.§1962(b) and (d).

850.  Defendants did commit two (2) or more of the offenses itemized above in a manner which they calculated and premeditated intentionally to threaten continuity, i.e. a continuing threat of their respective racketeering activities by enabling and colluding in the operation of a Guardian Human Trafficking/Collusion Racket also in violation of 18 U.S.C. § 1962(d) (prohibited activities).

851.  Defendants criminally violated the federal mail fraud statute 18 U.S.C.§1341 by enabling and colluding in the use of the court to perpetrate a Guardian Human Trafficking/Collusion Racket.

852.  Defendants acted in criminal violation of the federal wire fraud statute under 18 U.S.C. 1343 when they transmitted or caused to be transmitted by means of writings, signs, signals, pictures, sounds, telephone and cellular telephone calls, documents, facsimiles, emails, instant messages, wire, radio, or television communication and any other form of communication in interstate or foreign commerce, for the purpose of executing such scheme or artifice to enable, collude in and perpetrate a Guardian Human Trafficking/Collusion Racket.

853. Defendants have made false statements in violation of 18 U.S.C. § 1001 and could be charged and convicted of multiple, related violations of law which form a pattern and practice and which violations are each potentially punishable by more than one year in jail constituting false statements to officials of the U.S. Government to perpetrate a Guardian Human Trafficking/Collusion Racket.

854. By virtue of the predicate acts described in this Complaint, including without limitations: engaging in monetary transactions improperly derived from unlawful activity, the Defendants transferred, received, furthered income that was derived, both directly and indirectly, from a pattern of racketeering activity in which each of them participated as a principal and used and invested, both directly and indirectly, such income and the proceeds of such income, in

establishing, operating and furthering a Florida Sanctioned Guardian Racket, an illegal enterprises in violation of 18 U.S.C. § 1962(a).

855. Plaintiffs and their family members enjoy a liberty interest in their persons of not being deprived of life by actions of the Government without due process of law, as guaranteed by the Fifth Amendment.

856. Defendants have violated Plaintiffs and their family members' Fifth Amendment Rights.

857. Defendants have violated Plaintiffs and their family members' First Amendment Rights.

858. The violations of this liberty interest are actionable under Bivens v. VI Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).

859. By reason of the wrongful conduct of the Defendants, each and every one of them, jointly and severally, Plaintiffs and their family members have suffered harm in the form of having their guaranteed Constitutional rights violated, their business and property rights violated, and their rights and property under the due process clause and their freedom of speech and association guaranteed under the U.S. Constitution has been deprived and severely comprised.

860. Defendants conspire in the operation of a façade of a court to run a Guardian Human Trafficking/Corruption Racket, a Florida Sanctioned Guardian Racket in violation of Plaintiffs equal rights under 42 U.S. Code § 1961.

861. Defendants are enabling the malicious retaliation against Plaintiffs and intimidating Plaintiffs for exposing and opposing their corrupt color of law activities.

862. Defendants are violating 42 U.S.C. § 12203

863. Defendants conduct is directly related to the damages, financial injuries and emotional distress sustained by Plaintiffs and their family members.

864. As a direct and proximate result of Defendants violation of 18 U.S.C. § 1962(a), Plaintiffs and their family members suffered the loss of valuable property, financial services and support, and suffered other business and pecuniary damages.

865. As a direct and proximate result of Defendants violation of 18 U.S.C. § 1962(a), Plaintiffs and their family members suffered severe emotional distress.

866. The injuries and damages sustained by Plaintiffs and their family members were the direct and proximate result of the Defendants' commission of predicate acts defined by 18 USC § 1961(1)(B) specifically including but not limited to 18 USC § 664 (relating to embezzlement, theft, unlawful abstracting from pension and welfare funds), 18 USC § 1343 (relating to wire fraud).

867. Defendants are operating a state sanctioned Guardian Human Trafficking/Collusion Racket, forcibly seizing Plaintiffs' loved ones to use them in a human trafficking scheme and seizing the home of Plaintiffs' loved ones and Plaintiffs and other real property and life savings in violation of 18 U.S. Code § 373.

868. The Defendants' actions were intentional, willful, and with reckless disregard to Plaintiffsl rights. Such conduct exceeds the bounds of social toleration and is of the type that punitive damages deter.

869. Plaintiffs seek an award of punitive damages in an amount to be determined at jury trial.

870. Plaintiff Stone and all Plaintiffs seek injunctive relief to enjoin the Defendants, its officers, management personnel, employees, agents, successors, and assigns, and all persons in active concert or participation with the Defendants, from engaging in any practice which discriminates against its citizens and their right to equal protection of the laws and/or of equal privileges and immunities under the laws on account of their race, on such terms as the court may direct.

871. The Defendants have created an atmosphere of lawlessness, and have developed and maintained a pattern and practice of lawlessness and willful and deliberate indifference to the constitutional rights of Plaintiffs.

872. As a direct and proximate result of the Defendants' actions, Plaintiffs and their interests were harmed and they were deprived of due process, equal protection of the laws and/or of equal privileges and immunities under the laws.

873. As a direct and proximate result of the Florida State Actor Defendants' actions as alleged in this Complaint, Plaintiffs have suffered loss of life by genocide, bodily harm, loss of reputation, and other non-economic harm including emotional and mental distress, degradation, embarrassment, and humiliation for which Plaintiffs seeks compensation in an amount to be determined at trial by a jury.

874. This corruption/ racketeering enterprise – a state and federal acknowledged, sanctioned and perpetrated program of human trafficking of vulnerable citizens constitutes a Crime Against Humanity for which the severest of all remedies apply under Federal and International law.

875. Only a Terror Force Squad as defined herein can root out the perpetrators of this demonic cancer in America perpetrated by the Florida Sponsored Guardian Racket.

876. These Crimes Against Humanity mandate notice is given to the International Criminal Court and their participation.

877. As a direct and proximate result of the intentional and willful actions of Defendants, Plaintiffs have been damaged in excess of $500,000,000

878. Wherefore Plaintiffs, each and individually demands judgment be entered against each and every Defendant, jointly and severally, in their individual and official capacities, including an award of compensatory and actual damages, punitive damages, and equitable relief, reasonable attorneys' fees, interest and costs, and award in the sum of $500,000,000.00.

879. Wherefore, Plaintiffs seeks a separate, special award of damages individually, jointly and severally against Defendants in the sum of $1,000,000,000 together with attorneys fees, costs and expenses to be used as a victim's fund, given their extraordinary deception of the public trust by providing taxpayer funds to the Guardian Human Trafficking/Corruption Racket.

880. Plaintiffs, each and individually demands that judgment be entered against Defendants each and every one of them, jointly and severally, an award of treble damages as consistent with 18 U.S.C. § 1964(c).

881. Plaintiffs demands declaratory and injunctive and other equitable relief against Defendants to cease their illegal acts.

### D.  COUNT FOUR: CONSPIRACY TO INTERFERE WITH RIGHTS UNDER 18 U.S.C. § 1985; AND
### FAILURE TO PROTECT PLAINTIFFS AND THEIR FAMILY MEMBERS UNDER 42 U.S.C. § 1986; AND
### DEPRIVATION OF RIGHTS UNDER COLOR OF LAW UNDER 42 U.S.C. § 1983 AND 18 U.S.C. § 242
### FILED BY ALL PLAINTIFFS AGAINST DEFENDANT DONALD TRUMP AND DEFENDANT RICHARD BLUMENTHAL

882. The provisions of Paragraphs 1-882 are incorporated herein.

883. The Supreme Court has held that federal officials may be sued in their individual capacities for violations of a person's constitutional rights. Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388, 397 (1971). Bivens actions are brought directly under the Constitution, without a statute providing a cause of action. Hardison v. Cohen, 375 F.3d 1262, 1264 (11th Cir. 2004).

