IN THE UNITED STATES DISTRICT COURT OF CONNECTICUT

BARBARA STONE

DR. ROBERT SARHAN

LESA M. MARTINO PharmD

PATTY REID

PLAINTIFFS

Vs

CASE NO.: 3:20- CV – 00537

DONALD TRUMP, INDIVIDUALLY AND IN HIS CAPACITY AS PRESIDENT OF THE UNITED STATES
1600 PENNSYLVANIA AVENUE N.W.
WASHINGTON, DC 20500

RICHARD BLUMENTHAL, INDIVIDUALLY AND IN HIS CAPACITY AS SENATOR
OF THE STATE OF CONNECTICUT
90 STATE HOUSE SQUARE 10TH FLOOR
HARTFORD, CT, 06103

AND

VICTOR A BOLDEN, INDIVIDUALLY AND IN HIS CAPACITY AS A JUDGE IN THE
UNITED STATES DISTRICT COURT OF CONNECTICUT
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD - SUITE 417
BRIDGEPORT, CONNECTICUT 0660

WILLIAM PELHAM BARR, INDIVIDUALLY AND IN HIS CAPACITY AS ATTORNEY
GENERAL OF THE UNITED STATES
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001
DEFENDANTS

**EMERGENCY NOTICE
TO CHIEF JUDGE STEFAN R. UNDERHILL;
ALL JUDGES IN DISTRICT COURT OF DELAWARE;
THE PUBLIC; MEDIA AND INTERESTED PARTIES**

This Notice to Chief Judge Stefan R. Underhill; all judges in the U.S. District Court of Delaware; the Public; the Media and Interested Parties is filed by Barbara Stone, Lesa M. Martino, Dr. Robert Sarhan and Patty Reid ("Plaintiffs") this 28th day of May, 2020 and state and provide notice of the following:

1. Plaintiffs hereby file this formal complaint of massive criminal and civil violations of Plaintiffs' human and civil rights by Victor A. Bolden (the "Formal Bolden Complaint") and express outrage and request the relief set forth herein.
2. As set forth in the Formal Bolden Complaint and in this matter, in response to our URGENT EMERGENCY AND IMMEDIATE REQUEST FOR RELIEF IN OUR COMPLAINT wherein our lives and property are under seize and the lives of our loved ones and vulnerable adults throughout the country are taken by genocide through extrajudicial killing, [1] Victor A. Bolden committed treason against the Constitution and other high crimes warranting his impeachment and criminal investigation by his collusion and acts as accomplice.
3. Demand therefore is hereby made.
4. As chief judge in this matter, this formal complaint against Victor A. Bolden lies within your duties and responsibilities. [2]
5. Filed concurrently are the following:
    a. Emergency Second Supplement to Complaint to add Victor A. Bolden as a defendant.
    b. Emergency Motion for Disqualification of Defendant Victor A. Bolden and the voiding of Defendant Bolden's illegal void orders.
    c. Emergency Response and Motion to Strike illegal void Show Cause Order issued by Victor A. Bolden on May 11, 2020.
    d. Emergency all Writs Petition to compel Defendant Donald Trump to personally and immediately appear in court.
    e. Emergency Writ of Attachment to Defendant Bolden's oath of office and demand for his impeachment from office.
    f. Emergency Fourth Supplement to Complaint to add Patty Reid as a Plaintiff.
    g. Emergency Fifth Supplement to Complaint to add William Barr the attorney general as a Defendant.
    h. Emergency Motion to Disqualify William Barr.

---

[1] **What does EXTRAJUDICIAL KILLING mean?**
www.definitions.net/definition/EXTRAJUDICIAL KILLING
An extrajudicial killing is the killing of a person by governmental authorities without the sanction of any judicial proceeding or legal process. Extrajudicial punishments are by their nature unlawful, since they bypass the due process of the legal jurisdiction in which they occur.

