IN THE UNITED STATES DISTRICT OF CONNECTICUT

BARBARA STONE

DR. ROBERT SARHAN

LESA M. MARTINO PharmD

PATTY REID

PLAINTIFFS

vs

DONALD TRUMP, INDIVIDUALLY AND IN HIS CAPACITY AS PRESIDENT OF THE UNITED STATES
1600 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20500

RICHARD BLUMENTHAL, INDIVIDUALLY AND IN HIS CAPACITY AS SENATOR OF THE STATE OF CONNECTICUT
90 STATE HOUSE SQUARE 10TH FLOOR
HARTFORD, CT, 06103

VICTOR A. BOLDEN, INDIVIDUALLY AND IN HIS CAPACITY AS A JUDGE IN THE UNITED STATES DISTRICT COURT OF CONNECTICUT
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD - SUITE 417
BRIDGEPORT, CONNECTICUT 0660

WILLIAM PELHAM BARR, INDIVIDUALLY AND IN HIS CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001
DEFENDANTS

CASE NO.: 3:20- CV – 00537

MAY 29 2020 PM 4:49
FILED - USDC - BPT - C

**EMERGENCY MOTION FOR DISQUALIFICATION OF VICTOR A. BOLDEN**

This Motion to Disqualify Judge Victor A. Bolden ("Defendant Bolden") is filed by Barbara Stone, Lesa M. Martino, Dr. Robert Sarhan and Patty Reid ("Plaintiffs") this 28th day of May, 2020 and hereby declare and state:

1. Plaintiffs have added Victor A. Bolden as a defendant in this matter.

2. Reference should be made to the Emergency Second Supplement to Complaint which adds Victor A. Bolden as a defendant and sets forth grounds therefore, which document is incorporated herein by reference.

1

3. By being a party to this proceeding and on grounds set forth in the Emergency Second Supplement, Victor A. Bolden is therefore a disqualified judge under 28 U.S.C. § 455 and 28 U.S.C. § 144.

4. 28 U.S.C. § 455 provides in relevant part as follows:

**28 U.S. Code § 455. Disqualification of justice, judge, or magistrate judge**
(a) Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned.

(b) He shall also disqualify himself in the following circumstances:

(1) Where he has a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding;

(5) He or his spouse, or a person within the third degree of relationship to either of them, or the spouse of such a person:

(i) Is a party to the proceeding, or an officer, director, or trustee of a party;

(iii) Is known by the judge to have an interest that could be substantially affected by the outcome of the proceeding;

(iv) Is to the judge's knowledge likely to be a material witness in the proceeding.

5. Victor A. Bolden is disqualified ab-initio pursuant to multiple sections in this Federal law including:
    a. He is a party to this proceeding;
    b. Has an interest that could be substantially affected by the outcome of the proceeding;
    c. Is a material witness.

6. In addition, Victor A. Bolden is disqualified on the grounds of criminal and civil conflicts of interest, massive criminal and civil rights violations, obstruction of justice, acting as an adversary to Plaintiffs and as counsel to opposing party, failing to report crimes, violating his duty to protect Plaintiffs pursuant to 42 U.S.C. § 1986, bias and prejudice, acting with an appearance of impropriety and the multitude of other grounds set forth in the Emergency Second Supplement.

7. For the record this document shall also be considered (in a gross understatement) a declaration of gross bias and prejudice under 28 U.S.C. § 455 and 28 U.S.C. § 144.

Wherefore, Plaintiffs demand that Victor A. Bolden formalize his disqualification by order within 24 hours.

Respectfully submitted,

_s/Barbara Stone_
Barbara Stone
19 W. Flagler Street # 404
Miami, FL 33130
Barbara.stone.usa@gmail.com
786.271.5016

_s/Dr. Robert Sarhan_
Dr. Robert Sarhan
19 W. Flagler Street # 404
Miami, FL 33130
drrob2007@yahoo.com
305.358.9971

_s/Lesa M. Martino_
Lesa M. Martino
P.O. Box 320174
Tampa, FL 33679
Lesa.m.martino@gmail.com
813.334.0888

_s/Patty Reid_
Patty Reid
2011 N.W. 63rd Terr #129
Lauderhill, FL 33313
preidy2@gmail.com
301.237.1659

## CERTIFICATE OF SERVICE

We hereby certify that a true copy of the foregoing was filed by sending a certified copy to the Court on May 28, 2020 to be filed by the Court in Pacer.

_/s/Barbara Stone_     _/s/Patty Reid_     _/s/Robert Sarhan_     _/s/Lesa M. Martino_

Cc: Media and other interested parties