IN THE UNITED STATES DISTRICT OF CONNECTICUT

BARBARA STONE                                    CASE NO.: 3:20- CV – 00537

DR. ROBERT SARHAN

LESA M. MARTINO PHARMD

PATTY REID

PLAINTIFFS

vs

DONALD TRUMP, INDIVIDUALLY AND IN HIS CAPACITY AS PRESIDENT OF THE UNITED STATES
1600 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20500

RICHARD BLUMENTHAL, INDIVIDUALLY AND IN HIS CAPACITY AS SENATOR OF THE STATE OF CONNECTICUT
90 STATE HOUSE SQUARE 10TH FLOOR
HARTFORD, CT, 06103

VICTOR A BOLDEN, INDIVIDUALLY AND IN HIS CAPACITY AS A JUDGE IN THE UNITED STATES DISTRICT COURT OF CONNECTICUT
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD - SUITE 417
BRIDGEPORT, CONNECTICUT 0660

WILLIAM PELHAM BARR, INDIVIDUALLY AND IN HIS CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001
DEFENDANTS

**TO CONGRESS AND THE UNITED STATES MARSHALS:**

**WRIT OF ATTACHMENT
ON THE OATH OF OFFICE AND BOND
OF JUDGE VICTOR A. BOLDEN**

**AND DEMAND FOR IMPEACHMENT OF
JUDGE VICTOR A BOLDEN**

The Plaintiffs hereby assert a claim and writ of attachment on the oath of office and bond of Judge Victor A. Bolden and demand his Impeachment for TREASON, INSURGENCE AND HIGH CRIMES AGAINST THE CONSTITUTION; VIOLATING HIS DUTY TO HOLD OFFICE DURING GOOD BEHAVIOR; AND VIOLATING HIS OATH OF OFFICE as documented in the court records in this matter mandating Impeachment of Judge Victor A. Bolden.

Article III, Section 1 of the Constitution provides:

The Judges, both of the supreme and inferior Courts, shall hold their Offices during good Behaviour, and shall, at stated Times, receive for their Services a Compensation which shall not be diminished during their Continuance in Office.

Article II, Section 4 of the Constitution provides:

The President, Vice President and all civil Officers of the United States, shall be removed from Office on Impeachment for, and Conviction of, Treason, Bribery, or other high Crimes and Misdemeanors.

**WHEREFORE PLAINTIFF ASSERT VICTOR A. BOLDEN HAS NO JURISDICTION OR AUTHORITY TO PROCEED FURTHER IN ANY JUDICIAL CAPACITY AND SEEK HIS IMPEACHMENT.**

**DATED THIS 28TH DAY OF MAY, 2020.**

_s/Barbara Stone_
Barbara Stone
19 W. Flagler Street # 404
Miami, FL  33130
Barbara.stone.usa@gmail.com
786.271.5016

_s/Dr. Robert Sarhan_
Dr. Robert Sarhan
19 W. Flagler Street # 404
Miami, FL  33130
drrob2007@yahoo.com
305.358.9971

s/Lesa M. Martino
Lesa M. Martino
P.O. Box 320174
Tampa, FL  33679
Lesa.m.martino@gmail.com
813.334.0888

s/Patty Reid
Patty Reid
2011 N.W. 63rd Terr #129
Lauderhill, FL  33313
preidy2@gmail.com
301.237.1659

### CERTIFICATE OF SERVICE

We hereby certify that a true copy of the foregoing was filed by sending a certified copy to the Court on May 28, 2020 to be filed by the Court in Pacer.

_/s/Barbara Stone_    _/s/Patty Reid_    _/s/Robert Sarhan_    _/s/Lesa M. Martino_

Cc:  Media and other interested parties