884. U.S. Const. amend. XIV, § 1 provide no state shall "deprive any person of life, liberty, or property, without due process of law." A violation of procedural due process occurs where the state fails to provide due process in the deprivation of a protected liberty interest. McKinney v. Pate, 20 F.3d 1550, 1557 (11th Cir. 1994) (en banc). On the other hand, a violation of substantive due process occurs where an individual's fundamental rights, those "implicit in the concept of ordered liberty," are infringed—no matter the fairness of the procedure. Id. at 1556.

885. **The U.S. Supreme Court**, in *Scheuer v. Rhodes*, 416 U.S. 232, 94 S.Ct. 1683, 1687 (1974) stated that "when a state officer acts under a state law in a manner violative of the Federal Constitution, he "comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct. The State has no power to impart to him any immunity from responsibility to the supreme authority of the United States." [Emphasis supplied in original]." When any court violates the clean and unambiguous language of the Constitution, a fraud is perpetrated and no one is bound to obey it." *State v. Sutton*, Minn. 147 65 NW 262 30 LRA 630 AM ST 459.

886. Incredibly, the Federal government itself commissioned "studies" to "track" and "collect data" about the abuses committed against vulnerable adults in guardianship.

887. These "studies" have been done routinely for years by the U.S. Government Accountability Office ("GAO") on guardianship.  The latest "study" was done in November, 2016. [159]

888. <u>The GAO study found vulnerable American adults in court ordered guardianships all over the country were subjected to horrific atrocities - physical and sexual abuse, bug infested living conditions and languishing in filth.</u>

889. <u>The GAO found the assets of vulnerable American adults in guardianship were stolen.</u>

890. The GAO reports nonchalantly state that courts failed to adequately screen potential guardians, appointing individuals with  criminal convictions or significant financial problems to manage high- dollar estates; courts failed to oversee  guardians once they were appointed, allowing the abuse of vulnerable  seniors and their assets to continue and courts and federal agencies did not communicate effectively or at all  with each other about abusive guardians, allowing the guardian to  continue the abuse of the victim and/or others.

891. **Even after identifying and exposing hundreds of cases of physical abuse, neglect and financial exploitation by guardians in 45 states and the District of Columbia, instead of criminally investigating the predator judges, attorneys and guardians perpetrating these crimes the Florida Public State Actor Defendants did nothing, thereby acting as accomplice and accessory.**

892. Therefore, all the while Plaintiffs were filing complaints with Florida Public State Actor Defendants desperately seeking remedy, unbeknownst to them, all efforts to obtain remedy were futile as the Guardian Human Trafficking/Corruption Racket is state and federal sanctioned and sponsored.

893. Moreover, in criminal conflict of interest; acts of rebellion and insurrection against the Constitution; and obstruction of justice, the Federal Government throws money at the states, including Florida to use public funds to provide counsel to represent and defend corrupt color of law judges when lawsuits are brought against them by Plaintiffs.

894. The Attorney Generals and their state actor officers routinely ignore their mandate under the Florida and U.S. Constitution to protect the public from danger and ignore their oath of office to uphold the Constitution.

895. They routinely willfully and wantonly pretend they are not responsible to protect Plaintiffs and divert Plaintiffs and mislead them by directing them to other agencies when such other agencies do not have jurisdiction or prosecutorial power and when it is the office of the

---

[159] https://www.gao.gov/products/GAO-17-33

"GAO was asked to review whether abusive practices by guardians are widespread. This report describes (1) what is known about the extent of elder abuse by guardians; and (2) what measures federal agencies and selected state and local guardianship programs have taken to help protect older adults with guardians. GAO reviewed relevant research, reports, studies, and other publications issued by organizations with expertise on elder abuse and guardianship issues. GAO also conducted interviews with various guardianship stakeholders including federal agencies such as HHS, six selected state courts, and nongovernmental organizations with expertise in guardianship-related issues. In addition, GAO identified eight closed cases of abuse by guardians in which there was a criminal conviction or finding of civil or administrative liability to use as nongeneralizable illustrative examples. GAO makes no recommendations in this report."

Attorney General who is responsible to enforce the law pursuant to the Florida Constitution as the Attorney General is or should be well aware.

896. Ron DeSantis, prior Florida Governor Rick Scott, Attorney General Ashley Moody and prior Attorney General Pam Bondi who have been instrumental in the proliferation of the Guardian Human Trafficking/Corruption Racket are responsible under the Constitution of the State of Florida to insure the laws are enforced and instead insure that the laws are not enforced. Defendant Donald Trump is responsible to take care that the laws are enforced.

897. The Guardian Human Trafficking/Corruption Racket deprives Plaintiffs of meaningful access to the Court by engaging in fraudulent and rigged practices with preordained access to the court to impose unlawful, fraudulent and illegal deprivations restrictions and penalties on Plaintiffs through illegal "protective" and "stay away orders" by use of perjured and illegal petitions.

898. Threats have been made by the racketeers not only against Plaintiffs but their counsel.

899. The Guardian Human Trafficking/Corruption Racket has caused Plaintiffs to expend astronomical fees on futile litigation by attorneys hired by Plaintiffs who are secretly working with the Guardian Human Trafficking/Corruption Racket to incite devious schemes to perpetuate rigged, orchestrated litigation and extort Plaintiffs and their family member's assets to pay for schemes and scams and diabolical plots masterminded by the Guardian Human Trafficking/Corruption Racket.

900. These are acts of treason against the Constitution and crimes of rebellion or insurrection. [160]

901. Plaintiffs' very existence and the lives of their family have been wiped out as out-of-control litigation consumes their existence.

902. Plaintiffs are embroiled in an overwhelming, bottomless pit of corrupt farcical litigation where pending cases spawn a ceaseless array of other cases forcing them to be at the mercy of threatening, illegal court deadlines, hearings, pleadings in relentless, staged, futile litigation.

903. While the attorneys are billing machines who illegal gain from orchestrated litigation, Plaintiffs are drowning in a shameful cesspool of judicial corruption that deprives them of their livelihood, their family life and any possible quality of life.

904. All attempts to obtain redress are futile, as the Guardian Human Trafficking/Corruption Racket is deliberate and protected by every court, agency and law enforcement official throughout the state of Florida.

905. The Defendants have knowledge of and conspire with the Guardian Human Trafficking/Corruption Racket, have the power to prevent such conspiracy, and neglected or refused to prevent such conspiracy.

---

[160]   **18 U.S.C. §2383. Rebellion or insurrection**
Whoever incites, sets on foot, assists, or engages in any rebellion or insurrection against the authority of the United States or the laws thereof, or gives aid or comfort thereto, shall be fined under this title or imprisoned not more than ten years, or both; and shall be incapable of holding any office under the United States.

906. The Defendants have a policy, practice, or custom of neglecting to prevent 42 U.S.C.A. § 1985 [161] violations by its agents or employees.

907. The Defendants have enforcement authority over the Guardian Human Trafficking/Corruption Racket.

908. The Defendants through the enforcement of an official policy, practice, custom or decision of a final policy maker, conspire in and failed to prevent a conspiracy to deprive Plaintiffs of their Constitutional Rights.

909. 42 U.S.C. § 1983 provides that: Every person, who under color of any statute, ordinance, regulation, custom or usage of any state or territory or the District of Columbia subjects or causes to be subjected any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges or immunities secured by the constitution and law shall be liable to the party injured in an action at law, suit in equity, or other appropriate proceeding for redress . . .

910. Plaintiffs have every right to rely on the Defendants to protect them from unlawful violations of the Constitution but instead were denied protections and their inalienable rights were violated under the Constitution by the Defendants including:

**AMENDMENT I:** Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances.   The Supreme Court held in _NAACP v. Alabama_ (1958) that freedom of association is an essential part of freedom of speech because, in many cases, people can engage in effective speech only when they join with others.