[2] https://www.fjc.gov/sites/default/files/2017/Deskbook-Chief-Judges-US-District-Courts-4th-Public-FJC-2014.pdf
Relevant provisions include:
1....the predominant view is that the chief district judge is ultimately responsible for seeing that the court is administered effectively and efficiently, is in compliance with statutes and with Judicial Conference and circuit judicial council policies, and follows Administrative Office procedures.
2. Active judges and judgeships The chief district judge typically monitors the workloads of other judges on the court and may take steps to address issues or problems, such as caseload imbalances, judges who are behind in their work, illnesses or vacancies, and the overall workload in the district.

    j. Emergency Motion to file on Pacer (filed over objection), an illegal Unconstitutional technical form on the local rules that circumvent the Constitution to illegal denial by Victor A. Bolden of Plaintiffs motion to file on Pacer, mandating the continuing denial of equal protection and incurring hardship expenses that are all the more egregious as Plaintiffs assets HAVE BEEN STOLEN BY CORRUPT GOVERNMENT OFFICIALS.

    k. Emergency Notice to be provided to Plaintiffs of court documents by transmittal to their email addresses.

6. You are requested to urgently refer to and read the Lawsuit and filings in this matter.

7. These documents describe inhumane acts and massive criminal rights violations, including "Crimes Against Humanity," "War Crimes," and crimes that fit within the definition of "Domestic Terrorism" as defined in the Complaint (collectively the "Massive Human Rights Violations") being perpetrated by corrupt, color of law guardian judges acting de facto by engaging in organized criminal activities in the guise of a legal proceeding, using the courts of the United States to human traffic, forcibly disappear and murder vulnerable adults by extrajudicial killing, acting in collusion with leadership in all branches of Government including Defendants Donald Trump and Steven Blumenthal.

8. This will request the following **emergency and immediate relief - on the same day of this filing of this document which should be filed on May 29, 2020:**

    a. The removal of Defendant Bolden from this matter and the voiding of his illegal void orders;

    b. The reassignment by blind assignment of this matter to a legitimate judge, acting under good behavior, in compliance with their judicial and other oaths of office; and public servant ethics and laws;

    c. Providing Plaintiffs with the financial disclosure statements of the Article III judge to whom this matter is assigned from the date of their appointment to office;

    d. The issuance of a Statement of No Conflict from such Article III judge; and

    e. This issuance of the Writ of Mandamus enclosed herein requiring Donald Trump's emergency and urgent appearance in Court.

    f. The urgent, immediate and prompt proceeding on this matter on the merits and without unconstitutional, illegal and subversion tactics.

    g. The Emergency response to the Emergency Motions filed herewith within 24 hours.

9. This will further request the following with regard to Victor A. Bolden:

    a. Defendant Bolden's acts are of such a repugnant nature that they warrant damages in an amount that will deter such acts by other "officers of the court" and public servants.

    b. Plaintiffs, individually seek compensatory and punitive monetary damages in the sum of $10,000,000 against Defendant Bolden and treble damage, attorneys fees, costs and expenses and interest to be determined by jury trial.

    c. Plaintiffs seek a Speedy Trial and Trial by Jury under Rules 38 and hearing on actual damages, general, compensatory, punitive and treble damages as set forth below for

violations of rights, privileges and immunities including but not limited to due process of law both procedurally and substantively, pain, suffering, mental and emotional distress and applicable fees, costs and interests as allowed by law.

   d. any other relief the Court deems just or proper.

Respectfully submitted,

_s/Barbara Stone_
Barbara Stone
19 W. Flagler Street # 404
Miami, FL  33130
Barbara.stone.usa@gmail.com
786.271.5016

_s/Dr. Robert Sarhan_
Dr. Robert Sarhan
19 W. Flagler Street # 404
Miami, FL  33130
drrob2007@yahoo.com
305.358.9971

_s/Lesa M. Martino_
Lesa M. Martino
P.O. Box 320174
Tampa, FL  33679
Lesa.m.martino@gmail.com
813.334.0888

_s/Patty Reid_
Patty Reid
2011 N.W. 63rd Terr #129
Lauderhill, FL  33313
preidy2@gmail.com
301.237.1659

## CERTIFICATE OF SERVICE

We hereby certify that a true copy of the foregoing was filed by sending a certified copy to the Court on May 28, 2020 to be filed by the Court in Pacer.

_/s/Barbara Stone_     _/s/Patty Reid_     _/s/Robert Sarhan_     _/s/Lesa M. Martino_

Cc:  Media and other interested parties