**AMENDMENT V**

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

**AMENDMENT 14:**   Section 1. All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws

---

[161] **42 U.S. Code § 1985.Conspiracy to interfere with civil rights**
 (2)**OBSTRUCTING JUSTICE; INTIMIDATING PARTY, WITNESS, OR JUROR**

**PRIVACY PROTECTION:** The Constitution provides a second type of privacy protection. This protection is not explicit, since no clause in the Constitution refers expressly to privacy. But the courts have repeatedly recognized that the Constitution does expressly protect certain *aspects of privacy* under the Bill of Rights. These include a right to privacy of belief as guaranteed under the First Amendment and a right to privacy within our homes as guaranteed under the Third Amendment. But perhaps the most concrete of the privacy rights suggested by the Bill of Rights are those covered by the Fourth Amendment—the right to be secure in our persons and property against unreasonable searches and seizures.

The Fourth Amendment, specifies that "no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized." The amendment's first clause spoke to a more general "right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures." This more general right was tied to an ancient British legal principle guaranteeing personal security in our homes. The belief that "every man's home is his castle" was firmly entrenched in British law.

**In *Katz v. United States*,** the Court concluded that the Fourth Amendment protects people, not just places; the amendment's intent was not just to protect our homes and property from government's unreasonable encroachment, but also people and the privacy that they have come to expect in certain places and situations. More precisely, the Court held that when and where there is a reasonable expectation of privacy, that privacy must be respected. It cannot be violated unreasonably; authorities may encroach upon it only with a warrant or by meeting one of the exceptions that authorize a warrantless search.

911. Plaintiffs are denied protections and their inalienable rights were violated under the Constitution by the Defendants.

912. Consistent with the unequivocal words of the statute, the Supreme Court has ruled that a Plaintiff must prove only two elements to establish a prima facie case under § 1983: 1) defendant acted under color of state law, and 2) defendant's conduct caused Plaintiff to be deprived of a right protected by the Constitution. The legislative history of § 1983 confirms Congress intended the statute to generously afford relief to persons injured by officials.

913. The Defendants have created an atmosphere of lawlessness, and have developed and maintained a pattern and practice of lawlessness and willful and deliberate indifference to the constitutional rights of Plaintiffs.

914. As a direct and proximate result of the Defendants' actions, Plaintiffs' interests were harmed and they were deprived of due process, equal protection of the laws and/or of equal privileges and immunities.

915. As a direct and proximate result of the Defendants' actions as alleged in this Complaint, Plaintiffs have suffered loss of life by genocide, bodily harm, loss of reputation, and other non-economic harm including emotional and mental distress, degradation, embarrassment,

and humiliation for which Plaintiffs seeks compensation in an amount to be determined at trial by a jury.

916. As a direct and proximate result of the Defendants' violation of Plaintiffs' constitutionally guaranteed rights and their actions/inactions alleged in this Complaint, Plaintiffs have suffered severe economic loss in the form of loss of job and livelihood, investment and loss of future business, in an amount to be proven at trial.

917. Plaintiffs seek compensatory damages against the Defendants in an amount to be determined at trial by a jury.

918. Plaintiffs are entitled to reasonable attorneys' fees and costs incurred, including expert witness fees, pursuant to 42 U.S.C. § 1988.

919. By reason of the wrongful conduct of the Defendants, each and every one of them, jointly and severally, Plaintiffs have suffered harm having their guaranteed Constitutional rights violated, their business and property rights  violated, and their rights and property under due process and their freedom of speech and association guaranteed to Plaintiffs under the Constitution have been severely comprised.

920. The Defendants conspire in the operation of a façade of a court to run a Guardian Human Trafficking//Corruption Racket in violation of  Plaintiffs' equal rights under 42 U.S. Code § 1961 [162].

921. The Defendants are maliciously retaliating against Plaintiffs and intimidating Plaintiffs for exposing and opposing their corrupt color of law activities.

922. The Defendants are violating 42 U.S.C. § 12203 [163]

923. As a direct and proximate result of the Defendants violation of 18 U.S.C. § 1962(a), Plaintiffs suffered the loss of valuable property, financial services and support, and suffered other business and pecuniary damages.

924. As a direct and proximate result of the Defendants violation of 18 U.S.C. § 1962(a), Plaintiffs have suffered severe emotional distress.

---

[162] **42 U.S. Code § 1961 (a)STATEMENT OF EQUAL RIGHTS**
All persons within the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts, to sue, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by white citizens, and shall be subject to like punishment, pains, penalties, taxes, licenses, and exactions of every kind, and to no other.

[163] **42 U.S. Code § 12203.Prohibition against retaliation and coercion**
 (a)RETALIATION
No person shall discriminate against any individual because such individual has opposed any act or practice made unlawful by this chapter or because such individual made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under this chapter.
(b)INTERFERENCE, COERCION, OR INTIMIDATION
It shall be unlawful to coerce, intimidate, threaten, or interfere with any individual in the exercise or enjoyment of, or on account of his or her having exercised or enjoyed, or on account of his or her having aided or encouraged any other individual in the exercise or enjoyment of, any right granted or protected by this chapter.

925. Wherefore, Plaintiffs seek an award of damages in individually, jointly and severally against the Defendants in the sum of $500,000,000 together with all attorneys' fees, costs and expenses.

926. Plaintiffs seek an order enjoining the U. S. Attorney from providing representation to any Defendant set forth herein.

927. Plaintiffs seek an order mandating the criminal investigation of all Defendants and the issuance of injunctions and damages as set forth herein.

928. There is no immunity. See Article XV.

929. The Supreme Court has declared, "Certainly the right to petition extends to all departments of the Government. The right of access to the courts is but one aspect of the right of petition." California Transport v Trucking Unlimited, 404 US 508, 510 (1972). The California Supreme Court, based on an analysis of U.S. Supreme Court holdings, found:

"The authorities make it clear the right of petition protects attempts to obtain redress through the institution of judicial proceedings as well as through importuning executive officials and the Legislature. It is equally apparent that the right encompasses the act of filing a lawsuit solely to obtain monetary compensation for individualized wrongs, as well as filing suit to draw attention to issues of broader public interest or political significance.

### E.  COUNT FIVE: DISCRIMINATION AND RETALIATION IN VIOLATION OF AMERICANS WITH DISABILITIES ACT AGAINST ALL DEFENDANTS

817. The allegations set forth in Paragraphs 1-816 are incorporated herein.

818. The Department of Justice (DOJ) was delegated the authority by Congress to promulgate regulations implementing the Americans with Disabilities Act of 1990 as amended ("ADA") under 42 U.S.C.A. § 12134(a). The DOJ's regulations provide that "all programs, services, and regulatory activities relating to law enforcement, public safety, and the administration of justice, including courts and correctional institutions, are governed by the ADA". 28 C.F.R. § 35.190(b)(6).

819. Title II of the ADA prohibits the exclusion of persons with disabilities from participating in, or denying the benefits of, the goods services, programs and activities of the entity or otherwise discriminating against persons on the basis of disability. 42 U.S.C.A. § 12132.

820. The Plaintiffs' loved ones (and Plaintiff Stone) are disabled persons as defined by 42 U.S.C.A. § 12131(1).

821. At all times relevant hereto and because of their disability, the Defendants have whether individually, collectively, jointly and whether in concert among all or select few, in violation of Title II of 42 U.S.C. § 12101 et seq. the ADA and in violation of the First, Fifth and Fourteenth Amendments of the U.S. Constitutional, denied and deprived Plaintiffs:

a. All meaningful and equal access to the courts and to the services, programs and

activities of the Florida State Court including without limitation equal access to a meaning review and appeal process;

    b.   Any reasonable accommodation to Plaintiffs and/or their loved ones, notwithstanding that the requested accommodations have been provided to others under the same circumstances, thereby evidencing discrimination and retaliation against Plaintiffs.

822. At all times relevant hereto and because of their disability, the Defendants have whether individually, collectively, jointly and whether in concert among all or select few, in violation of Title II of 42 U.S.C. § 12101 et seq. the ADA and in violation of the First, Fifth and Fourteenth Amendments of the U.S. Constitutional, Denied and deprived Plaintiffs and/or their loved ones adequate healthcare and access to the public accommodations of healthcare services sufficient to address Plaintiffs and/or their loved ones special needs relating to their disability which included among other things, adequate assessment and therapeutic treatment sufficiently goal oriented toward restoration and rehabilitation.

823. At all times relevant hereto and because of their disability, the Defendants have whether individually, collectively, jointly and whether in concert among all or select few, in violation of Title II of 42 U.S.C. § 12101 et seq. the ADA and in violation of the First, Fifth and Fourteenth Amendments of the U.S. Constitutional intentionally and with deliberate indifference, excluded Plaintiffs and/or their loved ones completely appearing at and or participating in any and all proceeding involving the administration of the guardianship matter and likewise exclude Plaintiffs and/or their loved ones from participation in any and all decision-making which effect the course of their life and the ultimate disposition and control of their assets

824. At all times relevant hereto and because of their disability, the Defendants have whether individually, collectively, jointly and whether in concert among all or select few, in violation of Title II of 42 U.S.C. § 12101 et seq. the ADA and in violation of the First, Fifth and Fourteenth Amendments of the U.S. Constitution have in bad faith, assumed roles adversarial to Plaintiffs' rights, privileges and immunities and depriving Plaintiffs and/or their loved ones of in violation of 42 USC Sections 1981, 1983 and 1985, the free exercise of the First Amendment right to petition for redress and to associate freely with those of their choosing, the Fourth Amendment right to privacy and to  be secure in their person and free from unreasonable search and seizures, the fifth and fourteenth Amendment rights to due process of law and equal protection under the law and the rights of familiar unity and the Ninth Amendment right to privacy and persona autonomy in Plaintiffs' rights to choose freely in pursuit of their own happiness, dignity and self- determination.

825. At all times relevant hereto and since the very inception of this cause, Plaintiffs and/or their loved ones have been the victims of invidious discrimination by the willful and deliberate indifference of the Defendants and the State of Florida Probate Courts (the "Florida Probate Courts"), and its appointed agent guardians, in violation of the ADA.  In particular and as a

"public entity" within the scope and meaning of 42 U.S.C. §12131(1), the Defendants and the Florida Probate Courts and their agent appointed guardians have:

    a. in violation of 28 C.F.R. § 35.134(b) and because Plaintiffs have asserted themselves to aid and encourage their loved ones in the full attainment and enjoyment of their rights as a qualified individual with a disability, the public entities, the Defendants and the Florida Probate Courts and its appointed agent guardians have deliberately retaliated against Plaintiffs and/or their loved ones by resorting to coercion, threats, intimidation and interference with Plaintiffs and/or their loved ones in the exercise and enjoyment of those rights granted and protected by the ADA and 28 C.F.R. Part 35;

    b. because of Plaintiffs' disability and in violation of 42 U.S.C. § 12132 and 42 U.S.C. § 12203; *see also* 28 C.F.R. Part 35 Subpart B – General Requirements, 28 C.F.R. § 35.134(a), the public entities, the Defendants and the Florida Probate Courts and its appointed agent guardians have maliciously and deliberately discriminated against Plaintiffs.

    c. because some of the Plaintiffs have made charges against the state agency Florida Probate Courts by stating the state agency has engaged in gross criminal conduct and discrimination against said Plaintiffs and/or their loved ones which are unlawful under the ADA and requested a grand jury investigation by state agency State Attorney's office of such unlawful conduct by the state agency State Probate Court and its appointed agent guardians which the public entities, the Defendantsand the State Probate Courts and its appointed agent guardians denied relief thereby grossly engaging in willful and malicious discrimination and in malicious retaliation wrongfully arrested said Plaintiffs.

    d. because of Plaintiffs' and/or their loved ones disability and in violation of 42 U.S.C. § 12132; *see also* 28 C.F.R. Part 35 Subpart B – General Requirements, 28 C.F.R. § 35.130(a), excluded Plaintiffs from any and all opportunity to participate in the services, programs activities of both, i**).** the Florida Probate Courts; and, ii**).** those of the services programs and activities of the guardianship proceeding under administration in the Florida Probate Courts;

    e. because of Plaintiffs' and/or their loved ones disability and in violation of 42 U.S.C. § 12132; *see also* 28 C.F.R. Part 35 Subpart B – General Requirements, 28 C.F.R. § 35.130(b)(1)(i),(ii),(iii), (v),(vi),(vii); 28 C.F.R. § 35. 130(b)(3)(i),(ii),(iii); 28 C.F.R. § 35.130(b)(5), discriminated against Plaintiffs and/or their loved ones by denying them the opportunity to participate in and benefit equally and effectively from, the aid, benefit and services of both **i).** the Florida Probate Court; and **ii).** those of the services programs and activities of the guardianship proceeding under administration in the Florida Probate Court.

930.Because of Plaintiff's and/or their loved ones disability and in violation of 42 U.S.C. § 12132 and 42 U.S.C. § 12203; *see also* 28 C.F.R. Part 35 Subpart B – General Requirements, 28

C.F.R. § 35.134(b), and because Plaintiffs have opposed the acts or practices of the public entities the Defendants and Florida Probate Courts and its appointed agent guardians which are unlawful by the ADA, the public entities, the Defendants and the Florida Probate Courts and its appointed agent guardians have viciously and vindictively coerced, intimidated, threatened, illegally arrested and interfered with Plaintiffs and/or their loved ones in the exercise or enjoyment of and on account of their loved ones and having aided or encouraged their loved ones in the exercise or enjoyment of any right granted or protected by the ADA or this part.  Such rights and protections include but are not limited to:

a. the prohibited action of the guardians under 28 C.F.R. § 35.130 (8) (e) (2) to decline food, water, medical treatment or medical services for Plaintiffs and/or their loved ones

b. excluding Plaintiffs and/or their loved ones from participation in and denied the benefits of the services, programs or activities of access to the Court, a public entity or be subjected to discriminating by the Court, a public entity

c. the failure of the Florida Probate Courts, a public entity to administer services, programs  and activities in the most integrated setting appropriate to the needs of qualified individuals with disabilities

d. excluding or otherwise denying equal services, programs or activities to Plaintiffs and their loved ones because of the known disability of loved ones with whom Plaintiffs and their loved ones are known to have a relationship in violation of 28 C.F.R. § 35.130 (8) (g).

e. depriving Plaintiffs and/or their loved ones of visitation with family members in violation of  28 C.F.R. § 35.152 (2) (iv)

f. failure of the public entity the Florida Probate Courts to take appropriate steps to ensure that communications with applicants, participants, members of the public and companions with disabilities are as effect as communications with others as provided in 28 C.F.R. § 35.160 (a) (1) Pursuant to 28 C.F.R. § 35.160 (a) (2) "companion" means a family member, friend, or associate of an individual seeking access to a service, program, or activity of a public entity who along with such individuals is an appropriate person with whom the public entity should communicate.

931. In addition, the public entity, the Florida Probate Division has aided and perpetuated the discrimination against Plaintiffs and/or their loved ones by providing substantial assistance to an agency, organization and persons that discriminate on the basis of disability in providing aid, benefit and service to Plaintiffs and/or their loved ones as a beneficiary of the State Probate Courts' guardianship services programs and activities; and/or has otherwise limited Plaintiffs and/or their loved ones in the enjoyment of those rights, privileges, advantages and/or opportunities enjoyed by others receiving the aid, benefit and services of both

a. the Florida Probate Courts; and,

b. those of the services programs and activities of "guardianship"  including, without limitations, the opportunity to participate in the planning and advisement of Plaintiffs

and their loved ones own preferences, autonomy and self-determination while under guardianship;

932. In spite of Plaintiffs and/or their loved ones disability and in violation of 42 U.S.C. § 12132; *see also* 28 C.F.R. Part 35 Subpart B – General Requirements, 28 C.F.R. § 35.130(b)(7), the public entity Florida Probate Court has willfully, deliberately and indifferently failed and refused to make reasonable modifications in the policies, practices and procedures when the modifications are necessary to avoid discrimination of Plaintiffs and/or their loved oness.

933. Because of Plaintiffs and/or their loved ones disability and in violation of 28 C.F.R. §35.130(d)  public entity, the Florida Probate Courts and its agent appointed guardians have failed and refused to provide and administer their services to Plaintiffs and /or their loved ones in the most integrated setting appropriate to their needs.

934. Contrary to the mandates of 28 C.F.R. § 35.130(d), because of Plaintiffs and/or their loved oness disability and in violation of 42 U.S.C. § 12132, *see also* 28 C.F.R. Part 35 Subpart B – General Requirements, 28 C.F.R. § 35.149, the public entity, the Florida Probate Courts and its appointed agent guardians have, by providing their services programs and activities in the most oppressive and restrictive environment, rendered inaccessible and unusable to Plaintiffs and/or their loved ones the facilities of the public entity, the Florida Probate Courts and have excluded Plaintiffs and/or their loved ones from participation in and denied Plaintiffs and/or their loved ones the benefit of the services programs and activities of the same public entity.

935. Because of Plaintiffs and/or their loved ones disability and in violation of 42 U.S.C. § 12132; *see also* 28 C.F.R. Part 35 Subpart B – General Requirements, 28 C.F.R. § 35.130(e)(1), the public entity, the Florida Probate Courts have compelled upon Plaintiffs and/or their loved oness an accommodation that she would otherwise choose not to accept, and have, in violation of 28 C.F.R. 35.130(f), surcharged Plaintiffs and/or their loved ones for those accommodations programs, auxiliary aids and services forced on them;

936. Because of Plaintiffs and/or their loved ones' disability and in violation of 42 U.S.C. § 12132; *see  also* 28 C.F.R. Part 35 Subpart F – Communications, 28 C.F.R. § 35.160(a)(1)(2), the public entity, the Florida Probates Courts and its appointed agent guardians have failed and refused, deliberately and  indifferently, to take appropriate steps to ensure effective communications with Plaintiffs and/or their loved ones equal to communications with others;

937. Because of Plaintiffs and/or their loved ones' disability and in violation of 42 U.S.C. § 12132; *see  also* 28 C.F.R. Part 35 Subpart F – Communications, 28 C.F.R. § 35.160(b)(1), the public entity, the Florida Probate Courts and its appointed agent guardians have failed and refused, deliberately and indifferently, to furnish auxiliary aids and services necessary to afford Plaintiffs and/or their loved ones an equal opportunity to participate in and benefits of the services programs and activities of the public entity, the Florida Probate Courts and those services programs and activities of the guardian proceeding under administration in the public entity, the Florida Probate Courts;

938. Contrary to those mandates of 28 C.F.R § 35.160(a),(b), the public entity, the Florida Probate Courts have, in violation of 28 C.F.R. 35.160(c)(1),(2),(3), required and relied upon the un-facilitated and un-interpreted communications of Plaintiffs and/or their loved ones;

939. Because of Plaintiffs and/or their loved ones' disability and in violation of 42 U.S.C. § 12132; *see also* 28 C.F.R. Part 35 Subpart B – General Requirements, 28 C.F.R 35.130(g), the public entity, the Florida Probate Courts and its appointed agent guardians have discriminated against Plaintiffs and/or their loved ones because of their association and companionship and have denied to Plaintiffs and/or their loved ones the emotional support and informed perspective of participation in the services programs and activities of both the public entity, the Florida Probate Court and the services programs and activities of the guardianship under administration before the public entity, the Florida Probate Courts;

940. As Plaintiffs and/or their loved ones have testified against and made charges against the Florida State Actor Defendants, they knowingly and maliciously engaged in an ongoing and habitual pattern of unlawful discrimination and retaliation against Plaintiffs and/or their loved ones.

941. The public entities, the Florida State Actors and the Florida Probate Court and its appointed agent guardians unlawfully engaged in gross and deliberate discrimination against Plaintiffs and/or their loved ones and vicious retaliation against Plaintiffs and/or their loved ones in violation of the ADA.

942. As the direct and proximate result of the foregoing acts of discrimination, retaliation and violations of the ADA, Plaintiffs and/or their loved ones have been denied and deprived of due process of law and equal protection under the law by the public entity, the State Probate Court and Plaintiffs and/or their loved ones cannot receive a fair, unbiased and prejudice-free process in the venue of the public entity, the Florida Probate Courts.

943. Wherefore, Plaintiffs demands that judgment be entered against All Defendants each and every one of them, jointly and severally, compensatory and punitive damages in the sum of $250,000,000 and attorneys fees and costs.

### F.   COUNT SIX
### VIOLATION OF HOBBS ACT
### AGAINST ALL DEFENDANTS

944. The provisions of Paragraphs 1 –944 are incorporated herein.

945. The acts of the Defendants fit squarely within criminal activity under the Hobbs Act, 18 U.S.C. § 1951 which prohibits actual or attempted robbery or extortion affecting interstate or foreign commerce.

946. Extortion under color of official right or extortion by a public official through misuse of his/her office is specifically is referenced as a specific offense pursuant to the Hobbs Act. [164]

947. Most courts have held that a Hobbs Act violation does not require that the public official be the recipient of the benefit of the extortion, and that a Hobbs Act case exists where the corpus of the corrupt payment went to a third party.

## XV.   THERE IS NO IMMUNITY

948. The provisions of Paragraphs 1 –947 are incorporated herein.

949. **Immunity is illegal.** It is a farce, an utter and preposterous fraud and scam on the public.

950. No one, including American public servants wearing black robes or other public servants, including the Florida Public State Actor Defendants who are paid by the public are immune from violation of the Constitution, misconduct or criminal acts.

951. **IN FACT, THEY ARE HELD TO A HIGHER STANDARD BY VIRTUE OF THEIR POSITION AND A HIGHER STANDARD TO KNOW AND FOLLOW THE LAW.**

952. Therefore, any violation or breach of the Constitution OR ANY LAW should make them civilly liable for compensation and punitive damages but criminally liable – not only for violating the law but for criminal acts including engaging in honest services fraud [165]and fraud and false statements. [166]

953. The self-created barrier to accountability of "immunity" does not to this action seeking remedy for deprivation of rights under 42 USC 1983, Bivens, RICO, ADA violations and other remedy. Moreover, "immunity" does not apply as it overrides the legislative function and violates the Constitution. This repressive, medieval protection device[167] would be unheard of in any other industry except the legal industry which has self-created this outrageous standard intended to fool the public into believing its legitimacy.

954. This barbaric, devious "shield" is preposterous under any reasonable test but taken to a sublime extent in numerous repugnant cases as is vividly broadcasted in the preposterous case of *Stump v. Sparkman* 435 U.S. 349 (1978) wherein in a delusive fantasy, the court held that the doctrine forbade a suit against an Indiana judge who had authorized the sterilization of a slightly retarded 15-year-old girl under the guise of an appendectomy. The judge

---

[164] Proof of "racketeering" as an element of Hobbs Act offenses is not required. *United States v. Culbert*, 435 U.S. 371, 98 S.Ct. 1112 (1978). However, a violation of the Hobbs Act may be part of a "pattern of racketeering activity" for purposes of prosecution under the RICO statute (18 U.S.C. § 1961, *et seq.*).

[165] **18 U.S. Code § 1346.Definition of "scheme or artifice to defraud"**

[166] **18 U.S. Code § 1001.Fraud and false statement**

[167] **The Case Made For J.A.I.L. - jail4judges.org**
jail4judges.org/J.A.I.L._News_Journals/2003/2003-12-08.html
As John says, judicial immunity has created a kingship of the judiciary and designed "judicialsupremacy" over the Constitution: "[W]e are harnessed with a judiciary that insists on immunity from the people based in the bygone philosophy of 'The Divine Right of Kings.' Per Justice Jay, the 'reason' America adopted that medieval judicial philosophy is his lack of the courage of constitutional conviction.

approved the operation without a hearing when the mother alleged that the girl was promiscuous. After her marriage two years later, the girl discovered she was sterile.

955. Public officials and judges have no immunity, as officials and judges are deemed to know the law and sworn to uphold the law; and cannot claim to act in good faith in willful deprivation of law, they certainly cannot plead ignorance of the law, even the Citizen cannot plead ignorance of the law, the courts have ruled there is no such thing as ignorance of the law, it is ludicrous for learned officials and judges to plead ignorance of the law therefore there is no immunity, judicial or otherwise, in matters of rights secured by the Constitution for the United States of America. (See: Owen vs. City of Independence, 100 S Ct. 1398; Maine vs. Thiboutot, 100 S. Ct. 2502; and Hafer vs. Melo, 502 U.S. 21; Title 42 U.S.C. Sec. 1983).

956. The Supreme Court has held that federal officials may be sued in their individual capacities for violations of a person's constitutional rights. Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388, 397 (1971). Bivens actions are brought directly under the Constitution, without a statute providing a cause of action. Hardison v. Cohen, 375 F.3d 1262, 1264 (11th Cir. 2004).

957. It is well-established rule of law that ignorance of the law is no excuse.  This doctrine was repeated by Justice Sotomayor in the Supreme Court case *JERMAN v. CARLISLE, MCNELLIE, RINI, KRAMER & ULRICH LPA ET AL.* 559 US 573 (2010) who stated "We have long recognized the common maxim, familiar to all minds, that ignorance of the law will not excuse any person, either civilly or criminally."

958. **Even using the standards of the self-serving and self- interest judicial system, judicial immunity flies in the face of "commonsense" the fundamental principle of the America legal system as shown herein**.

959. Judicial Immunity on its face contradicts the Constitution.  The Constitution either sets the limits of "Jurisdiction" or it does not. If it does, then a judge has no jurisdiction to do what it forbids, nor to do what it commands or allows in ways it forbids; nor can he change that legal reality by redefining words. "Subject matter jurisdiction" means the jurisdiction to do what the supreme law of the land commands, and no other.

960. Judicial immunity fails under the right to petition for redress of grievances under the First Amendment of the Constitution.

   a. In U.S. v Hylton the  Fifth Circuit  held that filing a  complaint  against  federal officers with state agencies is a petition for redress protected by the Petition Clause, at 710 F2d 1111:

   > "As the U.S. Supreme Court has held, the right to petition for redress of grievances is 'among the most precious of the liberties safeguarded in the bill of rights'. (Cites) Inseparable from the guaranteed rights entrenched in  the  First Amendment, the right to petition for redress of grievances occupies a "preferred place" in our system of  representative government  and enjoys  a 'sanctity  and  a  sanction not permitting dubious intrusions.' Thomas v Collins, 323 US 516;  65 S.Ct  315, 322.  Indeed, 'It was not by accident or coincidence that the rights to freedom

in speech and press were coupled in a single guarantee with the rights of the people peaceably to assemble and to petition for redress of grievances.' Id. at 323."

b. The Supreme Court has declared in *California Transport v Trucking Unlimited*, 404 US 508, 510 (1972):

"Certainly the right to petition extends to all departments of the Government. The right of access to the courts is but one aspect of the right of petition." The right of access to the courts is  but one aspect of the right of petition."  California Transport v Trucking Unlimited, 404 US 508, 510 (1972).

c. The California  Supreme Court, based on an analysis of Supreme Court holdings, found:

"The authorities make it clear that the right of petition protects attempts to obtain redress  through  the  institution of  judicial proceedings as  well  as through importuning executive  officials and the Legislature.  It is  equally apparent that the  right encompasses  the act of filing a lawsuit solely to  obtain monetary compensation for individualized wrongs, as well as filing  suit to draw attention to issues of broader public interest or political significance

d. The Supreme Court stated in *Mine Workers v Illinois Bar Assn* 318 US 217, 223,

"The First Amendment does not protect speech and assembly only to the extent it can be characterized as political." (see also Thomas v Collins, supra, 323 US 516, 531) Hence,  the act of filing  suit against a  governmental  entity represents an exercise of the  right of  petition and thus invokes constitutional protection." City of Long Beach v Bozek, 31 Cal.3d 527, at 533-534 (1982).  "The right of petition is of parallel importance to the right of free speech and the other overlapping,  cognate rights contained  in the First Amendment  and in equivalent provisions of  the California  Constitution. Although  it has  seldom  been independently  analyzed,  it does  contain  an  inherent meaning and  scope distinct from the right of free speech. It is essential to protect the ability of those who  perceive  themselves  to be  aggrieved by the  activities of governmental authorities to seek redress through all the channels of government. A tort action against a municipality is but one of the available means of seeking redress." City of Long Beach v Bozek, 31 Cal.3d 527, at 535.

961. U.S. Const. amend. XIV, § 1 provide no state shall "deprive any person of life, liberty, or property, without due process of law.". A violation of procedural due process occurs where the state fails to provide due process in the deprivation of a protected liberty interest. McKinney v. Pate, 20 F.3d 1550, 1557 (11th Cir. 1994) (en banc). On the other hand, a violation of substantive due process occurs where an individual's fundamental rights, those "implicit in the concept of ordered liberty," are infringed—no matter the fairness of the procedure. Id. at 1556.

962. Immunity is an illegal, irrational policy of government coercively taking rights and property, without due process; it is a systemic injustice by government upon the governed.

963. Government officials cannot illegally grant themselves immunity from their own misconduct in violation of the Constitution.  This premise is irrational, unlawful and incomprehensible; a false body of law that begins with a contradiction:

    a.  A constitution that "implies" a right for judges or other government officials to violate it with impunity is not a constitution at all, but a license to violate rights under color of judicial fiat.

    b.  **Unenforceable rights are not rights at all.**

964. Judicial immunity is an immensely effective device for depreciating human dignity. It degrades a litigant the human respect to which they are due under the Constitution.

965. Judicial immunity is not lawful as it deprives litigants of all remedies:

    a.  When a litigant is deprived of Constitutional rights and is subjected to crimes under 18 USC 241/242, judicial immunity bars civil damage remedy.

    b.  It deprives a litigant of injunctive relief to restrain violation of civil rights.

    c.  It cuts off the rights of a litigant to criminal remedies as for example, 42 USC 1987 commands the U.S. Attorney to prosecute for crimes all persons who violate 18 USC 241/242.

966. When a Judge knows that he lacks jurisdiction or acts in the face of clearly valid statutes expressly depriving him of jurisdiction, judicial immunity is lost. *Rankin v. Howard* (1980) 633 F. 2d 844, cert den. *Zeller v. Rankin*, 101 S.Ct. 2020, 451 U.S. 939, 68 L.Ed 2d 326.

967. No judge or government official has "jurisdiction" to violate constitutional rights. A constitution that "implies" a right for judges to violate it with impunity is not a constitution at all, but a license to violate rights under color of judicial fiat.

    a.  "Judicial immunity is no defense to a judge acting in the clear absence of jurisdiction." *Bradley v. Fisher*, US 13 Wall 335 (1871)

    b.  "Judges may be punished criminally for willful deprivation of...rights on the strength of 18 U.S.C. 242." *Imbler v. Pachtman*, US 47 L Ed 2d 128, 96 S Ct 37. "Judges have no immunity from prosecution for their judicial acts." *Bradley v. Fisher*, US 13 Wall 335(1871)

968. Moreover, under Article I, only Congress can make law; under Article IV, only the Constitution and law made pursuant to it, not in derogation of it, are the Supreme Law of the Land; and under Article VI, all judges are sworn to support "This Constitution."

969. There are many federal statutes that encourage private enforcement by allowing prevailing plaintiffs to collect attorney's fees. The object of RICO is thus not merely to compensate victims "but to turn them into prosecutors," acting as "private attorneys generals," dedicated to eliminating racketeering activity, and has the "further purpose [of] encouraging potential private plaintiffs diligently to investigate." (Malley-Duff, 483 U.S., at 151; 3 Id., at 187), and have been awarded judgments declaring entire cities, townships and counties corrupt criminal enterprises. "The provision for treble damages is accordingly justified by the expected benefit of suppressing racketeering activity, an object pursued the sooner the better." (Rotella v. Wood et al., 528 U.S. 549 (2000); Dasher v. Housing Authority of City of Atlanta, Ga., D.C.Ga., 64 F.R.D. 720, 722; See also Equal Access to Justice Act, and Civil Rights Attorney's Fees Award Act of 1976)

970. The Eleventh Amendment does not protect state officials from claims for prospective relief when it is alleged that state officials acted in violation of federal law (Warnock v. Pecos County, Tex., 88 F3d 341 (5th Cir. 1996), "Officers of the court have no immunity, when violating a Constitutional right, from liability. For they are deemed to know the law." (Owen v. Independence, 100 S.C.T. 1398, 445 US 622), and Inadequate training of subordinates may be basis for title 42 subsection 1983 claim. (Mandonado-Denis v. Castillo-Rodriguez, 23 F.3d 576 (1st Cir. 1994). "Public officers are merely the agents of the public, whose powers and authority are defined and limited by law. Any act without the scope of the authority so defined does not bind the principal, and all persons dealing with such agents are charged with knowledge of the extent of their authority. (Continental Casualty Co. v. United States, 113 F.2d 284, 286 (5th Cir. 1940)).

971. When the judiciary creates an institution to deprive injured persons of  redress based upon twists in the meaning of "jurisdiction," and when it creates case law (with roots in "Floyd and Barker, reported by Coke, in 1608, (12 Coke 25)") to deprive injured persons of remedies for violating  Our Constitution, why  is  that not an  institution of  involuntary servitude prohibited by the Thirteenth Amendment?  The Supreme Court in Yick Wo v Hopkins, 118 US 356, 370 (1886) found that:

> "For, the very idea that one man may be compelled to hold his life, or the means of living, or any material right essential to the enjoyment of life, at the mere will of another, seems to be intolerable in any country where freedom prevails,  as being the essence of slavery itself."

Here, the Supreme Court declared that the essence of slavery is the  holding of any material right essential to the enjoyment of life at the mere will of another.  How much worse a betrayal of the human spirit that such rights be lost **at the whim of the judicial branch** of one's own government to whom he turns for protection of those rights!  *[Emph. J4J]*

972. Judicial immunity violates equal protection.

973. **Judicial immunity undermines judicial credibility.**

974. With respect to the impairment of judicial function, the day of judicial immunity is barbaric. The respectability and usefulness of the judiciary depends upon the soundness of judicial principle and reasoning, <u>not immunity from accountability</u>.

975. No judge has "jurisdiction" to violate constitutional rights. In the sense by which immunity attaches, "jurisdiction" means the "personal right of the judge to do as he pleases." As so used, it is an arbitrary and capricious designation that violates Due Process of Law.   A "Jurisdiction" arising under the Constitution that violates due process is a contradiction and can hardly be the basis for a legitimate judicial doctrine.  Judicial immunity, which comes from the same intellectual era as Dred Scott, prevents development of ideas and institutions for government accountability to the People under the Constitution for its wrongs to them. It is an anti-democratic institution in a democratic age.

976. Judicial immunity has created a kingship of the judiciary and designed "judicial supremacy" over the Constitution: *"[W]e are harnessed with a judiciary that insists on immunity from the people based in the bygone philosophy of 'The Divine Right of Kings.' Per Justice Jay, the 'reason' America adopted that medieval judicial philosophy is his lack of the courage of constitutional conviction. A few years later, Justice Marshall designed judicial supremacy over the Constitution so that it now means whatever The Court says that it means. Between them, they found a novel way to avoid the 'messy business' of amending the Constitution. We can call that 'Constitutional Amendment by Judicial Fiat.' It is not legal, and in effect, it undermines the entire reason for having a constitution at all."* [168]

977. Reference should be made to the Cato Journal, Vol.7, No.2 (Fall 1987)[169] which states: "In just 20 years, these precedents and others like them have established near-total judicial immunity as a settled feature of American law. Under the current doctrine, any act performed in a "judicial capacity" is shielded from suit. **Thus, the simple expedient of disguising a corrupt act as a routine judicial function guarantees immunity from suit.**

978. In no other area of American life are public officials granted such license to engage in abuse of power and intentional disregard of the Constitution and laws they are sworn to defend. Those who are harmed, no matter how extensive and irreparable the injury, are deprived of any method of obtaining compensation. They are confined to disciplinary actions that only rarely result in the judge's removal from office despite the troubling frequency of judicial abuses (see Alschuler 1972).

## XVI.   TRIAL BY JURY

979. The provisions of Paragraphs 1 –978 are incorporated herein.

980. Plaintiffs seek and demand a **Trial by Jury** on each claim for damages set out herein.

## XVII.   OBJECTION TO AND NO CONSENT TO MAGISTRATE

981. The provisions of Paragraphs 1 –980 are incorporated herein.

982. Plaintiffs do not recognize the jurisdiction of any magistrate judge and object and do not consent to a magistrate judge nor any involvement by a magistrate whatsoever in this matter.

## XVIII. RESERVATION OF RIGHTS AND DEMAND FOR EQUITY AND  JUSTICE

983. The provisions of Paragraphs 1 –982 are incorporated herein.

984. Plaintiffs reserve the right to liberally amend and supplement this Complaint as is their right by law as sui juris Plaintiffs and as is their right under fundamental principles of the Constitution.

---

[168] 31 UWLA Law Review *[p.269]*
[169] https://object.cato.org/sites/cato.org/files/serials/files/cato-journal/1987/11/cj7n2-13.pdf

985. This is all the more mandated in light of the restrictions imposed by the corona virus.

986. Plaintiffs demand liberal "discovery" uncover the mountain of fraud and cover up inherent in any racket but particularly in a racket perpetrated by predators under the guise of state actors.

987. Plaintiff demand the same powers afforded to law enforcement including the power to execute wiretaps, search warrants and seize court records.

### XIX.    NOTICE OF GRAVE URGENCY, IMMINENT DANGER, IRREPABLE HARM, EXTRAORDINARY CIRCUMSTANCES, EMERGENCY AND LACK OF OTHER REMEDY

988. The provisions of paragraphs 1-987 are incorporated herein.

989. There is grave urgency to this matter as Plaintiffs and their families have lost their property and are threatened and viciously retaliated and are in danger of their safety, and continuing theft of their property and their life.

990. Plaintiff Martino's father is in dire and extreme life threatening danger

991. Moreover Plaintiffs are putting this court on notice and documenting those crimes herein for the record.

### XX.    WHISTLEBLOWER PROTECTION SOUGHT

992. Plaintiffs seek Whistleblower protection from retaliation, coercion, discrimination or any other act of intimidation or threat by any judge against whom these Criminal Complaints are filed or any party associated with, acting in collusion with or on behalf of such judge.

### XXI.    REMEDIES AND DAMAGES

993. The provisions of Paragraphs 1 –992 are incorporated herein.

### A. MONETARY DAMAGE

994. Plaintiffs seek:

   a. Compensatory, punitive and treble damages as set forth herein against each Defendant;

   b. In addition to the damages set forth in Plaintiffs' individual counts, Plaintiffs seek special and separate damages by an additional award of $1,000,000,000 (One Billion dollars) by way of an Executive Order from Defendant, Donald Trump in the form of a grant to be applied to a fund to be established on behalf of victims of the Guardian Human Trafficking/Collusion Guardian Racket and their family members as was done when Defendant ordered federal funds be paid to the Guardian Human Trafficking/Corruption Racket set forth in the Trump/Blumenthal Corrupt Bill and Order.

   c. Plaintiffs seek a Speedy Trial /Trial by Jury under Rules 38 and hearing on actual damages, general, compensatory, punitive and treble damages as set forth herein for

violations of rights, privileges and immunities including but not limited to due process of 1aw both procedurally and substantively, pain, suffering, mental and emotional distress and applicable fees, costs and interests as allowed by law.

## C. OTHER RELIEF BY THE FOLLOWING ORDERS AND EXECUTIVE ORDERS

995. The issuance of Orders by this Court and Orders ordering the concurrent issuance of Executive Orders by the President of the United States and/or Defendant Donald Trump (the "President") as follows:

a. Ordering the immediate return of all seniors and vulnerable adults to their loved ones, including Plaintiff Martino's father, Patty Reid's son; Gedi Pakalnis's aunt and Teresa Kennedy's aunt and all others and ordering a concurrent Executive Order issued by the President to mandate the effectuation of this Order.

b. Ordering the immediate restitution of all assets; property; real estate; investments; personal property; jewelry; art; 401k's; annuities; cars; social security and every other assets or item of property owned by the vulnerable adult in guardianship and punitive damages against the Guardian Human Trafficking Corruption/Racket and the State actors including government officials responsible.

c. Ordering the freezing and seizure of the assets and property of all parties involved in the Guardian Human Trafficking/Corruption Racket as was done to the victims of this racket and ordering an Executive Order issued by the President to mandate the effectuation of this Order.

d. Ordering that any victim who does not have a responsible family member will be released to a specially designated Federal agency that is emergency appointed by this court for this purpose to be responsible for the care of that victim without cost and ordering a concurrent Executive Order issued by the President to mandate the effectuation of this Order.

e. Ordering the abolishment of guardianship and ordering a concurrent Executive Order issued by the President to mandate the effectuation of this Order.

f. Ordering that each and every order issued by the color of law "guardian" court in all of Plaintiffs' matters are hereby vacated, set aside and declared void and ordering a concurrent Executive Order issued by the President to mandate the effectuation of this Order.

g. Ordering that each and every order issued by the color of law courts in all of Plaintiffs' Guardian Family Member Extortion Courts, including any criminal orders and charges against Plaintiffs are hereby vacated, set aside and declared void and ordering a concurrent Executive Order issued by the President to mandate the effectuation of this Order.

h. Ordering the appointment of a specially designated federal terror force squad (the "Terror Force Prosecution Squad") with specifically set urgent deadlines to remediate this grave matter of endangerment to national security as follows:

    ix. To consist of military/Navy Seal/Federal law enforcement officials that are all non-attorneys and guardian victims (the "Guardian Victims") specifically including all Plaintiffs;

    x. All members, including the Guardian Victims shall be granted full prosecutorial powers to criminally investigate, issue subpeonas, wiretap and confiscate all documents, computers, telephone records, medical, bank and all other records, all communications and other documents and track the money that has been distributed to all persons involved in the Guardian Human Trafficking/Corruption Racket of every family and take all other necessary action to investigate all parties involved in the Guardian Human Trafficking/Corruption Racket and the Guardian Family Member Extortion Rackets;

    xi. Ordering the compliance with the Hobbs Act, 18 USC 1951 and all other criminal Federal Laws by the Terror Force Prosecution Squad in this criminal investigation;

    xii. The Terror Force Prosecution Squad shall be presided over by the Guardian Victims who shall make all investigation and prosecutorial decisions and report directly to the President of the United States who shall convene meetings with the Guardian Victims within 2 days of request and make his Executive Cabinet members available.

    xiii. The Guardian Members shall be designated with authority to order all United States Attorneys to issue indictments.

    xiv. A special office will be provided to the Terror Force Prosecution Squad in Washington D.C.

    xv. If there is any suspected conflict of interest whereby it appears to the Guardian Members that the United States Attorneys are failing to carry out indictments/charges because of any relationship among the fraternity of lawyers/judges, that United States Attorney shall be immediately removed from any role in this matter and replaced by a United States Attorney approved by Guardian Member;

    xvi. ordering a concurrent Executive Order by issued by Defendant Donald Trump to mandate the effectuation of this Order.

i. Ordering the immediate cease and desist of all operations of all guardian courts in the United States and ordering a concurrent Executive Order issued by the President to mandate the effectuation of this Order.

    j.   Ordering immediate Whistleblower Protection to the Plaintiffs and ordering a concurrent Executive Order by issued by the President to mandate the effectuation of this Order.

994. Plaintiff Stone, Plaintiff Martino and Plaintiff Sarhan seek this Court order any other relief the Court deems just or proper.

## NOTICE TO MEDIA AND OTHER INTERESTED PERSONS
## AND REQUEST FOR PUBLICATION

This lawsuit, the Florida and Government Sponsored Guardian Murder-For-Hire, Human Trafficking and Embezzlement Racket, the world's most urgent and dangerous threat and of overwhelming public concern and interest is being provided to national and international media and other interested parties with a request that they publish it in its entirety and commence and publish an investigative series on this case and the actions in this Court.

Respectfully submitted,

| | | |
|---|---|---|
| Barbara Stone<br>19 W. Flagler Street # 404<br>Miami, FL 33130<br>Barbara.stone.usa@gmail.com<br>786.271.5016 | Robert Sarhan<br>19 W. Flagler Street # 404<br>Miami, FL 33130<br>drrob2007@yahoo.com<br>305.358.9971 | Lesa M. Martino<br>211 Parsons Wood Drive<br>Seffner, FL 33584<br>Lesa.m.martino@gmail.com<br> 813.334.0888 |
| Barbara Stone<br>19 W. Flagler Street # 404<br>Miami, FL 33130<br>Barbara.stone.usa@gmail.com<br>305.358.9971 | _s/Robert Sarhan<br>Robert Sarhan<br>19 W. Flagler Street # 404<br>Miami, FL 33130<br>drrob2007@yahoo.com | _s/Lesa M. Martino<br>Lesa M. Martino<br>211 Parsons Wood Drive<br>Seffner, FL 33584<br>Lesa.m.martino@gmail.com<br> 813.334.0888 |
| | | |
| Cc: Media and other interested parties | | |

128

## NOTICE TO MEDIA AND OTHER INTERESTED PARTIES AND
## REQUEST FOR PUBLICATION

This lawsuit documenting the Florida and U.S. Government sponsored Guardian Murder-For-Hire, Human Trafficking and Embezzlement Racket employed by America against its vulnerable citizens, a massive life endangering/extortion enterprise and the world's most urgent matter of public concern and interest is being provided to national and international media and other interested parties with a request that they publish it in its entirety and commence an investigation series on this case and the actions in this Court.

_____
Barbara Stone
19 W. Flagler Street # 404
Miami, FL 33130
Barbara.stone.usa@gmail.com
786.271.5016

_____
Robert Sarhan
19 W. Flagler Street # 404
Miami, FL 33130
drrob2007@yahoo.com
305.358.9971

_____
Lesa M. Martino
P.O. Box 320174
Tampa, FL 33679
Lesa.m.martino@gmail.com
813.334.0888